# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
### (FORT LAUDERDALE DIVISION)

SKG, CORP., d/b/a WE BUY PAWNBROKERS,
A Florida Corporation

        Plaintiff      CASE NO.

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

         Defendant

_____/

## COMPLAINT

    COMES NOW the Plaintiff, SKG, CORP., d/b/a WE BUY PAWNBROKERS, a

Florida Corporation, and sues the Defendant, KEN JENNE, SHERIFF OF   BROWARD

COUNTY, and in support thereof, submits the following:

    1. This is an action for declaratory relief and damages against the Defendant for

the wrongful and unconstitutional taking and search of its property.  Plaintiff seeks

compensatory damages, attorney's fees, and costs.

## I. GENERAL ALLEGATIONS

### A. THE PARTIES

    2. Plaintiff is a Florida corporation.  Its business, SKG, CORP., d/b/a WE BUY

PAWNBROKERS (hereinafter WE BUY PAWNBROKERS) is a pawnshop located at

3481 N.W. 19th Street, Lauderdale Lakes, Florida, and is licensed as such with the

Department of Agriculture, Division of Consumer Services, in Tallahassee, Florida.



3. Defendant KEN JENNE is the sheriff of Broward County, Florida, a sub-division of Broward County, organized under the laws of the State of Florida formed pursuant to the Florida Constitution.   JENNE is being sued in his official capacity and not his personal capacity.  The Defendant at all times acted under "color of state law" as that term is defined under 42 U.S.C. 1983, *et. seq.*

## B.  JURISDICTION

4. This Court has jurisdiction of this complaint pursuant to 42 U.S.C. 1983, *et seq.*, 28 U.S.C. 1331, and 28 U.S.C. 2201.  Venue is proper in this court as all events occurred in Broward County, Florida.

## C.  FACTUAL BACKGROUND

5. On November 30, 1999, the Plaintiff was the lawful owner of various items of property listed on Composite Exhibit A.  The property was located in Defendant's place of business inside of a safe, which the Defendant maintained in the office of its business.

6. While in the Plaintiff's place of business, Defendants' agents illegally searched the Plaintiff's safe and illegally seized all of the Plaintiff's property listed in Composite Exhibit A from the Plaintiff despite the fact that the Plaintiff was the rightful owner of the property.  Defendants' agents provided the Plaintiff with a property receipt (Composite Exhibit A) for the items that they illegally seized.

7. Section 539.001(16), Florida Statutes, states as follows:

(16) Hold orders;  issuance;  required information;  procedures.--

(a) When an appropriate law enforcement official has probable cause to believe that property in the possession of a pawnbroker is misappropriated, the official may place a written hold order on the property.  The written hold order shall impose a holding period not to exceed 90 days unless extended by court order.

2

The appropriate law enforcement official may rescind, in writing, any hold order. An appropriate law enforcement official may place only one hold order on property.
(b) Upon the expiration of the holding period, the pawnbroker shall notify, in writing, the appropriate law enforcement official by certified mail, return receipt requested, that the holding period has expired. If, on the 10th day after the written notice has been received by the appropriate law enforcement official, the pawnbroker has not received from a court an extension of the hold order on the property and the property is not the subject of a proceeding under subsection (15), title to the property shall vest in and be deemed conveyed by operation of law to the pawnbroker, free of any liability for claims but subject to any restrictions contained in the pawn transaction contract and subject to the provisions of this section.

8. For each of the above listed items in Composite Exhibit A, the Defendant failed to comply with the above statutory procedure. Further the Defendant did not possess any probable cause that the property in Composite Exhibit A was misappropriated.

9. Defendant has unlawfully continued to maintain possession and control over the property despite the fact that all of the items are the property of the Plaintiff.

## D. MUNICIPAL POLICY OF DEFENDANT KEN JENNE, SHERIFF OF BROWARD COUNTY, FLORIDA

10. Defendant KEN JENNE, Sheriff of Broward County:

a. maintained an express policy of illegally searching Plaintiff's place of business and seizing Plaintiff's property, that when followed, deprived the Plaintiff of its Fourteenth Amendment rights to be free of unreasonable searches and seizures and of its right not to have its property taken without due process of law; and/or

b. maintained a widespread practice, as outlined in paragraphs one through nine, that was not authorized by an express policy or written law but was so

permanent and well settled as to constitute a custom or usage with the force of law; and/or

        c. caused Plaintiff's' constitutional violation and injury, as outlined in paragraphs one through nine, by and through persons with final policymaking authority in the Broward County Sheriff's Office.

## COUNT I
### (DECLARATORY ACTION)

11. Plaintiff re-allege paragraphs one through ten as if fully set forth herein.

12. This count is a declaratory action under 42 U.S.C. 1983, *et seq.* to have the actions of the Defendant declared a violation of Plaintiff's Fourteenth Amendment right to be free from unreasonable searches and seizures and its right not to have its property taken without due process of law.

WHEREFORE, Plaintiff respectfully request that this court declare that the actions of the Defendant are a violation of the Plaintiff's Fourteenth Amendment right to be free from unreasonable searches and seizures and a violation of the Plaintiff's' Fourteenth Amendment right not to have its property taken without due process of law, enjoin the Defendant from further violations of the Plaintiff's' constitutional rights, award the Plaintiff its reasonable attorney's fees and costs, and any other relief that this court deems just and proper.

## COUNT II
### (VIOLATION OF 42 U.S.C. 1983:  UNLAWFUL TAKING OF PROPERTY)

13. Plaintiff re-alleges paragraphs one through ten as if fully set forth herein.

14. This is an action for damages and attorney's fees pursuant to 42 U.S.C. 1983, for violations of the Plaintiff's constitutional rights committed by the Defendant under color of state law.

15. The Defendant acted under color of state law and deprived the Plaintiff of its property without due process of law.

16. Plaintiff has been damaged by the actions of the Defendant by not having access to its property during the time when it was possessed and controlled by the Defendant.

WHEREFORE, Plaintiff demands judgment against the Defendant for damages, and attorney's fees and costs.

## <u>COUNT III</u>
## (VIOLATION OF 42 U.S.C. 1983:  UNLAWFUL SEARCH)

17. Plaintiff re-alleges paragraphs one through ten as if fully set forth herein.

18. This is an action for damages and attorney's fees pursuant to 42 U.S.C. 1983, for violations of the Plaintiff's constitutional rights committed by the Defendant under color of state law.

19. The Defendant acted under color of state law and deprived the Plaintiff of its right to be free from unreasonable searches and seizures.

20. The rights of which the Plaintiff was deprived were clearly established at the time of the commission of these violations.

21. The Plaintiff has been damaged by the actions of the Defendant by having its business unconstitutionally searched by the Defendant.

WHEREFORE, Plaintiff demands judgment against the Defendant for damages, and attorney's fees and costs.

Respectfully submitted,

Dennis R. Bedard
Attorney for Plaintiff
1717 North Bayshore Drive
Suite 102
Miami, Florida  33132
(305) 530 0795
(305) 530 9587 FAX

By

Dennis R. Bedard
FBN 759279

| BROWARD SHERIFF'S OFFICE<br>Post Office Box 9507<br>Fort Lauderdale, Florida 33310 | **PROPERTY RECEIPT #1** | LAB # |
|---|---|---|

☐ ABANDONED ☑ EVIDENCE ☐ SAFEKEEPING ☐ FORFEITURE HOLD

| Case #<br>BSO 11-16426 | Date and Time<br>Received: 12am 11/30/99 | Investigating Unit/Agency:<br>CI/CCU | Offense:<br>539.001<br>NON-DOCUMENTATION |
|---|---|---|---|
| NCIC/FCIC Agency: | | Agency Case # | |

| Suspect:<br>We Buy Pawn Brokers | P#00692 | Address:<br>3491 NW 19 ST Laud Lks. | Race/Sex<br>735-2274 | DOB |
|---|---|---|---|---|
| Suspect: | | Address: | Race/Sex | DOB |

| Found By:<br>Det. Steinberg/Sgt. Silva | Address:<br>2601 W. Broward Blvd. | Race/Sex | DOB |
|---|---|---|---|

| Item<br>Number | Number<br>of items | DESCRIPTION |
|---|---|---|
| 1 | 1 | old navy watch |
| 2 | 1 | Casio watch    FTP 10 |
| 3 | 11 | clear stones (cc) |
| 4 | 5 | white metal rings |
| 5 | 2 | white metal ring   1 broken |
| 6 | 1 | white metal earring broken |
| 7 | 1 | Escort alloy security pin |
| 8 | 1 | (name illeg) chain |
| 9 | 1 | pendant with 2 chains |
| 10 | 2 | white metal rings    (illeg) |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6546   Dist CI/CCU   Div CI

(Impounding Officer's) Signature: _____

Printed Name: E.T. Silva 6546

| REASON: | | DATE | TIME |
|---|---|---|---|

COMPOSITE EXHIBIT A

Court Case #

CURRENCY:
Verified By/CCN: _____
Signature:

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT #2**

| ☐ ABANDONED | ☒ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # P.S99-11-16126 | Date and Time Received: 11/30/99 1:20pm | Investigating Unit/Agency: CI/CLU | Offense: Non-Documentation (Pawnshop) |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # |
|---|---|---|

| Suspect: We Buy Pawn Brokins #00692 | Address: 3481 NW 19 St Laud Lhs. | Race/Sex: 735-2274 | DOB |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Steinberg / Sgt Sillo | Address: 2601 W. Broward Blvd. | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 11 | 2 | white metal Bracelets |
| 12 | 1 | white metal collar with head clasp & charm |
| 13 | 1 | white metal ... |
| 14 | 11 | white metal ... |
| 15 | 1 | white metal clip with engraving O.C. |
| 16 | 1 | ... |
| 17 | 1 | ... Blue ... Box |
| 18 | 1 | Switch watch white band |
| 19 | 1 | yellow metal elephant bracelet |
| 20 | 1 | yellow metal ring with 3 clear stones |

| I hereby acknowledge the above list represents all the property taken from my possession: | I hereby acknowledge the above list represents all property impounded by me: |
|---|---|
| Signature | CCN: 6546 Dist CI/LAUK Div CI |
| | (Impounding Officer's) Signature: |
| RECEIVED BY: | Printed Name: E.T. Sillo 6546 |

| | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: | | |
|---|---|---|---|
| | Signature: | | |

PROPERTY OWNER, IF AVAILABLE

| | ACE# |
|---|---|

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT # 3**

LAB #

☐ ABANDONED    ☒ EVIDENCE    ☐ SAFEKEEPING    ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-11- 16426 | 1:20 pm 11/30/99 | CJ/CCU | 539.001 non-documentation |

| NCIC/FCIC Agency: | | Agency Case # |
|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We Buy Pawnbrokers  #006.12 | 3481 NW 19st Laud. Lks. | 735-2274 | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det. Steinberg/Sgt. Sileo | BSO | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 21 | 1 | yellow metal ring with 21 clear stones |
| 22 | 1 | white metal ring with clear stones |
| 23 | 1 | white metal ring with 12 clear stones |
| 24 | 1 | yellow metal ring with clear & 1 black stone |
| 25 | 1 | white metal ring with colored stone |
| 26 | 1 | Girard-Perregaux watch no band (4832NA) white face |
| 27 | 1 | Seiko watch yellow face no band (088578) |
| 28 | 1 | white metal ring with colored stone (missing) |
| 29 | 1 | white metal ring with 1 clear stone |
| 30 | 1 | white metal 'Shrimp' charm |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature _____

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:
CCN: 6546   Dist CI/CCU   Div: CI

(Impounding Officer's) Signature: _____

Printed Name: I.T. Sileo 6546

| REASON: | | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: |

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

| BROWARD SHERIFF'S OFFICE<br>Post Office Box 9507<br>Fort Lauderdale, Florida 33310 | **PROPERTY RECEIPT** 4 | | LAB # |
|---|---|---|---|

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case #<br>BS99-11-16426 | Date and Time,<br>Received: 1:30%<br>1:20pm | Investigating Unit/Agency:<br>CI/CCU | Offense:<br>Non Documentation.<br>(pawnshop) |
|---|---|---|---|
| NCIC/FCIC Agency: | | Agency Case # | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We buy Pawn  2 06912 | 3451 NW 9st  Oakland Lakes | 775-7774 | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| | | | |

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det Skinberg / Sgt Silva | 2601 W Broward Blvd | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal ring mickey mouse head flattened |
| | 1 | ladies pin with 16 colored stones on card |
| | 1 | white metal ring |
| | 1 | small piece of broken white metal chain |
| | 5 | yellow metal lobster clasps |
| | 2 | yellow metal earring back |
| | 1 | yellow metal clasp |
| | 1 | yellow metal Bulova watch with clear stone |
| | 1 | yellow metal Seiko watch #VR23386 |
| | 1 | yellow metal necklace with multi colored stones |

| I hereby acknowledge the above list represents all the property taken from my possession:<br><br>_____ Signature<br><br>RECEIVED BY: | I hereby acknowledge the above list represents all property impounded by me:<br>CCN: 6546  Dist CI  Div: CCU<br>(Impounding Officer's) Signature: _____<br>Printed Name: E.J. Silva | | |
|---|---|---|---|
| | REASON: | DATE | TIME |
| | | | |
| | | | |
| | | | |
| Court Case # | CURRENCY:<br>Verified By/CCN: _____<br>Signature: _____ | | |

PROPERTY OWNER, IF AVAILABLE

| ACE# |
|---|

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

| BROWARD SHERIFF'S OFFICE | *PROPERTY RECEIPT* | | LAB # |
|---|---|---|---|
| Post Office Box 9507 Fort Lauderdale, Florida 33310 | | | |

☐ ABANDONED    ☐ EVIDENCE    ☐ SAFEKEEPING    ☐ FORFEITURE HOLD

| Case # BSG911·16426 | Date and Time Received: 120p₁₀  1·30·99 | Investigating Unit/Agency: CI/CG | Offense: Non Documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | | | |
|---|---|---|---|---|---|

| Suspect: # 00672 we buy Pawnbrokers | Address: 3481 NW 19th laud lakes | | Race/Sex 735 | DOB 2274 |
|---|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Skinberg / sgt Siloo | Address: 2601 W Broward | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | pair of white Metal Earrings |
| | 4 | white metal flat bracelets |
| | 1 | pair of white metal stud earring with heart shaped clear stone |
| | 2 | white metal Rings |
| | 1 | white metal Rope chain with cross charm |
| | 4 | white metal bar link bracelets |
| | 1 | white metal rope bracelet |
| | 2 | white metal bracelets |
| | 1 | white metal Ring with Bluestone ~~balls~~ shank cutopen |
| | 1 | white metal flat necklace linked |

I hereby acknowledge the above list represents all the property taken from my possession:

_____
Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: U074    Dist ___    Div: CI

(Impounding Officer's)    Signature: _____
Printed Name: J. Skinberg

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ Signature: |
|---|---|

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

| BROWARD SHERIFF'S OFFICE<br>Post Office Box 9507<br>Fort Lauderdale, Florida 33310 | *PROPERTY<br>RECEIPT* | | LAB # |
|---|---|---|---|

☐ ABANDONED      ☐ EVIDENCE      ☐ SAFEKEEPING      ☐ FORFEITURE HOLD

| Case #<br>BS 99-11-16426 | Date and Time<br>Received:<br>1:20 pm 11/30/99 | Investigating Unit/Agency:<br>CI/CCU | Offense: 539.001<br>Non-Documentation<br>(Pawn Shop) |
|---|---|---|---|
| NCIC/FCIC Agency: | | Agency Case # | |

| Suspect:<br>We Buy Pawn | Address:<br>3451 NW 15 ST   Land Lks. | Race/Sex | DOB |
|---|---|---|---|
| Suspect: | Address: | Race/Sex | DOB |

| Found By:<br>Det Steinberg / Sgt Suco   2601 W. Broward Blvd. | Address: | Race/Sex | DOB |
|---|---|---|---|

| Item<br>Number | Number<br>of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal necklace Necklace? |
| | 1 | white metal ring with 3 stones shank cut |
| | 1 | white metal ring with heart shape |
| | 1 | white metal Nike Ring |
| | 1 | white metal cross with clear stone |
| | 1 | white earring |
| | 1 | white earring |
| | 1 | pair of white earrings |
| | 1 | white metal bangle bracelet |
| | 1 | white metal necklace broken & knotted |

| I hereby acknowledge the above list represents all the<br>property taken from my possession:<br><br>_____<br>Signature | I hereby acknowledge the above list represents all property impounded by me:<br>CCN: 6546   Dist CI   DV: CCU<br>(Impounding   Signature: _____<br>Officer's)<br>Printed Name: F.J. Suco |
|---|---|
| RECEIVED BY: | REASON: | DATE | TIME: |
| | | | |
| | | | |
| | | | |
| | | | |
| Court Case # | CURRENCY:<br>Verified By/CCN: _____<br><br>Signature: _____ | |

PROPERTY OWNER, IF AVAILABLE          ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT** #7

LAB #

☐ ABANDONED   ☐ EVIDENCE   ☐ SAFEKEEPING   ☐ FORFEITURE HOLD

| Case # BS 99-11-1,426 | Date and Time Received: 11-30-99 1:70?? | Investigating Unit/Agency: CI / CCG | Offense: No documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: We buy Pawnbroker | Address: 3081 NW 17St Laud Lake | Race/Sex 735 | DOB 2274 |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Shinberg / Sgt. Silva | Address: 2601 W Broward | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | Charter Arms Undercover .38 Spec. #237057 |
| | 1 | Beretta .22 LR Mod 21A BE52600644 w/4 rds Mag |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I hereby acknowledge the above list represents all the property taken from my possession:

_____
Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: V?I? Dist_____ Div: CI

(Impounding Officer's) Signature: _____

Printed Name: Shinberg

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: |

**PROPERTY OWNER, IF AVAILABLE**

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS 99-11-16426 | 1:20pm 11/20/99 | CI/CCU | 539.001 New Documentation Pawnshop |

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: We Buy Pawn | Address: | Race/Sex | DOB |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Dlt Strinberg / Sgt Silco | Address: BSO | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal necklace broken |
| | 1 | white metal bracelet |
| | 1 | white metal chain no clasp |
| | 2 | white metal Ring not straight w/ heart chole |
| | 1 | white metal bracelet broken |
| | 1 | white metal necklace knotted |
| | 1 | white metal necklace with small Oring |
| | 1 | white metal earring damaged (flat) |
| | 1 | white metal heart bracelet clasp missing |
| | 1 | white metal earring |

| I hereby acknowledge the above list represents all the property taken from my possession: | I hereby acknowledge the above list represents all property impounded by me: |
|---|---|
| _Signature_ | CCN: 6546  Dist CI / CCU |
| | (Impounding Officer's) Signature: |
| | Printed Name: Sgt Silco |

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: |

**PROPERTY OWNER, IF AVAILABLE**

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

| BROWARD SHERIFF'S OFFICE | | | | LAB # |
|---|---|---|---|---|
| Post Office Box 9507 | | **PROPERTY RECEIPT** XG | | |
| Fort Lauderdale, Florida 33310 | | | | |

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS 99-11-16426 | Date and Time Received: 11/3/8  1:20pm | Investigating Unit/Agency: CI CCU | Offense: NFR Documentation (pawnshop) |
|---|---|---|---|

| NCIC/FCIC Agency | | Agency Case # | | | |
|---|---|---|---|---|---|

| Suspect: 20672 | Address: | | Race/Sex | DOB |
|---|---|---|---|---|
| We buy Pawnbrokers | 3481 NW 19 L  Lauderdale | | 735-2274 | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Skinberg / Sgt Silva | Address: 2601 W Broward Blvd | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal Omega watch w/8 clear stones band broken |
| | 1 | no name plastic watch |
| | 1 | white metal Bulova watch #93487 |
| | 1 | yellow metal Seiko watch #56654 |
| | 1 | yellow metal Seiko watch 943623 |
| | 1 | yellow metal O&Q watch missing stem |
| | 1 | no name black plastic watch broken band |
| | 1 | black /red Swiss Army watch |
| | 1 | gray metal Timex watch |
| | 1 | yellow metal Seiko mickey Mouse watch |

| I hereby acknowledge the above list represents all the property taken from my possession:  _____ Signature | I hereby acknowledge the above list represents all property impounded by me: CCN: VU·1·    Dist ____  Div: CI (Impounding Officer's) Signature: ____ Printed Name: JS Skinberg |
|---|---|

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: ____  Signature: | ACE# |
|---|---|---|

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

Case 0:99-cr-06026-WPD   Document 1   Entered on FLSD Docket 01/05/2000   Page 16 of 27

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT** #16

LAB #

| □ ABANDONED | □ EVIDENCE | □ SAFEKEEPING | □ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS99-11-16426 | Date and Time Received: 1.15pm 113055 | Investigating Unit/Agency: CI/CCU | Offense: Pawn Documentation (pawnshop) |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: E Conte We buy Pawnbrokers | Address: 3481 NW 19st and cotes | Race/Sex | DOB 735-2274 |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Steinberg / Sgt Silos | Address: 2601 W Broward Blvd | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | yellow metal money clip CPM |
| | 1 | yellow metal charm |
| | 2 | yellow metal pocket knives |
| | 1 | white metal bracelet |
| | 1 | Waltham watch face nocase |
| | 1 | white metal Cartion watch face # 9973 no band |
| | 1 | yellow metal Seiko watch face round # 72v069 |
| | 5 | yellow metal Seiko watchs square face |
| | | # 891572, CD5028, 007520, 087654, (no number) |
| | 2 | yellow metal Seiko watch square face 166028, FD6951 |

NO BANDS

| I hereby acknowledge the above list represents all the property taken from my possession: | I hereby acknowledge the above list represents all property impounded by me: |
|---|---|
| | CCN: 4611  Dist   Div: CI |
| Signature | (Impounding Officer's) Signature: |
| RECEIVED BY: | Printed Name: J Steinberg |

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: | | |
|---|---|---|---|
| | Signature: | | |

**PROPERTY OWNER, IF AVAILABLE**

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

| BROWARD SHERIFF'S OFFICE<br>Post Office Box 9507<br>Fort Lauderdale, Florida 33310 | *PROPERTY<br>RECEIPT* #11 | | LAB # |
|---|---|---|---|

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case #<br>BS 99-11-16426 | Date and Time<br>Received: 11/3/99  11.33.8 | Investigating Unit/Agency:<br>CI /cru | Offense:<br>Non documentation<br>Pawn chop |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect:<br>Webuy Pawnbrokers | # 06012<br>Address:<br>3181 NW 19 St Laud-Lakes | Race/Sex<br>735 | DOB<br>2274 |
|---|---|---|---|
| Suspect: | Address: | Race/Sex | DOB |

| Found By:<br>Det Steinberg / Sgt Siloo  26 W Broward Blvd | Address: | Race/Sex | DOB |
|---|---|---|---|

| Item<br>Number | Number<br>of items | DESCRIPTION |
|---|---|---|
| | 1 | IBM Thinkpad 365XD #78-RH2S 96/09 w/ |
| | | Accessories And Case (Btty, power cord, hd disk, encasing) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| I hereby acknowledge the above list represents all the property taken from my possession:<br><br>_____ Signature<br>RECEIVED BY: | I hereby acknowledge the above list represents all property impounded by me:<br>CCN: 6546  Dist CI/cru  Div: CI<br>(Impounding  Signature: ET Siloo<br>Officer's)<br>Printed Name: E.T Siloo |
|---|---|
| | REASON: | DATE | TIME: |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY:<br>Verified By/CCN: _____<br>Signature: |
|---|---|

PROPERTY OWNER, IF AVAILABLE

| | ACE# |
|---|---|

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

| BROWARD SHERIFF'S OFFICE<br>Post Office Box 9507<br>Fort Lauderdale, Florida 33310 | *PROPERTY RECEIPT* | LAB # | |

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |

| Case #<br>BS 99-11-16126 | Date and Time<br>Received: 11-30-99<br>12p/a | Investigating Unit/Agency:<br>CI / CCU | Offense:<br>Non Documentation<br>Pawnshop |

NCIC/FCIC Agency: | Agency Case #

| Suspect: # CObIL<br>We buy Pawn Brokers | Address:<br>3401 NW 11st Lud Cakes | Race/Sex FL | DOB |

| Suspect: | Address: | Race/Sex | DOB |

| Found By:<br>Det Slomberg /Sgt Silco | Address:<br>2601 W Broward Blvd | Race/Sex | DOB |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 4 | yellow metal Seiko watches round face no bands |
| | | #924061, 222509, 050047, 469069 |
| | 1 | say yellow metal Seiko watch Round fac Nobridge #025322 |
| | 1 | yellow metal Elgin pocket watch |
| | 1 | yellow metal Geneve watch face no case or band |
| | 5 | yellow metal Seiko square face watches no bands |
| | | #529796, 669585, 171759, 727059, 658131 |
| | 1 | pair yellow metal earrings w/clear stones each in box |
| | 3 | pair yellow metal earrings in box |
| | 1 | yellow metal Angel charm |

| I hereby acknowledge the above list represents all the property taken from my possession:<br><br>Signature | I hereby acknowledge the above list represents all property impounded by me:<br>CCN: 4074    Dist    Div: CI<br>(Impounding Officer's) Signature:<br>Printed Name: Slomberg |

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY:<br>Verified By CCN: _____<br>Signature: _____ |

PROPERTY OWNER, IF AVAILABLE | ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT #13**

LAB #

☐ ABANDONED      ☐ EVIDENCE      ☐ SAFEKEEPING      ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| 13599-11- 161126 | | BSO CI/CCU | S39 0101 Thunderbird Non-securing arm |

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: Mr Bay Pawn | Address: | | Race/Sex | DOB |
|---|---|---|---|---|

| Suspect: | Address: | | Race/Sex | DOB |
|---|---|---|---|---|

| Found By: Det Steinbing / Sgt Sillo   BSO | Address: | | Race/Sex | DOB |
|---|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 11 | 1ea Walking Liberty Dollar Coins 1986-1995 |
| | 1 | 1985 JFK Commemorative Coin |
| | 1 | 1879 Morgan Silver Dollar |
| | 1 | 1922 Peace Dollar in Metal Bezel |
| | | w/Wooden holder Lake Placis Coins (#1) 465-4406 |

I hereby acknowledge the above list represents all the property taken from my possession:

_____
Signature

I hereby acknowledge the above list represents all property impounded by me:
CCN: 05416   Dist LCU   Div CI
(Impounding Officer's) Signature: _____
Printed Name: I.T. Sillo

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: |

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

# BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

## PROPERTY RECEIPT

**LAB #**

☐ ABANDONED ☐ EVIDENCE ☐ SAFEKEEPING ☐ FORFEITURE HOLD

| Case # BSO-11-16426 | Date and Time Received: Prop.  11:30 15 | Investigating Unit/Agency: C= /CCU | Offense: Non Documentation Pawn Shop |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: Ass=92 | Address: | | Race/Sex | DOB |
|---|---|---|---|---|
| We buy Pawnbrokers | 3481 NW 17 St  Laud Lakes, 735-2224 | | | |

| Suspect: | Address: | | Race/Sex | DOB |
|---|---|---|---|---|
| | | | | |

| Found By: | Address: | | Race/Sex | DOB |
|---|---|---|---|---|
| Det Skinberg / Sgt Siler | 2601 W Broward Blvd. | | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | yellow metal Ring with 8 clear stones |
| | 1 | yellow metal Ring cut open |
| | 3 | yellow metal charms (faces) |
| | 1 | yellow metal Charm of child |
| | 1 | white metal Flower pin |
| | 1 | Mont Blanc pen in case |
| | 1 | Nokia cellular telephone no 2450  ESN 23504638179 |
| | 1 | Motorola cellular telephone no 61610  SN 935GUJL368 |
| | 1 | motorola cellular telephone no 7650WALBA  MSN 935GWG6094 |
| | 1 | motorola cellular telephone no 61607  SN 935GUAk933 |

| I hereby acknowledge the above list represents all the property taken from my possession: | I hereby acknowledge the above list represents all property impounded by me: |
|---|---|
| _Signature_ | CCN: VO14  Dist  Div: CC |
| | (Impounding Officer's)  Signature: |
| RECEIVED BY: | Printed Name: J. Skinberg |

| | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: |

## PROPERTY OWNER, IF AVAILABLE

**ACE#**

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

☐ ABANDONED    ☐ EVIDENCE    ☐ SAFEKEEPING    ☐ FORFEITURE HOLD

| Case # PS 99-11-16026 | Date and Time Received: 1:20pm 11-30-99 | Investigating Unit/Agency: CI/CCU | Offense: Non Documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: We buy Pawn brokers | Address: 3481 NW 1st Lud. Lakes | Race/Sex | DOB 735-2274 |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det. Steinberg / Sgt Silas | Address: 2601 W Broward Blvd | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | motorola cellular telephone no misc sn |
| | 52 | US currency pennies |
| | 2 | US currency dimes |
| | 1 | US currency nickles |
| | 1 | US currency half dollar |
| | 16 | US currency quarters in cards |
| | 7 | US currency dimes |
| | 2 | US currency Quarters |
| | 3 | US currency half dollar |
| | 20 | US currency dimes |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: ____ Dist ____ Div: CI
(Impounding Officer's)  Signature: ____
Printed Name: Steinberg

| RECEIVED BY: | REASON: | DATE | TIME： |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ Signature: |
|---|---|

**PROPERTY OWNER, IF AVAILABLE**

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT** # 116

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| B599-11-16426 | 1:30 PM   11/08 | DCI/CCU | Non documentation Pawn shop |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We buy Pawnbrokers | 2461 NW 19st   Lauderdale Lakes | | 735-2774 |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det. Steinberg / Sgt. Silas | 2601 W. Broward | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | | (1) Barber Dime Bracelet w/ 20 Dimes; (6) Franklin ½ Dollars; (1) Eisenhower ½ Dollar; |
| | | (5) Silver Quarters; (1) 1916 Foreign Coins, (10) Gaming Tokens (68) Foreign |
| | | Coins; (3) Liberty Dollars; (?) Scissor 4 Troy Oz Coins; (2) Troy |
| | | Oz Bars, (1) Roll Dimes; (3) Rolls Quarters Labeled "Silver"; |
| | | (13) ½ Dollar Pieces; Bag of 1200 Nickels, 18 Pennies, 3 Quarters, |
| | | 2 Dimes; 1530 Silent Piece; 1951 50 cent piece; 89 Pennies in |
| | | Nations Bank Bag. |

| I hereby acknowledge the above list represents all the property taken from my possession: | I hereby acknowledge the above list represents all property impounded by me: |
|---|---|
| Signature | CCN: 4611   Dist.   Div: CE |
| | (Impounding Officer's)   Signature: |
| RECEIVED BY: | Printed Name: Steinberg |

| | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: |

PROPERTY OWNER, IF AVAILABLE                    ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

| BROWARD SHERIFF'S OFFICE Post Office Box 9507 Fort Lauderdale, Florida 33310 | **PROPERTY RECEIPT** | | LAB # |
|---|---|---|---|

☐ ABANDONED   ☐ EVIDENCE   ☐ SAFEKEEPING   ☐ FORFEITURE HOLD

| Case # 13599-11-16426 | Date and Time Received: 12/2/99  11:30:35 | Investigating Unit/Agency: C5 /ccu | Offense: Civil Documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: We buy Pawn Brokers inc  # 04672 | Address: 3481 NW 19st   Lauderlakes | Race/Sex 735-2274 | DOB |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

Found By: Det Skinberg / Sgt Silos   2601 W Broward Blvd

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 5 | US Currency ~~Dimes~~ Nickels |
| | 1 | US Currency dollar coin |
| | 1 | US Currency Half dollar |
| | 1 | US Currency Quarter |
| | 3 | US Currency Dimes |
| | 2 | US Currency Nickels |
| | 50 | US Currency Pennies |
| | 50 | US Currency Pennies |
| | 48 | US Currency Pennies |
| | 20 | US Currency Nickels |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 0596   Dist

(Impounding Officer's) Signature:

Printed Name: E. T. Silo

| REASON: | DATE | TIME: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ Signature: | ACE# |
|---|---|---|

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

| BROWARD SHERIFF'S OFFICE Post Office Box 9507 Fort Lauderdale, Florida 33310 | *PROPERTY RECEIPT* #16 | | LAB # |
|---|---|---|---|

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS99-11-1642b | Date and Time Received: 1:20pm 11-30-99 | Investigating Unit/Agency: CI /CCU | Offense: non documentation Pawn Shop |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: We Buy Pawnbrokers | Address: 8481 NW 15st Land Lakes | Race/Sex 355-7774 | DOB |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det. Steinberg / S.A. Sileo | Address: | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 11 | US Currency Pennies |
| | 1 | US Currency dollar coin |
| | 1 | white metal earring with white Bead |
| | 11 | US Currency Quarters |
| | 3 | US Currency Nickels |
| | 1 | US Currency Half dollar |
| | 38 | US Currency dimes |
| | 3 | US Currency dollar coins |
| | 3 | US Currency proof sets (5) coins each 1984, 1985, 1983 |
| | 1 | US Currency dollar coin |

| I hereby acknowledge the above list represents all the property taken from my possession: _____ Signature | I hereby acknowledge the above list represents all property impounded by me: CCN: 6546  Dist CI  By CCU (Impounding Officer's) Signature: Printed Name: E.T. SILEO |
|---|---|

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ Signature: |
|---|---|

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

| BROWARD SHERIFF'S OFFICE<br>Post Office Box 9507<br>Fort Lauderdale, Florida 33310 | **PROPERTY RECEIPT** #11 | LAB # |
|---|---|---|

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case #<br>BS99-11-16426 | Date and Time Received:<br>11:20h  11/3/99 | Investigating Unit/Agency:<br>CI/CCU | Offense:<br>Non documentation<br>Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

**Suspect:** *0642
We Buy Pawnbrokers    **Address:** 3481 NW 19st  Lauds Lakes    **Race/Sex**    **DOB** 735-2274

**Suspect:**    **Address:**    **Race/Sex**    **DOB**

**Found By:** Det Skimberg / Sgt Silva    **Address:** 2601 West Broward Blvd.    **Race/Sex**    **DOB**

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 7 | US Currency   half dollar |
| | 4 | US Currency   Nickels |
| | 4 | US Currency   Dimes |
| | 1 | US Currency   Penny |
| | 13 | US Currency   Dollar coins |
| | 11 | US Currency   half dollars |
| | 8 | US Currency   Dimes |
| | 2 | US Currency   Susan B Anthony dollar coins in boxes |
| | 27 | US Currency   Dollar coins |
| | 60 | US Currency   Half dollars |

| I hereby acknowledge the above list represents all the property taken from my possession:<br><br>_____ Signature | I hereby acknowledge the above list represents all property impounded by me:<br>CCN: V01N/ ___ Dist ___ Div: CI<br>(Impounding Officer's)   Signature: _____<br>Printed Name: Skimberg |
|---|---|

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY:<br>Verified By/CCN: _____<br>Signature: |
|---|---|

PROPERTY OWNER, IF AVAILABLE    | ACE# |

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT** #21

LAB #

☐ ABANDONED   ☐ EVIDENCE   ☐ SAFEKEEPING   ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| 13599-11-16426 | 11-30-99 1:20p | CI / CCU | Was Documentation Pawnshop |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Urban Pawnbrokers | 3481 NW 19st Lauderdale | W35 | 22? |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det Steinberg / Sgt Siles | 2601 W Broward Blvd | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 3 | US Currency dollar coins |
| | 4 | US Currency half dollar |
| | 11 | US Currency Quarters |
| | 2 | US Currency Nickels |
| | 1 | Engelhard coin one troy ounce |
| | 1 | Panama Nickel |
| | 1 | Unknown type coin |
| | 8 | US Currency Quarters |
| | 31 | US Currency dollar coins S.B.A. |

I hereby acknowledge the above list represents all the property taken from my possession:

_____
Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 4024   Dist: ____   Div: CI

(Impounding Officer's)   Signature: _____

Printed Name: Steinberg

| REASON: | DATE | TIME: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: |

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET



The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
SKG CORP. d/b/a
WE BUY PAWNbrokers,

**DEFENDANTS**
Ken Jenne
Sheriff of Broward County

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

A Broward 00CV-06012 CIV Brown

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Dennis R. Bedard
1717 N. Bayshore Dr. #102
Miami FLA 33132

**ATTORNEYS (IF KNOWN)**
MAGISTRATE JUDGE
BROWN

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**A CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☒ 152 Recovery of Defaulted Student Loans (Exc. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

**A TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury – Med. Malpractice
☐ 365 Personal Injury – Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**A LABOR**
☐ 710 Fair Labor Standards Act.
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**A BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**A PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**B SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS – Third Party 26 USC 7609

**A OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions
A OR B

**A REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**A CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☒ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
**HABEAS CORPUS:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. 1983

**LENGTH OF TRIAL** 2
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE Middlebrooks
DOCKET NUMBER 99-7630-CIV

**DATE** 1/4/00
**SIGNATURE OF ATTORNEY OF RECORD** Dennis R. Bedard

**FOR OFFICE USE ONLY**

$150.00    814900

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

01/05/00