# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
## (FORT LAUDERDALE DIVISION)

SKG CORP., d/b/a WE BUY PAWNBROKERS,
A Florida Corporation

                    Plaintiff          CASE NO.


vs.


KEN JENNE,
SHERIFF OF BROWARD COUNTY

                    Defendant

_____/

## SUMMONS IN A CIVIL CASE

To:  Ken Jenne
     Sheriff of Broward County
     2601 West Broward Blvd.
     Fort Lauderdale, Florida  33312


        You are hereby summoned to serve upon Plaintiff's Attorney:

              Dennis R. Bedard
              1717 North Bayshore Drive
              Suite 102
              Miami, Florida  33132

an answer to the complaint which is herewith served upon you, within twenty days after service
of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  You must file your
answer with the clerk of the court within a reasonable period of time after service.


Dated:  JAN 0 5 2000                    Clerk of the Court

                                        **Clarence Maddox**

                                        By