UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06012-CIV-UNGARO-BENAGES
MAGISTRATE BROWN

SKG CORP., d/b/a WE BUY PAWNBROKERS,
A Florida Corporation

        Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD COUNTY,

        Defendant.
_____/

## NOTICE OF APPEARANCE

The Clerk will please note the appearance of the law firm of PURDY, JOLLY & GIUFFREDA, P.A. as Attorneys of Record for the Defendant SHERIFF JENNE.

**I HEREBY CERTIFY** that a copy of the foregoing was mailed this 21st day of January, 2000, to: **DENNIS R. BEDARD, ESQ.**, 1717 North Bayshore Drive, Suite 102, Miami, Florida 33132.

                PURDY, JOLLY & GIUFFREDA, P.A.
                Attorneys for Defendant SHERIFF
                1322 S.E. Third Avenue
                Fort Lauderdale, Florida 33316
                Telephone:   (954) 462-3200
                Facsimile:    (954) 462-3861

BY _____
      ALEXIS M. YARBROUGH
      Fla. Bar No. 0086861