UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Case No:** 00-6012-CIV
UNGARO-BENAGES

SKG CORP., et al.,

        Plaintiff,

v.

KEN JENNE, SHERIFF OF BROWARD COUNTY,

        Defendant.
_____/

## ORDER SETTING INITIAL PLANNING AND SCHEDULING CONFERENCE

THIS CAUSE is hereby set for an Initial Scheduling and Planning Conference before the Honorable Ursula Ungaro-Benages, at the U.S. Courthouse, **APRIL 14, 2000 at 10:30 A.M.**

Counsel for the Plaintiff(s) is instructed to provide copies of this Order to all counsel of record and to any unrepresented parties that have appeared in the case. Pursuant to Fed.R.Civ.P. 26(f) the parties are jointly responsible for meeting to develop a proposed discovery plan; thereafter, the parties are to file and to serve a **Joint Scheduling and Status Report** together with a proposed Scheduling Order and **envelopes for all parties**. The report and proposed Order must be filed at least **ten (10) days** before the Planning and Scheduling Conference and must recite the following:

    1.    A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, including the amount of damages claimed and any other relief sought.

    2.    A brief summary of the facts which are uncontested or which can be stipulated to without discovery.

    3.    A brief summary of the issues as presently known.