UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6012-CIV-UNGARO-BENAGES

SKG, CORP.,

　　Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD CTY.,

　　Defendant.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE came before the Court upon *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and notes that Plaintiff's counsel indicated on the Civil Cover Sheet that there is a "related case number 99-7630-Civ-Middlebrooks" to the above-styled cause. Although the Plaintiffs in each action are represented by the same counsel and their causes of action are identical, the undersigned cannot discern what relation, if any, exists between these cases. Accordingly, it is hereby

ORDERED AND ADJUDGED that **no later than Friday, February 11, 2000, Plaintiff's counsel shall file a written reply with the Court and deliver a copy to Chambers** indicating what relation, if any, case number 99-7630-Civ-Middlebrooks bears to the above-styled cause.

DONE AND ORDERED in Chambers at Miami, Florida, this 31 day of January, 2000.

　　　　　　　　　　　　　　　　　　　　　　　　URSULA UNGARO-BENAGES
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record