IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)

NIGHT BOX FILED

- 6 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

SKG CORP., d/b/a WE BUY PAWNBROKERS
A Florida Corporation

        Plaintiff       CASE NO. 00-06012-CIV-UNGARO-BENAGES

                MAGISTRATE BROWN

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

        Defendant
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

COMES NOW the Plaintiff, SKG CORP., d/b/a WE BUY PAWNBROKERS, through its undersigned counsel, and moves this court for a five day extension of time in which to respond to the Defendant's motion to dismiss and in support thereof, submits the following:

1. The Plaintiff has filed a complaint against the Defendant alleging a violation of 42 U.S.C. 1983, *et. seq.*

2. The Defendant filed a motion to dismiss which counsel received on January 25, 2000.

3. Due to undersigned counsel's busy schedule for January and early February, it will not be possible to fully respond to the issues raised in Defendant's motion to dismiss within the statutorily prescribed ten day period.



4. Plaintiff respectfully requests that this court grant it a five day extension until February 10, 200 in which to respond to the Defendant's motion to dismiss.

5. Plaintiff has conferred with counsel for the Defendant pursuant to Local Rule 7.1(3) and she has no objection to the granting of this motion.

Respectfully submitted,

Dennis R. Bedard
Attorney for Plaintiff
1717 North Bayshore Drive
Suite 102
Miami, Florida 33132
(305) 530 0795
(305) 530 9587 FAX

By _____
Dennis R. Bedard
FBN 759279

I hereby certify that a true and correct copy of this motion was sent to counsel for the Defendant, Alexis Yarbrough, 1322 S.E. Third Avenue, Fort Lauderdale, Florida 33316, this 9th day of February, 2000.

_____
Dennis R. Bedard

2