UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6012-CIV-UNGARO-BENAGES

SKG CORP., et al.,
    Plaintiff,

vs.

**ORDER TO SHOW CAUSE**

KEN JENNE, SHERIFF OF BROWARD COUNTY,
    Defendant.
_____/

THIS CAUSE is before the Court upon Defendants' Motion to Dismiss/or in the Alternative Motion for More Definite Statement, filed January 20, 2000.

Pursuant to Local Rule 7.1.C, Plaintiff was required to file a Response to the above-referenced Motion on or before February 4, 2000. It appears from a review of the record that Plaintiff has failed to timely file the required Response which may be deemed sufficient cause for granting the Motion by default. However, in the interests of justice, it is hereby

ORDERED AND ADJUDGED that Plaintiff file a written response with the Court, and deliver a copy of the Response to Chambers, **at or before 12 noon on Monday, February 14, 2000**, showing good cause why Defendant's Motion to Dismiss should not be granted by default. If Plaintiff fails to timely and sufficiently comply with this Order, this cause will be DISMISSED without further Order of the Court. It is further

ORDERED AND ADJUDGED that Plaintiff file the required Response to the Motions and deliver a copy to Chambers **at or before 12 noon on Monday, February 14, 2000**.

DONE AND ORDERED in Chambers at Miami, Florida, this _9_ day of February, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

7- 305-530-9587
4- 954-462-3861