

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
### (FORT LAUDERDALE DIVISION)

SKG CORP., d/b/a WE BUY PAWNBROKERS
A Florida Corporation

            Plaintiff        CASE NO. 00-06012-CIV-UNGARO-BENAGES

                                 MAGISTRATE BROWN

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

           Defendant
_____/

## ORDER

IT IS HEREBY Ordered and Adjudged that Plaintiff's unopposed motion for extension of time in which to respond to Defendant's motion to dismiss is granted. The Plaintiff shall have until February 14, 2000, to file its answer to the motion.

Done and Ordered this __10__ day of __Feb.__, 2000.

                                                   _Ursula Ungaro-Benages_
                                                   United States District Court Judge
                                                   Ursula Ungaro-Benages

Cc: Dennis R. Bedard
     Alexis Yarbrough