IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

SKG CORP., d/b/a WE BUY PAWNBROKERS
A Florida Corporation

        Plaintiff        CASE NO. 00-06012-CIV-
                             UNGARO-BENAGES

                             MAGISTRATE BROWN

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

        Defendant
_____/

## PLAINTIFF'S RESPONSE TO ORDER REQUIRING RESPONSE

COMES NOW the Plaintiff, SKG CORP., d/b/a WE BUY PAWNBROKERS, through its undersigned counsel, and submits its response to the Court's request dated January 31, 2000.

1. On January 5, 2000, the Plaintiff filed the instant action against the Defendant for declaratory relief and damages pursuant to 42 U.S.C. 1983. On the civil cover sheet, Plaintiff indicated that there is a related case (99-7630-CIV-Middlebrooks) to the above styled case.

2. The Court correctly points out that the cases are related in that the causes of action are identical, the Defendant is the same and the counsel of record are the same. Further, the facts underlying the allegations in the complaint arose from the same transaction or occurrence, i.e., a raid by the Defendant of several pawnshops in Broward County. Thus, the witnesses and their testimony will almost certainly be duplicative.

3. Plaintiff's and Defendant's counsel have discussed the above relationship



between the two causes of action and have agreed to make a joint motion to have the matters consolidated for trial before one judge in order to save the expense of having to litigate the two matters before two different courts.

Respectfully submitted,

Dennis R. Bedard
Attorney for Plaintiff
1717 North Bayshore Drive
Suite 102
Miami, Florida 33132
(305) 530 0795
(305) 530 9587 FAX

By _____
Dennis R. Bedard
FBN 759279

I hereby certify that a true and correct copy of this response was sent to counsel for the Defendant, Alexis Yarbrough, 1322 S.E. Third Avenue, Fort Lauderdale, Florida 33316, this 11th day of February, 2000.

_____
Dennis R. Bedard