UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6012-CIV-UNGARO-BENAGES

SKG, CORP. d/b/a WE BUY PAWNBROKERS,
    Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD COUNTY,
    Defendant.
_____/

FILED by _____ D.C.
MAR 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF TRANSFER

    GOOD CAUSE appearing that a transfer of this Cause is appropriate pursuant to Local Rule 3.9(c) due to lower-numbered Case No. 99-7630-CIV-MIDDLEBROOKS and subject to the consent of the Honorable Judge Middlebrooks, it is
    ADJUDGED that the above numbered Cause is transferred to the calendar of Judge Middlebrooks for all further proceedings.
    DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of March, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

    After reviewing the Court file in the above numbered Cause, the undersigned accepts the transfer of this case. Therefore, it is
    ORDERED AND ADJUDGED that all pleadings filed after this date shall bear the following case number, 00-6012-CIV-MIDDLEBROOKS, thereby indicating that Judge Middlebrooks is the Judge to whom all pleadings should be routed or otherwise brought for attention.
    THE FOREGOING transfer is accepted this 30 day of March, 2000.

DONALD MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Magistrate Brown

