UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06012-Civ-Middlebrooks

SKG CORP., d/b/a WE BUY PAWNBROKERS,
a Florida corporation,

          Plaintiff,

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY,

          Defendant.
_____/

FILED by _____ D.C.

APR 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ORDER DENYING DEFENDANT SHERIFF'S
MOTION TO DISMISS/OR IN THE ALTERNATIVE
MOTION FOR MORE DEFINITE STATEMENT

THIS CAUSE came before the Court upon the above-captioned motions, filed

January 20, 2000. Upon consideration of these motions (DE 3-1 and DE 3-2), Plaintiff's

Response (DE 10) filed February 11, 2000, and Defendant's Reply (DE 13) filed February

17, 2000, it is

ORDERED and ADJUDGED that Defendant Sheriff's Motion to Dismiss (**DE 3-1**)

or in the alternative Motion for More Definite Statement (**DE 3-2**) are **DENIED**.

DONE and ORDERED at Miami, Florida, this _20th_ day of April, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies provided to Counsel of Record.

