UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-06012-Civ-Middlebrooks

SKG CORP., d/b/a WE BUY PAWNBROKERS,
a Florida corporation,

        Plaintiff,

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY,

        Defendant.
_____/



FILED by_____ D.C.
APR 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ORDER OF MAGISTRATE JUDGE REASSIGNMENT
AND ORDER OF REFERENCE

THIS CAUSE came before the Court *sua sponte*. In accordance with Administrative Order No. 99-27, the undersigned has reviewed the file in the above-styled case and has determined that the case should be reassigned to United States Magistrate Judge Ted E. Bandstra.

Pursuant to 28 U.S.C. § 636(b)(1(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, this case is referred to United States Judge Bandstra for a Scheduling Conference, for the purpose of setting pre-trial and trial dates for this case, determining possible consent to the jurisdiction of the Magistrate Judge for trial, and for any and all other matters requiring early judicial action in this case. If the parties can't agree to be bound by the previously established deadlines in the related case of Quik Cash Pawn v. Sheriff of

Broward County, Case No. 99-7630-Civ-Middlebrooks,[1] Magistrate Judge Bandstra will hold another Scheduling Conference; all counsel of record will be required to attend this conference, which will be noticed by Magistrate Judge Bandstra.

DONE and ORDERED at Miami, Florida, this 20th day of April, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies provided to:

Magistrate Judge Ted E. Bandstra
Counsel of Record

---

[1] See Scheduling Order (DE 14) in Quik Cash Pawn v. Sheriff of Broward County, Case No. 99-7630-Civ-Middlebrooks and Notice of Trial (DE 17). By separate order entered this date, Case No. 00-6012 has been consolidated with Case No. 99-7630 for discovery purposes.