UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-7630-Civ-Middlebrooks
Case No. 00-6012-Civ-Middlebrooks



QUICK CASH PAWN JEWELRY & PAWN, INC.,
a Florida corporation,

          Plaintiff,

vs.                             Case No. 99-7630-Civ-Middlebrooks

KEN JENNE,
SHERIFF OF BROWARD COUNTY,

          Defendant.

_____/

SKG CORP., d/b/a WE BUY PAWNBROKERS,
a Florida corporation,

          Plaintiff,

vs.                             Case No. 00-6012-Civ-Middlebrooks

KEN JENNE,
SHERIFF OF BROWARD COUNTY,

          Defendant.

_____/

## ORDER OF CONSOLIDATION FOR DISCOVERY PURPOSES

THIS CAUSE came before the Court *sua sponte*.  As the record reflects that the

above-captioned cases are related in that the causes of action are identical, the Defendant is the

same, the counsel of record are the same, and the facts underlying the allegations in the

complaints arose from the same transaction or occurrence, i.e., a raid by the Defendant of several

pawnshops in Broward, it is

ORDERED and ADJUDGED that Case No. 00-6012-Civ-Middlebrooks is consolidated

with Case No. 99-7630-Civ-Middlebrooks for discovery purposes and other such pre-trial

matters as may be appropriate. **All filings with the Court shall hereafter be made only in**

**Case No. 99-7630-Civ-Middlebrooks, utilizing the above style.**

DONE and ORDERED at Miami, Florida, this 20 day of April, 2000.


DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE


Copies provided to:

Magistrate Judge Ted E. Bandstra
Counsel of Record

2