UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06012-CIV-MIDDLEBROOKS
MAGISTRATE TED BANDSTRA

SKG CORP., d/b/a WE BUY PAWNBROKERS,
A Florida Corporation

        Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD
COUNTY,

        Defendant.
_____/



### DEFENDANT SHERIFF'S ANSWER/DEFENSES

Defendant Sheriff, by and through his undersigned counsel, pursuant to Rule 8 of the Federal Rules of Civil Procedure, hereby answers the complaint and asserts defenses as follows:

1.     Admitted.

#### I. GENERAL ALLEGATIONS

#### A. THE PARTIES

2.     Defendant is without knowledge to either admit or deny.

3.     Admitted.

#### B. JURISDICTION

4.     Admitted.

#### C. FACTUAL BACKGROUND

5.     Denied.



6.  Admitted in part and denied in part. Admitted that Defendant Sheriff's deputies seized property as outlined in composite Exhibit A. Denied as to the remainder.

7.  Admitted.

8.  Denied.

9.  Admitted in part and denied in part. Admitted that Defendant Sheriff maintains custody over the property seized as evidence of a crime. Denied that Defendant Sheriff has exercised possession, control, or ownership over the property or that he has attempted to transfer title in the property to a third person. Additionally, any items that were seized to which the Plaintiff has subsequently provided Defendant Sheriff with transaction forms related to those items, Defendant Sheriff has returned said property to the Plaintiff.

### D. MUNICIPAL POLICY OF DEFENDANT KEN JENNE, SHERIFF OF BROWARD COUNTY, FLORIDA

10.  a.  Denied.

    b.  Denied.

    c.  Denied.

### COUNT I
### (DECLARATORY ACTION)

11.  Defendant Sheriff answers as stated above.

12.  Denied.

### COUNT II
### (VIOLATION OF 42 U.S.C. 1983: UNLAWFUL TAKING OF PROPERTY)

13.  Defendant Sheriff answers as stated above.

14. Admitted in part and denied in part. Admitted that this is an action pursuant to 42 U.S.C. § 1983. Denied that Plaintiff suffered a constitutional violation.

15. Admitted in part and denied in part. Admitted that Defendant Sheriff acted under color of state law at all times material to this lawsuit. Denied as to the remainder.

16. Denied.

## COUNT III
### (VIOLATION OF 42 U.S.C. 1983: UNLAWFUL SEARCH)

17. Defendant Sheriff answers as stated above.

18. Admitted in part and denied in part. Admitted this is an action pursuant to 42 U.S.C. § 1983. Denied that Plaintiff has suffered a constitutional violation.

19. Admitted in part and denied in part. Admitted that Defendant acted under color of state law at all times material to this lawsuit. Denied as to the remainder.

20. Denied.

21. Denied.

## DEFENSES

1. As a first and separate defense, Defendant Sheriff asserts that he maintains no unconstitutional written policy, procedure, custom, or widespread practice that caused a violation of Plaintiff's constitutional rights.

2. As a second and separate defense, Defendant Sheriff asserts that Plaintiff did not suffer a violation of its Fourteenth Amendment Right to be free from unreasonable searches and seizures as no such right is recognized in the Fourteenth Amendment.

3. As a third and separate defense, Defendant Sheriff asserts that Plaintiff did not

suffer a deprivation of any right or privilege secured by the United States Constitution or any federal law.

4.   As a fourth and separate defense, Defendant Sheriff asserts that Plaintiff lacks standing to assert a claim for declaratory relief.

5.   As a fifth and separate defense, Defendant Sheriff asserts that there was no "taking" of any property owned by the Plaintiff sufficient to state a claim for a due process violation.

WHEREFORE, Defendant Sheriff demands trial by jury on all issues so triable.

**I HEREBY CERTIFY** that a copy of the foregoing was sent via facsimile and regular U.S. Mail this _5_ day of May, 2000, to: **DENNIS R. BEDARD, ESQ.**, 1717 North Bayshore Drive, Suite 102, Miami, Florida 33132.

PURDY, JOLLY & GIUFFREDA, P.A.
Attorneys for Defendant SHERIFF
1322 S.E. Third Avenue
Fort Lauderdale, Florida 33316
Telephone:   (954) 462-3200
Facsimile:    (954) 462-3861

BY _____
ALEXIS M. YARBROUGH
Fla. Bar No. 0086861