UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIVIL MINUTES FOR HON. TED E. BANDSTRA**

Date: June 1, 2000     Case No. **00-6012-CIV-MIDDLEBROOKS**

Clerk: Wilma Jackson     TAPE: 00B-37-1735 to 1820

Title of Case: SKG, CORP. -V- BROWARD SHERIFF'S OFFICE

P. Attorney: Not present

D. Attorney: Alexis M. Yarbrough (by phone)

Reason for hearing: Scheduling Conference

Result of hearing: _Same dates as in case 99-7630 Order on scheduling & Mediation to be issued by ct._

Misc.

Case continued to: ____ Time: ____ For: ____

