UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 99-7630-CIV-MIDDLEBROOKS
00-6012-CIV-MIDDLEBROOKS

QUICK CASH PAWN JEWELRY
& PAWN, INC., a Florida corporation,

    Plaintiff,

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY,

    Defendant.
_____/

SKG CORP., d/b/a WE BUY PAWNBROKERS,
a Florida corporation,

    Plaintiff,

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court at a Scheduling Conference in SKG Corp. v. Ken Jenne, Case No. 00-6012-Civ-Middlebrooks on May 31, 2000. The Court having reviewed the file and finding that these two cases had been consolidated with each other for pretrial purposes, it is hereby

ORDERED that the Scheduling Order entered on February 7, 2000 shall apply to all pretrial matters in both cases.

The parties are reminded that this case is noticed for trial for the two-week calendar beginning December 4, 2000.

DONE AND ORDERED, in Chambers, at Miami, Florida this 14th day of June, 2000.

_____
TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable Donald M. Middlebrooks

Dennis R. Bedard, Esq.
1717 N. Bayshore Drive
Miami, Florida 33132

Alexis Marie Yarbrough, Esq.
Purdy, Jolly & Giuffreda
1322 S.E. 3rd Avenue
Ft. Lauderdale, Florida 33316