# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

00 AUG -9 AM 10: 56

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

SKG CORP., d/b/a WE BUY PAWNBROKERS
A Florida Corporation

      Plaintiff    CASE NO. 00-06012-CIV-
            MIDDLEBROOKS

            MAGISTRATE BANDSTRA

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

      Defendant
_____/

QUIK CASH PAWN & JEWELRY, INC.
A Florida Corporation

      Plaintiff    CASE NO. 99-7630-CIV-
            MIDDLEBROOKS

vs.            MAGISTRATE BANDSTRA

KEN JENNE,
SHERIFF OF BROWARD COUNTY
      Defendant
_____/

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO COMPLETE DISCOVERY AND TO FILE DISPOSITIVE MOTIONS

  COME NOW the Plaintiffs, SKG CORP., d/b/a WE BUY PAWNBROKERS, and QUIKCASH PAWN & JEWELRY, INC., through their undersigned counsel, and move this court for a sixty day extension of time in which to complete discovery and for a thirty day extension of time in which to file dispositive motions and in support thereof, submit the following:



1. The Plaintiffs have filed a complaint against the Defendant alleging a violation of 42 U.S.C. 1983, *et. seq.* Both of above matters were consolidated for pre-trial purposes by order of this court on June 14, 2000.

2. On January 28, 2000, the parties agreed to a joint scheduling report pursuant to Local Rule 16.1 B.7. This order was adopted by the court on February 7, 2000.

3. The parties agreed to have discovery completed by June 30, 2000, and to have all dispositive motions filed by August 30, 2000.

4. Plaintiffs have yet to take the depositions of the police officers Sileo and Steinberg involved in this incident and respectfully request that this court grant them until August 30, 2000, to complete the depositions. Plaintiffs' counsel was under the impression that counsel for Defendant was going to move for an extension of time to complete discovery in this matter but upon further consultation with opposing counsel on August 8, 2000, counsel for Plaintiff was informed that the motion was only to take the deposition of one of Plaintiffs' witnesses and not to extend the time for the taking of all depositions.

5. Plaintiffs respectfully request that this court grant them until August 30, 2000, to take the depositions of the aforementioned officers and to extend the time for filing dispositive motions to September 30, 2000.

6. Plaintiff has conferred with counsel for the Defendant pursuant to Local Rule 7.1(3) and she objects to the granting of this motion.

Respectfully submitted,

Dennis R. Bedard
Attorney for Plaintiffs
1717 North Bayshore Drive
Suite 102
Miami, Florida 33132
(305) 530 0795
(305) 530 9587 FAX

By _____
Dennis R. Bedard
FBN 759279

I hereby certify that a true and correct copy of this motion was sent to counsel for the Defendant, Alexis Yarbrough, 1322 S.E. Third Avenue, Fort Lauderdale, Florida 33316, this 9th day of August, 2000.

_____
Dennis R. Bedard