UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06012-CIV-MIDDLEBROOKS
MAGISTRATE TED BANDSTRA

SKG CORP., d/b/a WE BUY PAWNBROKERS,
A Florida Corporation

          Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD
COUNTY,

          Defendant.
_____/

### NOTICE OF MEDIATION

PLEASE TAKE NOTICE that mediation is scheduled in the above referenced action for **Friday, October 13, 2000 at 1:00 p.m. at Mediation, Inc., 100 S.E. 3rd Avenue, NationsBank Tower, 18th Floor, Fort Lauderdale, Florida**, before mediator John Spellacy.

I HEREBY CERTIFY that a copy of the foregoing was mailed this 18 day of August, 2000, to: **DENNIS R. BEDARD, ESQ.**, 1717 North Bayshore Drive, Suite 102, Miami, Florida 33132.

PURDY, JOLLY & GIUFFREDA, P.A.
Attorneys for Defendant SHERIFF
1322 S.E. Third Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 462-3200
Facsimile: (954) 462-3861

BY _____
ALEXIS M. YARBROUGH
Florida Bar No. 0086861