Sep 29 00 09:59a    Dennis Bedard    305 538 0590    p.1

NIGHT BOX
FILED

SEP 29

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

SKG CORP., d/b/a WE BUY PAWNBROKERS
A Florida Corporation

                        Plaintiff

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

                       Defendant
_____/

CASE NO. 00-06012-CIV-MIDDLEBROOKS

MAGISTRATE BANDSTR

QUIK CASH PAWN & JEWELRY, INC.
A Florida Corporation

                        Plaintiff

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

                       Defendant
_____/

CASE NO. 99-7630-CIV-MIDDLEBROOKS

## AFFIDAVIT OF BERNARD GOLDSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

    1. My name is Bernard Goldstein. I am the manager of SKG CORP., d/b/a WE BUY PAWNBROKERS, the one of the Plaintiff in the above action. My wife is the president and owner of the company.

    2. I operate a pawnshop at 3481 N.W. 19th Street, Lauderdale Lakes, Florida.

    3. On November 30, 1999, two police officers employed by the Defendant entered my pawnshop to conduct an inspection.

    4. I keep all of my active pawns located in a separate area of my pawnshop, away from public view. Any items that I have purchased are kept in a separate area of my





pawnshop away from the public's view for a period of thirty days. After the thirty day period has expired, and title to the property has vested in me, I place the property for sale to the general public.

5. At the above location, I download all of my pawns and purchases into my computer. This information is then put onto a floppy disk and transmitted to the police on a weekly basis. Law enforcement authorities in Broward County, Florida, have possession of every pawn and purchase that I have ever made at the above pawnshop.

6. On November 30, 1999, I had items in my store that were the property of WE BUY. These items were being sold to the public, with the exception of a personal computer, coins, and a handgun, that was either my personal property or my son's that I maintained custody of for him. Each of these items is listed as Composite Exhibit A to this affidavit. These items were not pending pawns or were they items that I have purchased that were less than thirty days old. Title to each of these items had passed to me by operation of law pursuant to Section 539.001, Florida Statutes. All of these items were either

        a. an expired pawn pursuant to Section 539.001(10); or
        b. a purchase that was more than thirty days old pursuant to Section
           539.001(9)(o); or
        c. my own personal property.

7. While in my pawnshop, the Defendant's employees seized items that belonged to me or WE BUY: Many of these items that were confiscated were pawns and purchases where title to these items had passed to me by operation of law pursuant to Section 539.001, Florida Statutes. The items confiscated by the Defendant are listed in Exhibit A to this affidavit. There were other items taken from my pawnshop by the Defendant that belonged to me. They were personal property that was not for sale or a

3

pending pawn or purchase. I kept some coins in my desk drawer. The police opened my desk drawer and confiscated the coins. The police also confiscated my personal laptop computer that I purchased at a flea market and a handgun that belonged to my son.

8. At the time that the Defendant entered my property, the police officers did not have a search warrant. Nevertheless, they searched my entire pawnshop, including filing cabinets and desks.

9. The Defendant is still in possession of both my and WE BUY'S property. It is not their property and I would like to have it returned to me.

Bernard Goldstein

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this 29 day of September 2000 by Bernard Goldstein, who is personally known to me or has produced _FL. DR. Lic, G432 0834 31330_, as identification.

x ex-06

Lusaida Maceira
Signature of Notary

LUSAIDA MACEIRA
MY COMMISSION # CC 695412
EXPIRES: November 11, 2001
Bonded Thru Notary Public Underwriters



LUSAIDA MACEIRA
MY COMMISSION # CC 695412
EXPIRES: November 11, 2001
Bonded Thru Notary Public Underwriters

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT #1**

LAB #

| ☐ ABANDONED | ☒ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BSO-11-16426 | Date and Time Received: 1:20pm 11/30/99 | Investigating Unit/Agency: CI/CCU | Offense: 539.001 NON-DOCUMENTATION |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

Suspect: *D#00692*  We Buy Pawnbrokers   Address: 3481 NW 19 ST Laud Life.   Race/Sex 735-2274   DOB

Suspect:   Address:   Race/Sex   DOB

Found By: DET STEINBERG/SGT SHERO   Address: 2601 W. Broward Blvd.   Race/Sex   DOB

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 1 | 1 | old navy watch |
| 2 | 1 | CASIO watch    FTP 10 |
| 3 | 11 | clear stones (??) |
| 4 | 5 | white metal ?? |
| 5 | 2 | white metal ring    1 broken |
| 6 | 1 | white metal earring broken |
| 7 | 1 | Issen sales security pin |
| 8 | 1 | ?? chain |
| 9 | 1 | pendant with 2 ?? |
| 10 | 3 | white metal rings   1 with clear stone   1 with white stone |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:
CCN: 6546   Dist CI/CCU   Div CI
(Impounding Officer's) Signature:
Printed Name: E.T. Shero 6546

| REASON: | | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

COMPOSITE EXHIBIT A

| Court Case # | CURRENCY: Verified By/CCN: _____   Signature: |
|---|---|

**PROPERTY OWNER, IF AVAILABLE**

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT #2**

LAB #

☐ ABANDONED    ☑ EVIDENCE    ☐ SAFEKEEPING    ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-11-16426 | 11/30/99 1:20pm | CI/CLU | Non-Documentation (Pawnshop) |

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We Buy Pawn Brokins #00692 | 3481 NW 19 ST Land Lks. | 735-2274 | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det Steinberg / Sgt Sillo | 2601 W. Broward Blvd. | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 11 | 2 | white metal bracelets |
| 12 | 1 | white metal necklace with heart shaped charm |
| 13 | 1 | white metal chain with glass anchor mens |
| 14 | 1 | white chical necklace |
| 15 | 1 | white metal clip with engraving OC |
| 16 | 1 | white box w money |
| 17 | 1 | mont Blanc pen in Box |
| 18 | 1 | Swatch watch plastic band |
| 19 | 1 | yellow metal elephant bracelet |
| 20 | 1 | yellow metal ring with 3 clear stones |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature: _____

RECEIVED BY: _____

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6546   Dist CI/ATK   Div CI

(Impounding Officer's) Signature: _____

Printed Name: E.T. SILLO   6546

| REASON: | DATE | TIME: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Court Case # | CURRENCY: Verified By/CCN: |
|---|---|
| | Signature: |

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

# BROWARD SHERIFF'S OFFICE

Post Office Box 9507
Fort Lauderdale, Florida 33310

## PROPERTY RECEIPT #3

| ☐ ABANDONED | ☒ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-11-16426 | 1:20 pm 11/30/99 | CJ/CCU | 539.001 non-documentation |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| WE BUY PAWNBROKERS #00632 | 3481 NW 19 ST land. LHS. | 735-2274 | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det. Steinberg / Sgt. Sillo | BSO | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 21 | 1 | yellow metal ring with 21 clear stones |
| 22 | 1 | white metal ring with 16 clear stones |
| 23 | 1 | white metal ring with 12 clear stones |
| 24 | 1 | yellow metal ring with clear & 1 black stone |
| 25 | 1 | white metal ring with colored stone |
| 26 | 1 | Girard-Perregaux watch no band (9832NA) white face |
| 27 | 1 | Seiko watch yellow face no band (088578) |
| 28 | 1 | white metal ring with 1 colored stone (missing) |
| 29 | 1 | white metal ring with 1 clear stone |
| 30 | 1 | white metal "Shrimp" charm |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature: _____

RECEIVED BY: _____

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6546   Dist CU /CCU   Div: CU

(Impounding Officer's) Signature: _____

Printed Name: E.T. Spiro 6546

| REASON: | DATE | TIME: |
|---|---|---|

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: |

| | ACE# |
|---|---|

## PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**   # 4

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-11-16426 | 11-30-99 1:20pm | CI/CCU | Non Documentation (pawnshop) |

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: | Address: | | Race/Sex | DOB |
|---|---|---|---|---|
| We buy Pawn | 3451 NW 19st   Laud Lakes | | | 775-2221 |

| Suspect: | Address: | | Race/Sex | DOB |
|---|---|---|---|---|
| | | | | |

| Found By: | Address: | | Race/Sex | DOB |
|---|---|---|---|---|
| Det Steinberg / Sgt Siloo | 2601 W Broward Blvd | | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 1 | 1 | white metal ring micky mouse head flattened |
| | 1 | ladies pin with 16 colored stones on card |
| | 1 | white metal Ring |
| | 1 | small piece of broken white metal chain |
| | 5 | yellow metal lobster clasps |
| | 2 | yellow metal earring back |
| | 1 | yellow metal clasp |
| | 1 | yellow metal Bulova watch with clear stone |
| | 1 | yellow metal Seiko watch # V82386 |
| | 1 | yellow metal necklace with multi colored stones |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

I hereby acknowledge the above list represents all property impounded by me:
CCN: 6546   Dist CI   Div CCU
(Impounding Officer's)   Signature:
Printed Name: E.T. SILEO

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: | |
|---|---|---|
| | Signature: | |

**PROPERTY OWNER, IF AVAILABLE**   ACE#

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

☐ ABANDONED    ☐ EVIDENCE    ☐ SAFEKEEPING    ☐ FORFEITURE HOLD

| Case # BSO 99-11-16426 | Date and Time Received: 1-30-99 1.20pm | Investigating Unit/Agency: CI/CC | Offense: Non Documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: # 00692 We Buy Pawnbrokers | Address: 3451 NW 19 St Laud Lakes | Race/Sex | DOB 735-2274 |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Shinberg / Sgt Sileo | Address: 2601 W Broward | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 1 | pair of white Metal Earrings |
| 4 | white metal flat bracelets |
| 1 | pair of white metal stud earrings with heart shaped clear stone |
| 2 | white metal Rings |
| 1 | white metal Rope chain with cross charm |
| 4 | white metal box link bracelets |
| 1 | white metal rope bracelet |
| 2 | white metal bracelets |
| 1 | white metal Ring with Bluestone ~~tots~~ shank cut open |
| 1 | white metal flat Necklace kinked |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

I hereby acknowledge the above list represents all property impounded by me:

CCN: V014    Dist ___    Div: CI

(Impounding Officer's)    Signature: ___

Printed Name: J. Shinberg

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: ___ | ACE# |
|---|---|---|
| | Signature: ___ | |

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

☐ ABANDONED    ☐ EVIDENCE    ☐ SAFEKEEPING    ☐ FORFEITURE HOLD

| | |
|---|---|
| Case #  BS 99-11-16426 | Date and Time Received: 1:20pm 11/30/99 |
| Investigating Unit/Agency: CI/CCU | Offense: 539.001 Non-Documentation (Pawn Shop) |

NCIC/FCIC Agency:     Agency Case #

Suspect: We Buy Pawn    Address: 3451 NW 14 ST Land Lks.    Race/Sex    DOB

Suspect:    Address:    Race/Sex    DOB

Found By: Det Steinberg / Sgt Sileo    Address: 2601 W. Broward Blvd.    Race/Sex    DOB

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal Necklace No clasp |
| | 1 | white metal ring with 3 stones shank cut |
| | 1 | white metal Ring with heart shape |
| | 1 | white metal Nike Ring |
| | 1 | white metal cross with clear stone |
| | 1 | white earring |
| | 1 | white earring |
| | 1 | pair of white earrings |
| | 1 | white metal bangle bracelet |
| | 1 | white metal Necklace broken & knotted |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6542   Dist C-1   Div CCU

(Impounding Officer's) Signature:

Printed Name: E.J. Sileo

| | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Court Case #

CURRENCY: Verified By/CCN:

Signature:

**PROPERTY OWNER, IF AVAILABLE**    ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT # 7**

☐ ABANDONED   ☐ EVIDENCE   ☐ SAFEKEEPING   ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-11-16 426 | 11-30-98  12.30.00 | CI / CCG | NA documentation pawnshop |

**NCIC/FCIC Agency:**                **Agency Case #**

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We buy Pawnbroker | 3081 NW 17St Laud Lata | 735 | 2274 |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
|  |  |  |  |

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det Shimberg / Sgt Sileo | 2601 W Broward |  |  |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 1 | Charter Arms Undercover .38 Spc. #237057 |
| 1 | Beretta .22 LR Mod 21A BE52600611 w/400 Mag |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

I hereby acknowledge the above list represents all property impounded by me:

CCN: VNN   Dist _____   Div: CI 7

(Impounding Officer's) Signature: _____

Printed Name: Shimberg

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Court Case # | CURRENCY: Verified By/CCN: _____ | ACE# |
|---|---|---|
|  | Signature: _____ |  |

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS 99-11-16426 | Date and Time Received: 1:20pm 11/20/99 | Investigating Unit/Agency: CI/CCU | Offense: 539.001 Non Documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: We Buy Pawn | Address: | | Race/Sex | DOB |
|---|---|---|---|---|

| Suspect: | Address: | | Race/Sex | DOB |
|---|---|---|---|---|

| Found By: Dt Steinberg / Sgt Siled | Address: BSD | | Race/Sex | DOB |
|---|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal necklace broken |
| | 1 | white metal bracelet |
| | 1 | white metal chain no clasp |
| | 2 | white metal Ring front straight w/ heart charm |
| | 1 | white metal bracelet broken |
| | 1 | white metal necklace knotted |
| | 1 | white metal Necklace with small O-Ring |
| | 1 | white metal earring damaged (flat) |
| | 1 | white metal heart bracelet clasp missing |
| | 1 | white metal earring |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature

I hereby acknowledge the above list represents all property impounded by me:
CCN: 6546 Dist CI Div CCU
(Impounding Officer's) Signature:
Printed Name: Ft Siled

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ | | |
|---|---|---|---|
| | Signature: | | |

**PROPERTY OWNER, IF AVAILABLE**

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

Post Office Box 9507
Fort Lauderdale, Florida 33310

*PROPERTY RECEIPT*

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS 95-11-16426 | Date and Time Received: 11/3/8 1:20pm | Investigating Unit/Agency: CI CCU | Offense: with Documentation (pawnshop) |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: #0692 We buy Pawnbrokers | Address: 3481 NW 19 E LudLate | Race/Sex | DOB 735-2274 |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Steinberg / Sgt Silva 2601 IN Broward Blvd | Address: | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal Omega watch w/clear stones band broken |
| | 1 | no name plastic watch |
| | 1 | white metal Bulova watch #93987 |
| | 1 | yellow metal Seiko watch #286654 |
| | 1 | yellow metal watch 903623 |
| | 1 | yellow metal OBQ watch missing stem |
| | 1 | No name black plastic watch broken band |
| | 1 | black/red swiss army watch |
| | 1 | gray metal Timex watch |
| | 1 | yellow metal seiko mickey mouse watch |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

I hereby acknowledge the above list represents all property impounded by me:
CCN: 467-1   Dist ____  Div: CI
(Impounding Officer's) Signature: ____
Printed Name: J Steinberg

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ Signature: | ACE# |
|---|---|---|

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

LAB #

**PROPERTY RECEIPT** #1)

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| B899-11-16426 | 1230p. 11-30-99 | CI/CCU | non-Documentation (pawnshop) |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We buy Pawnbrokers | 3481 NW 19St Lnd Lakes | 735-2274 | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det Steinberg / Sgt Sileo | 2601 W Broward Blvd | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 1 | | yellow metal money clip CPM |
| | 1 | yellow metal charm |
| | 2 | yellow metal pocket knives |
| 1 | | white metal bracelet |
| 1 | | Waltham watch face nocase |
| 1 | | white metal Croton watch face # 8993 no band |
| 1 | | yellow metal Seiko watch face Round # 920069 |
| | 5 | yellow metal Seiko watchs square face |
| | | #981572, 005278, 007570, 057654, (no number) |
| | 2 | yellow metal Seiko watchs square face 166278, F136991 ) |

(NO BANDS)

| I hereby acknowledge the above list represents all the property taken from my possession: | I hereby acknowledge the above list represents all property impounded by me: |
|---|---|
| | CCN: 4101-1    Dist    Div: CI |
| Signature | (Impounding Officer's) Signature: |
| | Printed Name: J. Steinberg |

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | 2 | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: |
|---|---|
| | Signature: |

**PROPERTY OWNER, IF AVAILABLE**

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT # 11**

☐ ABANDONED    ☐ EVIDENCE    ☐ SAFEKEEPING    ☐ FORFEITURE HOLD

| Case # BS 99-11-16126 | Date and Time Received: 1/3/99  11/3/98 | Investigating Unit/Agency: CI /CCU | Offense: Non documentation Pawn chop |
|---|---|---|---|

NCIC/FCIC Agency: #00612    Agency Case #

Suspect: Webcy Pawnbrokers  3181 NW 19st Laud-lakes  Race/Sex 735-2674  DOB

Suspect:    Address:    Race/Sex    DOB

Found By: Det Steinberg / Sgt Si/oo  2601 w. Broward Blvd

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | IBM Think pad 365XD #78-RH2S 96/09 w/ Accessories and Case (Bat, Power, long net disk, charger) |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature
RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:
CCN: 6546 Dist CI/CCU Div: CI
(Impounding Officer's) Signature:
Printed Name: I.T Si/oo

REASON:    DATE:    TIME:

Court Case #    CURRENCY: Verified By/CCN:    Signature:

PROPERTY OWNER, IF AVAILABLE    ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS 99-11-16126 | Date and Time Received: 11-16-99 1:30pm | Investigating Unit/Agency: CI / CCU | Offense: Non Documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: # 00612 | Address: | Race/Sex | DOB |
|---|---|---|---|
| W buy Pawn Brokers | 3401 NW 11st Lad Lakes | FL | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det Slumberg / Sgt Silco | 2601 W Broward Blvd. | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 4 | yellow metal Seiko watches round face no bands |
| | | #924069, 222599, 052047, 924069 |
| | 1 | sm yellow metal Seiko watch Round face Nobbits #023722 |
| | 1 | yellow metal Elgin pocket watch |
| | 1 | yellow metal Geneve watch face no case or band |
| | 5 | yellow metal Seiko square face watches no bands |
| | | #529796, 697598, 171799, 724069, 658131 |
| | 1 | pair yellow metal earrings w/ clear stones each in box |
| | 3 | pair yellow metal earrings in box |
| | 1 | yellow metal Angel charm |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 4624    Dist: 15    Div: CI

(Impounding Officer's) Signature:

Printed Name: Slumberg

| REASON: | DATE | TIME |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Court Case # | CURRENCY: Verified By/CCN: | | |
|---|---|---|---|
| | Signature: | | |

**PROPERTY OWNER, IF AVAILABLE**    ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT** #13

☐ ABANDONED        ☐ EVIDENCE        ☐ SAFEKEEPING        ☐ FORFEITURE HOLD

| Case #<br>13S99-11- 161126 | Date and Time<br>Received: | Investigating Unit/Agency:<br>BSO CI/CCU | Offense: S39 001<br>Thundering New-<br>Security at 4w |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect:  We Buy Pawn | Address: | Race/Sex | DOB |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By:  Det Steinberg / Sgt Silio   BSO | Address: | Race/Sex | DOB |
|---|---|---|---|

| Item<br>Number | Number<br>of items | DESCRIPTION |
|---|---|---|
| | 11 | 1EA Walking Liberty Dollar Coins 1986-1995 |
| | 1 | 1988 JFK Commemorative Coin |
| | 1 | 1879 Morgan Silver Dollar |
| | 1 | 1922 Peace Dollar in Metal Bezel |
| | | w/Wooden Holder Lake Placis Coins #1) 465-4406 |
| | | |
| | | |
| | | |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

I hereby acknowledge the above list represents all property impounded by me:

CCN: 0546   Dist CCU   Div: CI

(Impounding Officer's)   Signature: Ed Silio

Printed Name: E.T. Silio

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY:<br>Verified By/CCN: _____<br>Signature: | ACE# |
|---|---|---|

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

# PROPERTY
# RECEIPT

☐ ABANDONED      ☐ EVIDENCE      ☐ SAFEKEEPING      ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| 8899-11-16426 | 11-2-95  11:30 pm | CI / CCU | Non Documentation Pawn Shop |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We buy Pawnbrokers | 3481 NW 19 St   Lauderdale Lakes | 735-2274 | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det Steinberg / Sgt Siler | 2601 W Broward Blvd. | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | yellow metal Ring with 8 clear stones |
| | 1 | yellow metal Ring cut open |
| | 3 | yellow metal charms (faces) |
| | 1 | yellow metal charm of child |
| | 1 | white metal Flower Pin |
| | 1 | Mont Blanc pen in case |
| | 1 | Nokia cellular telephone model 250  ESN 23504638199 |
| | 1 | Motorola cellular telephone model 61610  SN 935GUJL368 |
| | 1 | motorola cellular telephone model 7650 WALBA   ESN 935GWG6094 |
| | 1 | Motorola cellular telephone model 61607  SN 935GUA933 |

I hereby acknowledge the above list represents all the property taken from my possession:

_____
Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: 404-R   Dist _____   Div: CI

(Impounding Officer's) Signature: _____

Printed Name: J. Steinberg

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: |

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| PS 99-11-16426 | 11-30-95 1:20PM | CI/CCU | Non Documentation Pawn Shop |

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We buy Pawn brokers | 3481 NW 19st Land Lakes | 735-2274 | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det. Steinberg / Sgt Siler | 2601 W Broward Blvd | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | Motorola cellular telephone no wire SN |
| | 52 | US currency pennies |
| | 2 | US currency dimes |
| | 1 | US currency nickles |
| | 1 | US currency half dollar |
| | 16 | US currency Quarters in cards |
| | 7 | US currency dimes |
| | 2 | US currency Quarters |
| | 3 | US currency half dollar |
| | 20 | US currency dimes |

I hereby acknowledge the above list represents all the property taken from my possession:

_____
Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: ____ Dist ____ Div: CC

(Impounding Officer's) Signature: ____

Printed Name: Steinberg

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: ____ |
|---|---|
| | Signature: |

**PROPERTY OWNER, IF AVAILABLE**

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

☐ ABANDONED   ☐ EVIDENCE   ☐ SAFEKEEPING   ☐ FORFEITURE HOLD

| Case # BS99-11-16426 | Date and Time Received: 1:30 PM  11/98 | Investigating Unit/Agency: PCI/CCU | Offense: Non documentation Pawn shop |
|---|---|---|---|

NCIC/FCIC Agency: | Agency Case #

Suspect: We buy Pawn brokers   Address: 3481 NW 19st   Laud Lakes   Race/Sex 735-2774   DOB

Suspect:   Address:   Race/Sex   DOB

Found By: Det Steinberg / Sgt Sloa   Address: 2601 W Broward   Race/Sex   DOB

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | | (1) Braden Dime Benefit w/ 20 dimes; (2) Franklin 1/2 dollars (1) Lincoln 1/2 dol; (5) Silver Quarters; (1) 1916 Foreign coins, (10) Gaming Tokens (28) Foreign coins; (3) Liberty Dollars; (7) Set of 4 troy oz coins; (2) troy oz bars; (1) roll dimes; (3) rolls Quarters Labeled "Silver"; (13) 1/2 dollar pieces; Bag of 120 oz nickels, 13 pennies, 3 quars; 2 dimes; 1530. Silver Piece; 1951, 50 cent piece; 89 pennies in Nations Bank Bag. |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me
CCN: 4011  Dist   Div: CE
(Impounding Officer's) Signature:
Printed Name: Steinberg

REASON:   DATE   TIME:

Court Case #

CURRENCY: Verified By/CCN:
Signature:

**PROPERTY OWNER, IF AVAILABLE**   ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

# BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

## PROPERTY RECEIPT

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS99-11-16426 | Date and Time Received: 1:25 pm  11-30-99 | Investigating Unit/Agency: CI /cru | Offense: Non Documentation Pawn Shop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

**Suspect:** We buy Pawn brokers    **Address:** 3481 NW 9 st    **Race/Sex** Lauderlakes    **DOB** 735-2274

**Suspect:**    **Address:**    **Race/Sex**    **DOB**

**Found By:** Det Skinberg / Sgt Silas    **Address:** 2601 W Broward Blvd    **Race/Sex**    **DOB**

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 5 | US Currency Nickels |
| | 1 | US Currency dollar coin |
| | 1 | US Currency Half dollar |
| | 1 | US Currency Quarter |
| | 3 | US Currency Dimes |
| | 2 | US Currency Nickels |
| | 50 | US Currency Pennies |
| | 50 | US Currency Pennies |
| | 48 | US Currency Pennies |
| | 20 | US Currency Nickels |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: 0546    Dist_____    Div_____
(Impounding Officer's) Signature: _____
Printed Name: E. T. Silo

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ | |
|---|---|---|
| | Signature: | ACE# |

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

#16

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-11-16426 | 2-20?? 11:30?? | CI /CCU | non documentation Pawn Ship |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: We Buy Pawnbrokers | Address: 3481 NW 19 St Land Lakes | Race/Sex | DOB 335-7774 |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Steinberg / Sgt. Silao | Address: | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 11 | US Currency Pennies |
| | 1 | US Currency dollar coin |
| | 1 | white metal earring with white Bead |
| | 11 | US Currency Quarters |
| | 3 | US Currency Nickels |
| | 1 | US Currency Half dollar |
| | 38 | US Currency dimes |
| | 3 | US Currency dollar coins |
| | 3 | US Currency proof sets (5) coins each 1984, 1985, 1987 |
| | 1 | US Currency dollar coin |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6546  Dist CI  By CCU

(Impounding Officer's) Signature: _____

Printed Name: E.T. Silao

| REASON: | | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: | ACE# |
|---|---|---|
| | Signature: | |

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

#11

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-11-16426 | 1730h  11/3/99 | C3/CCU | Non documentation Pawnshop |

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: * 00642 | Address: | Race/Sex | DOB |
|---|---|---|---|
| We buy Pawnbrokers | 3481 NW 19st  Lauderdale Lakes | 735-2274 | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det. Steinberg / Sgt. Silva | 2601 West Broward Blvd. | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 7 | US Currency  half dollar |
| | 4 | US Currency  Nickels |
| | 4 | US Currency  Dimes |
| | 1 | US Currency  Penny |
| | 13 | US Currency  Dollar coins |
| | 11 | US Currency  half dollars |
| | 8 | US Currency  Dimes |
| | 22 | US Colonial / American Eagle dollar coins in boxes |
| | 27 | US Currency  Dollar coins |
| | 60 | US Currency  Half dollars |

| I hereby acknowledge the above list represents all the property taken from my possession: | I hereby acknowledge the above list represents all property impounded by me: |
|---|---|
| _Signature_ | CCN: 4804    Dist ____  Div: ____  CI |
| | (Impounding Officer's) Signature: ____ |
| | Printed Name: Steinberg |

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: _____ |

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT** #2/

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS99-11-16426 | Date and Time Received: 11-30-99 1:20p | Investigating Unit/Agency: C = /CCU | Offense: Documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: Ur boy Pawnbrokers | Address: 3481 NW 19th Lauderdale | Race/Sex 735 | DOB 22 |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Steinberg / Sgt Silva | Address: 2601 W Broward Blvd | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 3 | US Currency dollar coins |
| | 4 | US Currency half dollar |
| | 11 | US Currency Quarters |
| | 2 | US Currency Nickels |
| | 1 | Engelhard coin one troy ounce |
| | 1 | Panama Nickel |
| | 1 | unknown type coin |
| | 8 | US Currency Quarters |
| | 31 | US Currency dollar coins S.B.A. |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:
CCN: 4024   Dist   Div: CI
(Impounding Officer's) Signature:
Printed Name: Steinberg

| REASON: | DATE | TIME: |
|---|---|---|
| | | |
| | | |
| | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ Signature: |
|---|---|

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)