NIGHT BOX
FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

SEP 2 9

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

SKG CORP., d/b/a WE BUY PAWNBROKERS
A Florida Corporation

                         Plaintiff                 CASE NO.  00-06012-CIV-
                                                   MIDDLEBROOKS

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY            MAGISTRATE BANDSTRA

                         Defendant

_____/

QUIK CASH PAWN & JEWELRY, INC.
A Florida Corporation

                         Plaintiff                 CASE NO.  99-7630-CIV-
                                                   MIDDLEBROOKS

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY
                         Defendant

_____/

## AFFIDAVIT OF ARTHUR ROBERT FOGEL IN SUPPORT OF
## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

    1. My name is Arthur Robert Fogel.  I am the vice president and fifty percent

owner of QUIK CASH PAWN & JEWELRY, INC., the Plaintiff in the above action.  My

wife is the president and owns the remaining fifty percent.

    2. I operate a pawnshop at 2714 West Sunrise Blvd., Fort Lauderdale, Florida.

    3. On December 2, 1999, two police officers employed by the Defendant entered

my pawnshop to conduct an inspection.  At that time, an employee of mine, Bruce

Nelson, was working at the pawnshop.





4. I keep all of my active pawns located in a separate area of my pawnshop, away from public view. Any items that I have purchased are kept in a separate area of my pawnshop away from the public's view for a period of thirty days. After the thirty day period has expired, and title to the property has vested in me, I place the property for sale to the general public.

5. At the above location, I download all of my pawns and purchases into my computer. This information is then put onto a floppy disk and transmitted to the police on a weekly basis. Law enforcement authorities in Broward County, Florida, have possession of every pawn and purchase that I have ever made at the above pawnshop.

6. On December, 2, 1999, I had items in my store that were the property of QUIK CASH, my business. These items were being sold to the public. Each of these items is listed as Composite Exhibit B to this affidavit. These items were not pending pawns or were they items that I have purchased that were less than thirty days old. Title to each of these items had passed to me by operation of law. Pursuant to Section 539.001, Florida Statutes, all of these items were either

    a. an expired pawn pursuant to Section 539.001(10); or
    b. a purchase that was more than thirty days old pursuant to Section 539.001(9)(c); or
    c. property that I purchased when I bought the above business three years ago.

7. While in my pawnshop, the Defendant's employees seized items that belonged to me. Many of these items that were confiscated were pawns and purchases where title to these items had passed to me by operation of law pursuant to Section 539.001, Florida Statutes. I have listed these items below.

| Item | Exhibit | Sale or Pawn | Date Title Vested in Plaintiff |
|---|---|---|---|
| a. Tozaz Portable Radio | C | Pawn | 5/31/99 |

| | | | |
|---|---|---|---|
| b. Motorola Cellular Phone | D | Sale | 8/5/99 |
| c. Fujikon Camera | E | Sale | 1/23/99 |
| d. Cobra HH34 | F | Sale | 9/9/99 |
| e. Skill Screwgun | G | Sale | 11/10/99 |
| f. Bag of Tools | H | Pawn | 11/23/99 |
| g. Tasco Binoculars | I | Pawn | 8/11/99 |
| h. Bosch Electric Drill | J | Sale | 1/28/99 |
| i. Taiwan Pocket Knives | K | Sale | 12/19/98 |
| j. Bag of Knives | L | Sale | 4/4/99 |
| k. Movado Men's Watch | M | Pawn | 9/21/99 |
| l. China Wrist Watch | N | Pawn | 9/7/99 |
| m. Tag Quartz Watch | O | Sale | 7/24/99 |
| o. Necklace | A | Pawn | 6/1/99 |
| p. Bracelet | A | Pawn | 6/1/99 |
| q. Yashica Camera | A | Pawn | 6/1/99 |

There were other items taken from my pawnshop by the Defendant that belonged to me.

They are listed in Composite Exhibit B. For these items, I do not have pawnbroker

transaction forms because the items were either transferred to me from the previous

owner of the pawnshop or are so vaguely described that I cannot locate a transaction form

for them. However, each of these items is my property and at the time it was seized by

the Defendant, it was not a pending pawn or purchase.

       8. At the time that the Defendant entered my property, the police officers did not

have a search warrant.

       9. The Defendant is still in possession of my property. It is my property and I

would like to have it returned to me.

_Arthur Robert Fogel_

STATE OF FLORIDA
COUNTY OF MIAMI DADE

     The foregoing instrument was acknowledged before me this 29th day of

_SEPT_____, 2000 by Arthur Robert Fogel who is personally known to me or has

produced _____FDL_____, as

identification.

Signature of Notary

Eduardo A Rivera
My Commission CC898532
Expires January 29, 2004

# FLORIDA PAWNBROKER TRANSACTION FORM

**PAWNBROKER / CREDITOR**

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

| TRANSACTION DATE | CONTROL # 199901151 |
|---|---|
| 03-31-99 | |

DEPT. # _____

TIME ___11:09___    MATURITY DATE 04-30-99

TYPE OF TRANSACTION  ☐ PURCHASE / TRADE  ☐ CONSIGNMENT  ☐ PAWN

## PLEDGOR / SELLER

NAME (Last) LOWERY, ANDRE  (First)  (Middle)
DATE OF BIRTH 11-21-69  SEX (M/F) M  RACE B

RESIDENTIAL ADDRESS (Street, Apt No., City, State & Zip) 20405 NW 24 AVE MIAMI, FL. 33056
HOME PHONE (Area Code & Number) ( ) 401-3526

PLACE OF EMPLOYMENT N/A
BUSINESS PHONE (Area Code & Number)

DL #/OFFICIAL PHOTO ID # L500-001-69-421  TYPE DL  AGENCY/STATE FL  HGT. 5-06  WGT. 125  EYES BR  HAIR BLK  IDENTIFYING MARKS

RACE:
W. WHITE
B. BLACK
I. AMERICAN INDIAN
A. ASIAN/ORIENTAL
H. HISPANIC

## CODES

**FIREARM**

| TYPE | ACTION | FINISH |
|---|---|---|
| H. Handgun | R. Revolver | C. Chrome Nickel |
| R. Rifle | A. Semi-Auto | B. Blue Steel |
| S. Shotgun | B. Bolt Action | S. Stainless Steel |
| A. Airgun | L. Lever | X. Other |
| B. Black Powder | P. Pump | |
| | S. Single Shot | |

BARREL
1. Single
3. Double
5. Over Under
4. Other

**JEWELRY**

| TYPE | METAL | GENDER | STYLE | STONE SHAPE | STONE COLOR |
|---|---|---|---|---|---|
| R. Ring | Y. Yellow Gold | M. Men's | S. Serpentine | O. Oval | C. Clear |
| W. Watch | W. White Gold | W. Women's | H. Herringbone | R. Round | G. Green |
| N. Necklace | S. Sterling Silver | N. Not Applicable | R. Rope | P. Pear | A. Amber |
| B. Box Link | P. Platinum | | B. Box Link | E. Emerald | P. Purple |
| P. Pendant Charm | T. Tri Color | | F. Figaro | M. Marquise | B. Blue |
| E. Earrings | X. Other | | A. Cameo | H. Heart | R. Red/Pink |
| C. Chain | | | C. Class School | X. Other | Y. Yellow |
| J. Cufflinks | | | P. Band | | O. Black |
| X. Other | | | O. Solitaire | | O. Brown |
| | | | H. Nugget M. Monogram | | W. White |
| | | | D. Chux# X. Other | | |

YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY

### ITEM 1

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE NECKLACE | BRAND | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length) 14KYG #22 BX LNK NECKLACE

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $40.00 |
|---|---|---|---|---|---|

| TYPE N | METAL Y | KT 14K/13.4 | WT N | GENDER B | STYLE | SIZE LENGTH 22 | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |

### ITEM 2

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE BRACELET | BRAND | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length) 10KYG BRACELET

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ 5.00 |
|---|---|---|---|---|---|

| TYPE B | METAL Y | KT 10K/1.7 | WT N | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |

### ITEM 3

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE BEEPER | BRAND MOTOROLA EXPRESS | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length) NXF4 MOTOROLA EXPRESS BEEPER

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $10.00 |
|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |

### ITEM 4

| SERIAL NUMBER B62466308 | OWNER APPLIED NUMBER | ITEM TYPE CAMERA | BRAND YASHICA | MODEL NUMBER ZOOMTEC |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length) YASHICA ZOOMTEC AUTOMATIC CAMERA

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $25.00 |
|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |

### ITEM 5

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ |
|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |

### ITEM 6

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ |
|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |

| AMOUNT FINANCED. The amount of cash given directly to you. | FINANCE CHARGE. The dollar amount the credit will cost you. | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | MATURITY DATE |
|---|---|---|---|---|
| $ 140.00 | $ 29.75 | $ 169.75 | 258.54% | 04-30-99 |

See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the Finance Charge.

**PAYMENT SCHEDULE:** Total of Payments is due on Maturity Date shown above

Pawn Default Date
05-30-99

Amount required to redeem pledged property on $ 99.50
Pawn Default Date

PURCHASE / TRADE
$

BKN

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to be the rightful owner of the pledged/sold property, that Pledgor/Seller has the right to pledge/sell the property. Pledgor/Seller attests that the Pledgor/Seller is not in voluntary or involuntary bankruptcy of any type and is at least 18 years of age.

I, the Pledgor/Seller, agree to all terms and conditions on the front and back and acknowledge receipt of a copy of this document.

I also state, Under penalty of perjury, I stated in it are true.

EMPLOYEE'S INITIALS OR NUMBER    X _____    PLEDGOR/SELLER'S SIGNATURE

## EXHIBIT A

CONTROL # 199901151

Right Thumb Print of Pledgor/Seller

BPC FORM #10-0920 • © Copyright 1998 • FL • 7/16/98 • BURRELL PRINTING CO., INC. • 1-800-531-5234

EFFECTIVE JUNE 1, 1987

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT** # 1

LAB #

☐ ABANDONED    ☐ EVIDENCE    ☐ SAFEKEEPING    ☐ FORFEITURE HOLD

| Case # BS99-12-843 | Date and Time Received: 12:30 12-2-99 | Investigating Unit/Agency: CI/CCU | Offense: Non Documentation Pawn Brokr |
|---|---|---|---|

| NCIC/FCIC Agency: PN-01491 Lic 004 | Agency Case # |
|---|---|

| Suspect: Quik Cash Jewelry & Pawn | Address: 271 W Sunrise Blvd FtL | Race/Sex DOB: 583-7296 |
|---|---|---|

| Suspect: | Address: | Race/Sex DOB: |
|---|---|---|

| Found By: Det Steinberg | Address: 2601 W Broward FtL | Race/Sex DOB: |
|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 1 | 1 | No name watch Black plastic |
| | 1 | Aviator watch black plastic |
| | 1 | white/yellow metal "Tag Heuer" watch |
| | 1 | white metal "Lorus" watch |
| | 1 | white/yellow metal no name Quartz watch |
| | 1 | white metal Sheffield watch Black band |
| | 1 | white metal Movado watch SN 2160633 md 81E3.813 |
| | 1 | white metal Ring in box |
| | 1 | white metal "Tweety bird" Ring in box |
| | 1 | yellow metal pendant w/ diamonds? |

I hereby acknowledge the above list represents all the property taken from my possession:

_Bruce K. Nelson_
Signature

I hereby acknowledge the above list represents all property impounded by me:

| CCN: USN | Dist: EJ CI | DN: |
|---|---|---|
| Impounding Officer's Signature: _J Steinberg_ | Printed Name: J Steinberg | |

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**COMPOSITE EXHIBIT B**

Court

CURRENCY: Verified By/CCN
Signature

PROPERTY OWNER IF AVAILABLE

ACCESS

BSO RP#54 (Revised 12/97)  NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual

FROM : MELTON-FOGEL PROPER...    PHONE NO. : 305 891 5    Dec. 03 1999 01:28PM P4

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

## PROPERTY RECEIPT #7

LAB #

| □ ABANDONED | ☑ EVIDENCE | □ SAFEKEEPING | □ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense |
|---|---|---|---|
| BS9912-843 | 12pm 12/2/99 | BSO/OCU | Non documentation (Pawn broker) |

| NCIC/FCIC Agency: | | Agency Case # | |

| Suspect: @ Qwik Cash Pawn | Address: 2714 W. Sunrise Blvd Ft Lard | Race/Sex/DOB |
|---|---|---|

| Suspect: | Address: | Race/Sex/DOB |
|---|---|---|

| Found By: Det Finley / Sgt Siled | Address: BCO | Race/Sex/DOB |
|---|---|---|

| Item Number | Number of Items | DESCRIPTION |
|---|---|---|
| 1 | 16 | Various folding knives from curio display |
| | 1 | Mini bin dagger w/ sheath |
| ✓ | 1 | Yashica Zoom TRT Camera # 32466308 |
| | 1 | Optimus Hang Recorder / Stereo (grey) |
| | 1 | Kodak Pocket Instamatic Camera # 250036 |
| | 1 | Fujica Auto 5 Camera # 7080924 |
| 4(8)2 | 1 | Cobra HH34 Hand Held Electronic #80600147 |
| | 1 | Toshiba CD Disc Player Portable no serial |
| | 1 | Sprint PCS Phone # 525147 |
| | 1 | Sprint PCS Phone w/ Charger # 749303 |

I hereby acknowledge the above & represents all the property taken from my possession:

Signature _____

I hereby acknowledge the above & represents all property received by me.
CCN: 0510    Date _____
(Impounding Officer's) Signature _____
Printed Name: Ed Siled

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: |
|---|---|
| | Signature: |

**PROPERTY OWNER IF AVAILABLE**

BSO RP 754 (Revised 12/97)  NOTE: For further distribution of this form refer to BSO Policy and Procedures Manual

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**   # 3

LAB #

☐ ABANDONED  ☒ EVIDENCE  ☐ SAFEKEEPING  ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-12-843 | 12-2-99  12-30 | CE/CCU | Aqq DSC JUV Arr 812.019 Pawnbroker |

NCIC/FCIC Agency:

Agency Case #

Suspect: Quick Cash Jewelry & Pawn   PN# 01097

Address: 2714 W Sunrise Blvd   Race/Sex DOB: 583-7.2996

Suspect:   Address:   Race/Sex DOB:

Found By: Det Steinberg   Address:   Race/Sex DOB:

| Item Number | Number of Items | DESCRIPTION |
|---|---|---|
| 1 | 1 | White metal bracelet with stone |
| | 1 | white metal bracelet twist design |
| | 1 | white metal bracelet |
| | 1 | white metal ID type bracelet Blank |
| | 5 | white metal link bracelets |
| | 2 | white metal link necklaces |
| | 1 | white metal charm bracelet |
| | 1 | white metal Necklace with cross chain |
| | 1 | white metal choker necklace xoxo |
| | 1 | white metal box necklace with 6 charms |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature: _Bruce K. Nelson_

I hereby acknowledge the above list represents all property impounded by me:

CCN: 484   Div: CE   Or:

(Impounding) Signature: _____

Printed Name: J Steinberg

| RECEIVED BY: | REASON: | | DATE | TIME |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| Court Case # | CURRENCY: Verified By/CCN: | |
|---|---|---|
| | Signature: | |

**PROPERTY OWNER IF AVAILABLE**   AGE:

BSO RP #54 (Revised 12/97)  NOTE: For further distribution of this form, refer to BSO Policy and Procedure Manual.

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

☐ ABANDONED   ☐ EVIDENCE   ☐ SAFEKEEPING   ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-12-843 | 12:30  12-2-95 | CI /cece | Non documentation Pawn broker |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|
| PNC 01191 | |

| Suspect: | Address: | Race/Sex DOB |
|---|---|---|
| Quik Cash Jewelry & Pawn | 2714 W Sunrise Blvd F/C | 503-7296 |

| Suspect: | Address: | Race/Sex DOB |
|---|---|---|
| | | |

| Found By: | Address: | Race/Sex DOB |
|---|---|---|
| Det. Steinben | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal Ring |
| | 1 | Pair of yellow metal earrings with 30 clear stones each |
| | 1 | white metal bracelet |
| | 1 | pair yellow metal hoop earrings |
| | 2 | white metal Rings |
| | 4 | white metal charms "Coose" |
| | 1 | white metal charm w 3 stones "a date to remember" |
| | 1 | white metal charm "New hampshire Granite state" |
| | 1 | white metal charm "dog" |
| | 1 | white metal Heart charm w/ 4 clear stones |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

I hereby acknowledge the above list represents all property impounded by me:

CCN: J014   Dist:   Div:
Impounding Officer's Signature:
Printed Name: Steinben

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: | AREA |
|---|---|---|
| | Signature: | |

PROPERTY OWNER IF AVAILABLE

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

*PROPERTY RECEIPT #5*

LAB #

☐ ABANDONED   ☒ EVIDENCE   ☐ SAFEKEEPING   ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-12-843 | 12pm 12/2/99 | BSO/CI/CCU | NON-DOCUMENTATION PAWNBROKING |

NCIC/FCIC Agency:     Agency Case #

Suspect: Quik Cash Jewelry & Pawn     Address:     Race/Sex DOB

Suspect:     Address:     Race/Sex DOB

Found By: Det Fraley / Sgt Silco     Address:     Race/Sex DOB

| Item Number | Number of Items | DESCRIPTION |
|---|---|---|
| 4784 | 1 | Motorola Cell Phone (flip) #Z36URGYRGW/Corp |
| 3021 | 1 | Tasco Binoculars w/ Case 10x25 #IL8X8 |
| 466 | 1 | Bosch Screw Gun w/ Phillips Submit Stickin #00987 |
| MNP | 1 | American Tourister Electrical Adaptor |
| 4980 | 1 | Knights of Columbus Swords |
| 2743 | 1 | Ski Trust XTRA Candless Seminkevin #G86630 |
| 0 | 1 | Purdy W-202 Torch Hammer |
| MNP | 2 | Pkg Sears Snow Blades |
| 0 | 1 | Craftsman Socket Set |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature: Bruce K. Nelson

I hereby acknowledge the above list represents all property impounded by me:

CCN:     Dist:
Impounding Officer(s) Signature:
Printed Name: Det Silco

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Court Case #

CURRENCY
Verified By/CCN
Signature

PROPERTY OWNER IF AVAILABLE     AGE

BSO RP#54 (Revised 12/97)   NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.

DEC. 03 1999 01:36PM P8

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT** #6

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-12-843 | 12:30   12-2-99 | CI/CCU | Nondocumentation Pawnbroker |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|
| pn 0/9/9/ | |

**Suspect:** Quik Cash Jewelry & Pawn    **Address:** 2714 W Sunrise Blvd FtL    **Race/Sex DOB:** 583-7296

**Suspect:**    **Address:**    **Race/Sex DOB:**

**Found By:** William Steinberg    **Address:**    **Race/Sex DOB:**

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 6 | 1 | yellow metal earring (single) |
| | 1 | yellow & white metal earring (single) |
| | 1 | pair yellow metal earrings w 2 clear stones ones |
| | 1 | yellow & white metal earring (single) |
| | 2 | pair yellow metal earrings |
| | 1 | pair yellow & white metal earring |
| | 1 | white metal hoop earring (single) |
| | 1 | yellow metal & white bead charm |
| | 1 | white metal earring (chain tassel) |
| | 1 | pair white metal earrings |

I hereby acknowledge the above list represents all the property taken from my possession:
*Bruce K. Nelson*
Signature

I hereby acknowledge the above list represents all property impounded by me:
CCN 4084   Dist   CCU   DR
Impounding Officer(s) Signature:
Printed Name: Steinberg

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN | |
|---|---|---|
| | Signature | |

**PROPERTY OWNER IF AVAILABLE**    ACE

BSO RP754 (Revised 12/97)   NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.

| BROWARD SHERIFF'S OFFICE Post Office Box 9507 Fort Lauderdale, Florida 33310 | PROPERTY RECEIPT #7 | LAB |
|---|---|---|

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BC99-12-843 | Date and Time Received: 12:30  12-2-99 | Investigating Unit/Agency: CI /CCU | Offense: Nondocumentation Pawnshop |
|---|---|---|---|

NCIC/FCIC Agency:    Agency Case #

| Suspect: NuikCash Jewelry & Pawn | Address: 2514 W Sunrise Blvd | Race/Sex DOB 583-7296 |
|---|---|---|

| Suspect: | Address: | Race/Sex DOB |
|---|---|---|

| Found By: Det. Steinberg | Address: | Race/Sex DOB |
|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 7 | Pieces of white metal Flat Necklace |
| | 1 | yellow metal Necklace broke |
| | 1 | white metal Necklace broken |
| | 3 | white metal flat Necklaces kinked |
| | 2 | white metal link necklaces |
| | 1 | white metal Flat Necklace w/ blue stone |
| | 1 | white metal Crab charm |
| | 2 | white metal hoop earrings 1 Large 1 small |
| | 1 | white metal Ring missing stone flattened |
| | 1 | white metal R Ring shank cut off |

| I hereby acknowledge the above list represents all the property taken from my possession: Bruce X. Nelson    Signature | I hereby acknowledge the above list represents all property impounded by me CCN: V024  Dist: GI  Div: Impounding Signature: Officer(s): Printed Name: J Steinberg |
|---|---|

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: Signature: | ACR# |
|---|---|---|

**PROPERTY OWNER, IF AVAILABLE**

BSO RP#54 (Revised 12/97)   NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-12 843 | 12:30  12-2-99 | CI  CCA | Non documentation Pawnbroker |

NCIC/FCIC Agency: | Agency Case #

Suspect: Qvik Cash Jewelry & Pawn  Address: 2714 W Sunrise Blvd Ft  Race/Sex DOB 583-7296

Suspect:  Address:  Race/Sex DOB

Found By: Deb Steinberg  Address:  Race/Sex DOB

| Item Number | Number of Items | DESCRIPTION |
|---|---|---|
| 1 | 1 | white metal telephone charm |
| | 1 | white metal hand charm |
| | 1 | white & yellow metal heart earring |
| | 1 | 1/2 white metal broken bracelet |
| | 1 | white metal necklace |
| | 2 | white metal lobster clasps |
| | 1 | yellow metal stud earring |
| | 1 | white metal ring I love you |
| | 1 | yellow metal toll cross in display box |
| | 4 | white metal chain necklace |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: N014  Dist:  Div:
Impounding Officer's Signature:
Printed Name: Steinberg

| RECEIVED BY: | REASON: | DATE: | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Court Case #: | CURRENCY: Verified By/CCN: | | Signature:

PROPERTY OWNER IF AVAILABLE  AGE:

BSO RP#64 (Revised 12/97)  NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manuals.

**BROWARD SHERIFF'S OFFICE**
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT** #9

LAB #

☐ ABANDONED    ☐ EVIDENCE    ☐ SAFEKEEPING    ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-12- 043 | 12:30  12-3-99 | CI CCU | Nondocument/lien Pawn Broker |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

Suspect: Quik Cash Jewelry & Pawn    Address: 2714 W Sunrise Blvd FL    Race/Sex DOB: 583-7296

Suspect:    Address:    Race/Sex DOB

Found By: Det Steinberg    Address:    Race/Sex DOB

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal Necklace with cross chain |
| | 1 | white metal Necklace with 151 diamonds & 150 stones cross |
| | 7 | white metal bracelets |
| | 1 | white metal "Head Ring" in case |
| | | |
| | | |
| | | |
| | | |
| | | |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

I hereby acknowledge the above list represents all property impounded by me:

CCN:    Dist: CI    Div:
(Impounding Officer's) Signature
Printed Name: Steinberg

| RECEIVED BY: | REASON: | DATE: | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Court Case #:    CURRENCY: Verified By/CCN:    Signature

**PROPERTY OWNER IF AVAILABLE**    ACF#

BSO RPF84 (Revised 12/97)   NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.

# FLORIDA PAWNBROKER TRANSACTION FORM

**PAWNBROKER / CREDITOR**

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

TRANSACTION DATE: 04-03-99

CONTROL #: 199901234

DEPT. #

TIME: 16:53    MATURITY DATE

TYPE OF TRANSACTION: ☐ PURCHASE / TRADE  ☐ CONSIGNMENT  ☐ PAWN

| NAME (Last) | (First) | (Middle) | DATE OF BIRTH | SEX (M/F) | RACE |
|---|---|---|---|---|---|
| BELL, SAMUEL | | | 08-04-79 | M | B |

RACE: A. WHITE  B. BLACK  I. AMERICAN INDIAN  A. ASIAN/ORIENTAL  H. HISPANIC

RESIDENTIAL ADDRESS (Street, Apt. No., City, State & Zip)
906 NW 24TH AVE FT LAUD, FL. 33311

HOME PHONE (Area Code & Number)

PLACE OF EMPLOYMENT
N/A

BUSINESS PHONE (Area Code & Number)

| D.L. #/OFFICIAL PHOTO I.D. # | TYPE | AGENCY/STATE | HGT. | WGT. | EYES | HAIR | IDENTIFYING MARKS |
|---|---|---|---|---|---|---|---|
| 400-784-79-284 | DL | FL | 5 7" | 150 | BRO | BLK | |

## CODES

**FIREARM**
TYPE: H. Handgun  R. Rifle  S. Shotgun  A. Airgun  B. Black Powder
BARREL: 1. Single  2. Double  3. Over Under  4. Other

ACTION: R. Revolver  A. Semi Auto  B. Bolt Action  L. Lever  P. Pump  S. Single Shot

FINISH: C. Chrome Nickel  B. Blue Steel  S. Stainless Steel  X. Other

**JEWELRY**
TYPE: R. Ring  W. Watch  N. Necklace  P. Pendant Charm  E. Earrings  L. Chain  C. Cufflinks  X. Other

METAL: Y. Yellow Gold  W. White Gold  S. Sterling Silver  P. Platinum  T. Tri-Color  X. Other

GENDER: M. Man's  W. Woman's  N. Not Applicable

STYLE: S. Serpentine  H. Herringbone  R. Rope  B. Box Link  F. Figaro  A. Cameo  C. Class School  P. Band  O. Solitaire  N. Nugget  M. Monogram  D. Cluster  X. Other

STONE SHAPE: O. Oval  R. Round  P. Pear  E. Emerald  M. Marquise  H. Heart  X. Other

STONE COLOR: C. Clear  G. Green  A. Amber  P. Purple  B. Blue  R. Red/Pink  Y. Yellow  K. Black  D. Brown  W. White

## YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY

N/A

| | SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|---|
| **ITEM 1** | | | RADIO | TOZAJ | 836CD |

DESCRIPTION OF ITEM: DZAZ 836CD PORTABLE RADIO/CD,

AMOUNT: $20.00

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ITEM 2**

**ITEM 3**

**ITEM 4**

**ITEM 5**

**ITEM 6**

| AMOUNT FINANCED. The amount of cash given directly to you. | FINANCE CHARGE. The dollar amount the credit will cost you. | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | MATURITY DATE |
|---|---|---|---|---|
| $ | $ | $ | % | |

See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the Finance Charge.

**PAYMENT SCHEDULE:** Total of Payments is due on Maturity Date shown above.

**Pawn Default Date**

Amount required to redeem pledged property on Pawn Default Date: $

**PURCHASE / TRADE** $ 20.00

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to be the rightful owner of the pledged/ sold property, that Pledgor/Seller has the right to pledge/sell the property. Pledgor/Seller attests that the Pledgor/ Seller is not in voluntary or involuntary bankruptcy of any type and is at least 18 years of age.
I, the Pledgor/Seller, agree to all terms and conditions on the front and back and acknowledge receipt of a copy of this document.
I also state, **Under penalty of perjury, I have read the** stated in it are true.

WCD

EMPLOYEE'S INITIALS OR NUMBER

X _____
PLEDGOR/SELLER'S SIGNATURE

**EXHIBIT C**

DEPT. #

CONTROL #: 199901234

BPC FORM #10-0920 · FL · 7/16/98 · BURRELL PRINTING CO. INC. · 1-800-531-5234  © Copyright 1998 · FL · EFFECTIVE JUNE 1, 1997

**FLORIDA PAWNBROKER TRANSACTION FORM**

| | |
|---|---|
| TRANSACTION DATE | 08-05-99 |
| CONTROL # | 09902902 |

PAWNBROKER /CREDITOR

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

DEPT. #

TIME  13:53    MATURITY DATE

TYPE OF TRANSACTION  X  PURCHASE / TRADE  ☐ CONSIGNMENT  ☐ PAWN

**PLEDGOR / SELLER**

NAME (Last) (First) (Middle)
JOSE, WILFREDO NECTOR

DATE OF BIRTH  01-16-71   SEX (M/F) M   RACE H

RESIDENTIAL ADDRESS (Street, Apt No., City, State & Zip)
2440 SW 89TH AVE. MIAMI, FL. 33176

HOME PHONE (Area Code & Number)

PLACE OF EMPLOYMENT

BUSINESS PHONE (Area Code & Number)

DL #/OFFICIAL PHOTO I.D. #  J200-894-71-016   TYPE DL   FL   AGENCY/STATE   HGT. 6-0"   WGT. 180   EYES BRN   HAIR BRN   IDENTIFYING MARKS

RACE CODES:
W WHITE
B BLACK
I AMERICAN INDIAN
A ASIAN/ORIENTAL
H HISPANIC

**CODES**

FIREARM

| ACTION | FINISH |
|---|---|
| H. Handgun | R. Revolver | C. Chrome Nickel |
| R. Rifle | A. Semi-Auto | B. Blue Steel |
| S. Shotgun | B. Bolt Action | S. Stainless Steel |
| A. Airgun | L. Lever | X. Other |
| B. Black Powder | P. Pump | |
| | S. Single Shot | |
| BARREL | | |
| 1. Single | | |
| 2. Double | | |
| 3. Over Under | | |
| 4. Revolver | | |

JEWELRY

| TYPE | METAL | GENDER | STYLE | STONE SHAPE | STONE COLOR |
|---|---|---|---|---|---|
| R. Ring | Y. Yellow Gold | M. Men's | S. Serpentine | O. Oval | C. Clear |
| W. Watch | W. White Gold | W. Woman's | H. Herringbone | R. Round | G. Green |
| N. Necklace | S. Sterling Silver | N. Not Applicable | R. Rope | A. Amber | A. Amber |
| B. Bracelet | P. Platinum | | B. Box Link | E. Emerald | P. Purple |
| P. Pendant Charm | T. Tri-Color | | F. Figaro | M. Marquise | B. Blue |
| E. Earrings | X. Other | | C. Cameo | H. Heart | R. Red/Pink |
| C. Chain | | | C. Class School | X. Other | Y. Yellow |
| L. Cufflinks | | | P. Band | | K. Black |
| X. Other | | | O. Schluine | | O. Brown |
| | | | N. Nugget M. Monogram | | W. White |
| | | | D. Cluster X. Other | | |

YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY

**ITEM 1**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| A236VRG499 | | PHONE | MOTOROLA | 76090WARSA |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)
MOTOROLA 76090WARSA CELLULAR PHONE

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $10.00 |

**ITEM 2**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| 157-14022379 | | PHONE | ERICSSON | DH-388 |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)
ERICSSON DH-388 CELLULAR PHONE

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $20.00 |

**ITEM 3**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ |

**ITEM 4**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ |

**ITEM 5**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ |

**ITEM 6**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ |

| AMOUNT FINANCED. The amount of cash given directly to you. | FINANCE CHARGE. The dollar amount the credit will cost you. | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | MATURITY DATE |
|---|---|---|---|---|
| $ | $ | $ | % | |

See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the Finance Charge.

PAYMENT SCHEDULE:
Total of Payments is due on Maturity Date shown above.

Pawn Default Date

Amount required to redeem pledged property on $ Pawn Default Date.

PURCHASE / TRADE
$ 30.00

BRN

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to be the rightful owner of the pledged/sold property, that Pledgor/Seller has the right to pledge/sell the property. Pledgor/Seller attests that the Pledgor/Seller is not in voluntary or involuntary bankruptcy of any type and is at least 18 years of age.

I, the Pledgor/Seller, agree to all terms and conditions on the front and receipt of a copy of this document.

I also state, Under penalty of perjury, I have read the foregoing d stated in it are true.

NOTIC.

X
PLEDGOR/SELLER'S SIGNATURE

EMPLOYEE'S INITIALS OR NUMBER

EXHIBIT D

Right Thumb Print of Pledgor/Seller

BPC FORM #10-0020 · FL · 7/10/98 BURRELL PRINTING CO., INC. · 1-800-531-5234
© Copyright 1996
EFFECTIVE JUNE 1, 1997

**FLORIDA PAWNBROKER TRANSACTION FORM**

| TRANSACTION DATE | CONTROL # 99900254 |
|---|---|
| 01-23-99 | |

PAWNBROKER / CREDITOR

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

DEPT. # _____

TIME __13:25__   MATURITY DATE _____

TYPE OF TRANSACTION   ☐ PURCHASE / TRADE   ☐ CONSIGNMENT   ☐ PAWN

| NAME (Last) MILLER | (First) DANTA | (Middle) | DATE OF BIRTH 08-21-79 | SEX (M/F) M | RACE B | W. WHITE<br>B. BLACK<br>I. AMERICAN INDIAN<br>A. ASIAN/ORIENTAL<br>H. HISPANIC |
|---|---|---|---|---|---|---|

RESIDENTIAL ADDRESS (Street, Apt. No., City, State & Zip)
HWY 241 POB 212 BAINBRIDGE, GA. 31717   HOME PHONE (Area Code & Number) (000) 000-0000

PLACE OF EMPLOYMENT
UNEMPLOYED   BUSINESS PHONE (Area Code & Number)

| D.L. #/OFFICIAL PHOTO I.D. # 71691864 | TYPE DL | AGENCY/STATE GA | HGT. 5'8" | WGT. 160 | EYES BRN | HAIR BLK | IDENTIFYING MARKS |
|---|---|---|---|---|---|---|---|

**CODES**

FIREARM
TYPE: H. Handgun / R. Rifle / S. Shotgun / A. Airgun / B. Black Powder
BARREL: 1. Single / 2. Double / 3. Over Under / 4. Other
ACTION: R. Revolver / A. Semi Auto / B. Bolt Action / L. Lever / P. Pump / S. Single Shot
FINISH: C. Chrome Nickel / B. Blue Steel / S. Stainless Steel / X. Other

JEWELRY
TYPE: R. Ring / W. Watch / N. Necklace / B. Bracelet / P. Pendant Charm / E. Earrings / C. Chain / C. Cufflinks / X. Other
METAL: Y. Yellow Gold / W. White Gold / W. Sterling Silver / P. Platinum / T. Tri-Color / X. Other
GENDER: M. Man's / W. Woman's / N. Not Applicable
STYLE: S. Serpentine / H. Herringbone / R. Rope / B. Box Link / F. Figaro / A. Cameo / C. Coast School / F. Band / O. Solitaire / N. Nugget M. Monogram / D. Cluster X. Other
STONE SHAPE: O. Oval / R. Round / P. Pear / E. Emerald / M. Marquise / H. Heart / X. Other
STONE COLOR: C. Clear / G. Green / A. Amber / P. Purple / B. Blue / R. Red/Pink / Y. Yellow / K. Black / O. Brown / W. White

YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY

**ITEM 1**

| SERIAL NUMBER 7080924 | OWNER APPLIED NUMBER | ITEM TYPE CAMERA | BRAND FUJIKNO AUTOS | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)
UJIKON AUTO5 AUTOMATIC CAMERA

| | | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ 5.00 |
|---|---|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ITEM 2**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| | | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ |
|---|---|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ITEM 3**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| | | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ |
|---|---|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ITEM 4**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| | | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ |
|---|---|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ITEM 5**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| | | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ |
|---|---|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ITEM 6**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| | | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ |
|---|---|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| AMOUNT FINANCED. The amount of cash given directly to you. $ | FINANCE CHARGE. The dollar amount the credit will cost you. $ | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. $ | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. % | MATURITY DATE |
|---|---|---|---|---|

| See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties. | PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the Finance Charge. | PAYMENT SCHEDULE: Total of Payments is due on Maturity Date shown above. |
|---|---|---|

**Pawn Default Date**

Amount required to redeem pledged property on $ Pawn Default Date.

PURCHASE / TRADE
$ 5.00

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to be the rightful owner of the pledged/ sold property, that Pledgor/Seller has the right to pledge/sell the property. Pledgor/Seller attests that the Pledgor/ Seller is not in voluntary or involuntary bankruptcy of any type and is at least 18 years of age.
I, the Pledgor/Seller, agree to all terms and conditions on the front and back and acknowledge receipt of a copy of this document.
I also state, Under penalty of perjury, I have read stated in it are true.

WCD   X _____   **EXHIBIT E**

EMPLOYEE'S INITIALS OR NUMBER   PLEDGOR/SELLER'S SIGNATURE

BPC FORM #10-0820 - © Copyright 1996 - FL - 7/16/98 - BURRELL PRINTING CO., INC. - 1-800-531-5234

EFFECTIVE JUNE 1, 1997

DEPT. #

99900254

# FLORIDA PAWNBROKER TRANSACTION FORM

TRANSACTION DATE: 09-09-99

CONTROL #: 1999/3062

PAWNBROKER /CREDITOR

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

DEPT. # _____

TIME 13:21

MATURITY DATE _____

TYPE OF TRANSACTION  ☐ PURCHASE / TRADE  ☐ CONSIGNMENT  ☐ PAWN

**PLEDGOR / SELLER**

NAME (Last): AYES, JAMES D. (First) (Middle)

DATE OF BIRTH: 12-10-80  SEX (M/F): M  RACE: B

W WHITE
B BLACK
I AMERICAN INDIAN
A ASIAN/ORIENTAL
H HISPANIC

RESIDENTIAL ADDRESS (Street, Apt No., City, State & Zip):
40 NW 4 AVE #803 FT LAUDERDALE, FL. 33311

HOME PHONE (Area Code & Number)

PLACE OF EMPLOYMENT: STUDENT

BUSINESS PHONE (Area Code & Number)

D.L. #/OFFICIAL PHOTO I.D. #: 200-444-80-450  TYPE: DL  AGENCY/STATE: FL  HGT.: 5-10  WGT.: 160  EYES: BRN  HAIR: BLK  IDENTIFYING MARKS

## CODES

**FIREARM**

ACTION
R. Revolver
A. Semi-Auto
B. Bolt Action
L. Lever
P. Pump
S. Single Shot

H. Handgun
R. Rifle
S. Shotgun
A. Airgun
B. Black Powder

BARREL
1. Single
2. Double
3. Over Under
4. Other

FINISH
C. Chrome Nickel
B. Blue Steel
S. Stainless Steel
X. Other

**JEWELRY**

TYPE
R. Ring
W. Watch
N. Necklace
B. Bracelet
P. Pendant Charm
E. Earrings
C. Chain
L. Cufflinks
X. Other

METAL
Y. Yellow Gold
W. White Gold
S. Sterling Silver
P. Platinum
T. Tri Color
X. Other

GENDER
M. Men's
W. Women's
N. Not Applicable

STYLE
S. Serpentine
H. Herringbone
R. Rope
F. Box Link
F. Figaro
A. Cameo
C. Class School
P. Band
O. Solitaire
N. Nugget M. Monogram
D. Cluster X. Other

STONE SHAPE
O. Oval
R. Round
P. Pear
E. Emerald
M. Marquise
H. Heart
X. Other

STONE COLOR
C. Clear
G. Green
A. Amber
P. Purple
B. Blue
R. Red/Pink
Y. Yellow
K. Black
C. Brown
W. White

### YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY

**ITEM 1**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| 806005785 | | | COBRA | HH34 |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length): COBRA HH34 CO

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $10.00 |

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | WT | COLOR | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ITEM 2**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length):

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ |

**ITEM 3**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length):

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ |

**ITEM 4**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length):

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ |

**ITEM 5**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length):

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ |

**ITEM 6**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length):

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ |

| AMOUNT FINANCED. The amount of cash given directly to you. | FINANCE CHARGE. The dollar amount the credit will cost you. | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | MATURITY DATE |
|---|---|---|---|---|
| $ | $ | $ | % | |

See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the Finance Charge.

PAYMENT SCHEDULE: Total of Payments is due on Maturity Date shown above.

Pawn Default Date

Amount required to redeem pledged property on $ Pawn Default Date.

PURCHASE / TRADE
10.00

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to be the rightful owner of the pledged/ sold property, that Pledgor/Seller has the right to pledge/sell the property. Pledgor/Seller attests that the Pledgor/ Seller is not in voluntary or involuntary bankruptcy of any type and is at least 18 years of age.
I, the Pledgor/Seller, agree to all terms and conditions on the front and back and acknowledge receipt of a copy of this document.
I also state, Under penalty of perjury, I have read the foreg
stated in it are true.

ALJ

EMPLOYEE'S INITIALS OR NUMBER

X _____
PLEDGOR/SELLER'S SIGNATURE

DEPT. #

CONTROL #: 1-0000-00010-2

**EXHIBIT F**

Right Thumb Print of Pledgor/Seller

BPC FORM #10-0920 · © Copyright 1998 · FL · 7/16/98 · BURRELL PRINTING CO. INC. 1-800-531-5234

EFFECTIVE JUNE 1, 1997

**FLORIDA PAWNBROKER TRANSACTION FORM**

| TRANSACTION DATE | CONTROL # 199802021 |
|---|---|
| 11-10-98 | |

PAWNBROKER / CREDITOR

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

DEPT. # _____

TIME ____19:31____

MATURITY DATE _____

TYPE OF TRANSACTION   ☐ PURCHASE/TRADE   ☐ CONSIGNMENT   ☐ PAWN

**PLEDGOR / SELLER**

NAME (Last): BAIN, ALBERT  (First)  (Middle)

DATE OF BIRTH: 10-20-55   SEX (M/F): M   RACE: B

RACE codes:
W. WHITE
B. BLACK
I. AMERICAN INDIAN
A. ASIAN/ORIENTAL
H. HISPANIC

RESIDENTIAL ADDRESS (Street, Apt. No., City, State & Zip): 2836 NW 14TH STREET FT LAUD, FL. 33311

HOME PHONE (Area Code & Number): (954) 344-7152

PLACE OF EMPLOYMENT: NA

BUSINESS PHONE (Area Code & Number):

D.L #/OFFICIAL PHOTO I.D.#: B500-035-55-380   TYPE: ID   FL   AGENCY/STATE: 6   HGT. 0'11"   WGT. 165   EYES BRO   HAIR BLK   IDENTIFYING MARKS

**CODES**

| FIREARM | | | JEWELRY | | | | |
|---|---|---|---|---|---|---|---|
| **TYPE** | **ACTION** | **FINISH** | **TYPE** | **METAL** | **GENDER** | **STYLE** | **STONE SHAPE** / **STONE COLOR** |
| H. Handgun | R. Revolver | C. Chrome Nickel | R. Ring | Y. Yellow Gold | M. Man's | S. Serpentine | O. Oval / C. Clear |
| R. Rifle | A. Semi-Auto | B. Blue Steel | W. Watch | W. White Gold | W. Woman's | H. Herringbone | R. Round / G. Green |
| B. Shotgun | A. Bolt Action | S. Stainless Steel | N. Necklace | S. Sterling Silver | N. Not Applicable | R. Rope | P. Pear / A. Amber |
| A. Airgun | L. Lever | X. Other | B. Bracelet | P. Platinum | | E. Box Link | E. Emerald / P. Purple |
| B. Black Powder | P. Pump | | P. Pendant Charm | T. Tri Color | | F. Fgaro | M. Marquise / B. Blue |
| | S. Single Shot | | E. Earrings | X. Other | | A. Cameo | H. Heart / R. Red/Pink |
| **BARREL** | | | C. Chain | | | C. Class School | X. Other / Y. Yellow |
| S. Single | | | C. Cufflinks | | | P. Band | K. Black |
| D. Double | | | X. Other | | | D. Solitaire | O. Brown |
| O. Over Under | | | | | | N. Nugget  M. Monogram | W. White |
| 4. Other | | | | | | D. Cluster  X. Other | |

**YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY**

| ITEM 1 | SERIAL NUMBER: G86630 | OWNER APPLIED NUMBER: | ITEM TYPE: SCREWGUN | BRAND: SKILL | MODEL NUMBER: 2207 |
|---|---|---|---|---|---|
| | DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length): KILL 2207 SCREWGUN | | TYPE  ACTION  GAUGE CALIBER  FINISH  BARREL | AMOUNT $10.00 | |
| | TYPE  METAL  KT  WT  GENDER  STYLE  SIZE LENGTH  FIRST STONE  #STONES  SHAPE  CT  WT  COLOR  SECOND STONE  #STONES  SHAPE  CT  WT  COLOR | | | | |

| ITEM 2 | SERIAL NUMBER: G86630 | OWNER APPLIED NUMBER: | ITEM TYPE: SCREWGUN | BRAND: SKILL | MODEL NUMBER: 2207 |
|---|---|---|---|---|---|
| | DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length): KILL 2207 SCREWGUN | | TYPE  ACTION  GAUGE CALIBER  FINISH  BARREL | AMOUNT $10.00 | |
| | TYPE  METAL  KT  WT  GENDER  STYLE  SIZE LENGTH  FIRST STONE  #STONES  SHAPE  CT  WT  COLOR  SECOND STONE  #STONES  SHAPE  CT  WT  COLOR | | | | |

| ITEM 3 | SERIAL NUMBER: | OWNER APPLIED NUMBER: | ITEM TYPE: | BRAND: | MODEL NUMBER: |
|---|---|---|---|---|---|
| | DESCRIPTION OF ITEM | | TYPE  ACTION  GAUGE CALIBER  FINISH  BARREL | AMOUNT $ | |

| ITEM 4 | SERIAL NUMBER: | OWNER APPLIED NUMBER: | ITEM TYPE: | BRAND: | MODEL NUMBER: |
|---|---|---|---|---|---|
| | DESCRIPTION OF ITEM | | TYPE  ACTION  GAUGE CALIBER  FINISH  BARREL | AMOUNT $ | |

| ITEM 5 | SERIAL NUMBER: | OWNER APPLIED NUMBER: | ITEM TYPE: | BRAND: | MODEL NUMBER: |
|---|---|---|---|---|---|
| | DESCRIPTION OF ITEM | | TYPE  ACTION  GAUGE CALIBER  FINISH  BARREL | AMOUNT $ | |

| ITEM 6 | SERIAL NUMBER: | OWNER APPLIED NUMBER: | ITEM TYPE: | BRAND: | MODEL NUMBER: |
|---|---|---|---|---|---|
| | DESCRIPTION OF ITEM | | TYPE  ACTION  GAUGE CALIBER  FINISH  BARREL | AMOUNT $ | |

| AMOUNT FINANCED. The amount of cash given directly to you. | FINANCE CHARGE. The dollar amount the credit will cost you. | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | MATURITY DATE |
|---|---|---|---|---|
| $ | $ | $ | % | |

See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the Finance Charge.

PAYMENT SCHEDULE: Total of Payments is due on Maturity Date shown above.

Pawn Default Date

Amount required to redeem pledged property on $ Pawn Default Date

PURCHASE / TRADE $ 20.00

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to be the rightful owner of the pledged/sold property, that Pledgor/Seller has the right to pledge/sell the property. Pledgor/Seller attests that the Pledgor/Seller is not in voluntary or involuntary bankruptcy of any type and is at least 18 years of age.
I, the Pledgor/Seller, agree to all terms and conditions on the front and back and acknowledge receipt of a copy of this document.
I also state, Under penalty of perjury, I have read the stated in it are true.

ALJ
EMPLOYEE'S INITIALS OR NUMBER

X _____
PLEDGOR/SELLER'S SIGNATURE

**EXHIBIT G**

BPC FORM #10-0620 - © Copyright 1998 - FL - 7/16/98 - BURRELL PRINTING CO., INC. 1-800-531-5234

EFFECTIVE JUNE 1, 1997

199802021

# FLORIDA PAWNBROKER TRANSACTION FORM

**PAWNBROKER /CREDITOR**

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

**TRANSACTION DATE:** 09-23-99

**CONTROL #** 199003547

**DEPT. #** _____

**TIME** 21:56

**MATURITY DATE** 10-23-99

**TYPE OF TRANSACTION:** ☐ PURCHASE / TRADE   ☐ CONSIGNMENT   ☐ PAWN

| NAME (Last) | (First) | (Middle) | DATE OF BIRTH | SEX (M/F) | RACE | |
|---|---|---|---|---|---|---|
| JONES, JOSE | | | 09-28-52 | M | B | W. WHITE<br>B. BLACK<br>I. AMERICAN INDIAN<br>A. ASIAN/ORIENTAL<br>H. HISPANIC |

**RESIDENTIAL ADDRESS** (Street, Apt. No., City, State & Zip): 350 DAKSHIRE HERDON, VA. 20170

**HOME PHONE** (Area Code & Number): 

**PLACE OF EMPLOYMENT:** LABOR FOR HIRE

**BUSINESS PHONE** (Area Code & Number): 

| I.D. #/OFFICIAL PHOTO I.D. # | TYPE | AGENCY/STATE | HGT. | WGT. | EYES | HAIR | IDENTIFYING MARKS |
|---|---|---|---|---|---|---|---|
| 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 | DL | VA | 5-08 | 205 | BR | BLK | |

**CODES**

| FIREARM | | | JEWELRY | | | | | |
|---|---|---|---|---|---|---|---|---|
| **TYPE**<br>H. Handgun<br>R. Rifle<br>S. Shotgun<br>A. Airgun<br>B. Black Powder | **ACTION**<br>C. Revolver<br>A. Semi-Auto<br>B. Bolt Action<br>L. Lever<br>P. Pump<br>S. Single Shot | **FINISH**<br>C. Chrome Nickel<br>B. Blue Steel<br>S. Stainless Steel<br>X. Other | **TYPE**<br>R. Ring<br>W. Watch<br>N. Necklace<br>B. Bracelet<br>P. Pendant Charm<br>E. Earrings<br>C. Chain<br>L. Cufflinks<br>X. Other | **METAL**<br>Y. Yellow Gold<br>W. White Gold<br>S. Sterling Silver<br>P. Platinum<br>T. Tri-Color<br>X. Other | **GENDER**<br>M. Man's<br>W. Woman's<br>N. Not Applicable | **STYLE**<br>S. Serpentine<br>H. Herringbone<br>R. Rope<br>B. Box Link<br>F. Figaro<br>A. Cameo<br>C. Class School<br>F. Band<br>S. Solitaire<br>N. Nugget M. Monogram<br>D. Curve X. Other | **STONE SHAPE**<br>O. Oval<br>O. Round<br>P. Pear<br>E. Emerald<br>M. Marquise<br>H. Heart<br>X. Other | **STONE COLOR**<br>C. Clear<br>D. Green<br>A. Amber<br>P. Purple<br>B. Blue<br>R. Red/Pink<br>Y. Yellow<br>X. Black<br>O. Brown<br>W. White |
| **BARREL**<br>1. Single<br>2. Double<br>3. Over Under<br>4. Other | | | | | | | | |

## YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY

**ITEM 1**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| N/A      XX | | BAG | GENERIC | N/Z |

| DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length) | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| GENERIC N/Z BAG [ASSORTED TOOLS CLOTHE | | | | | | $10.00 |

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | SECOND STONE | #STONES | SHAPE | CT | WT | COLOR | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

**ITEM 2**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

| DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length) | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ |

**ITEM 3**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

| DESCRIPTION OF ITEM | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ |

**ITEM 4**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

| DESCRIPTION OF ITEM | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ |

**ITEM 5**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

| DESCRIPTION OF ITEM | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ |

**ITEM 6**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

| DESCRIPTION OF ITEM | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ |

| AMOUNT FINANCED. The amount of cash given directly to you. | FINANCE CHARGE. The dollar amount the credit will cost you. | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | MATURITY DATE |
|---|---|---|---|---|
| $ 10.00 | $ 5.00 | $ 15.00 | 608.33 % | 10-23-99 |

**See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.**

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the Finance Charge.

**PAYMENT SCHEDULE:** Total of Payments is due on Maturity Date shown above.

**Pawn Default Date** 11-22-99

**Amount required to redeem pledged property on Pawn Default Date** $ 20.00

**PURCHASE / TRADE** $ _____

HCD

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to be the rightful owner of the pledged/ sold property, that Pledgor/Seller has the right to pledge/sell the property. Pledgor/Seller attests that the Pledgor/ Seller is not a voluntary or involuntary bankruptcy of any type and is at least 18 years of age.

I, the Pledgor/Seller, agree to all terms and conditions on the front and back and acknowledge receipt of a copy of this document.

I also state, Under penalty of perjury, I have read the forego, stated in it are true.

**EXHIBIT H**

**X** _____
PLEDGOR/SELLER'S SIGNATURE

EMPLOYEE'S INITIALS OR NUMBER

BPC FORM #10-0920 · © Copyright 1998 · FL · 7/19/98 · BURRELL PRINTING CO. INC. · 1-800-531-5234

EFFECTIVE JUNE 1, 1997

CONTROL # 199003547

DEPT. #

# FLORIDA PAWNBROKER TRANSACTION FORM

| | |
|---|---|
| TRANSACTION DATE | 06-12-99 |
| CONTROL # | 199902135 |

**PAWNBROKER / CREDITOR**

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

DEPT. # _____

TIME 18:38   MATURITY DATE 07-12-99

TYPE OF TRANSACTION  ☐ PURCHASE / TRADE  ☐ CONSIGNMENT  ☐ PAWN

| NAME (Last) (First) (Middle) | DATE OF BIRTH | SEX (M/F) | RACE | |
|---|---|---|---|---|
| AVES, RONALD | 03-02-56 | M | B | W. WHITE / B. BLACK / I. AMERICAN INDIAN / A. ASIAN/ORIENTAL / H. HISPANIC |

RESIDENTIAL ADDRESS (Street, Apt No., City, State & Zip)
730 NW 25 AVE FT LAUD, FL. 33311

HOME PHONE (Area Code & Number) (   ) 484-1644

PLACE OF EMPLOYMENT
SELF P.I.

BUSINESS PHONE (Area Code & Number)

| DL # / OFFICIAL PHOTO ID # | TYPE | AGENCY/STATE | HGT. | WGT. | EYES | HAIR | IDENTIFYING MARKS |
|---|---|---|---|---|---|---|---|
| 120-737-56-082 | DL | FL | 6'7" | 248 | BRO | BLK | |

**CODES**

**FIREARM**

| TYPE | ACTION | FINISH | |
|---|---|---|---|
| H. Handgun | R. Revolver | C. Chroma Nickel | |
| R. Rifle | A. Semi Auto | B. Blue Steel | |
| S. Shotgun | A. Bolt Action | S. Stainless Steel | |
| A. Airgun | L. Level | X. Other | |
| B. Black Powder | P. Pump | | |
| | S. Single Shot | | |

**BARREL**
1. Single
2. Double
3. Over Under
4. Other

**JEWELRY**

| TYPE | METAL | GENDER | STYLE | STONE SHAPE | STONE COLOR |
|---|---|---|---|---|---|
| R. Ring | Y. Yellow Gold | M. Man's | S. Serpentine | O. Oval | C. Clear |
| N. Necklace | W. White Gold | W. Woman's | H. Herringbone | R. Round | G. Green |
| W. Watch | S. Starling Silver | N. Not Applicable | R. Rope | P. Pear | A. Amber |
| B. Bracelet | P. Platinum | | B. Box Link | E. Emerald | P. Purple |
| P. Pendant Charm | T. Tri-Color | | F. Figaro | M. Marquise | B. Blue |
| E. Earrings | X. Other | | A. Cameo | X. Other | R. Red/Pink |
| C. Chain | | | C. Class School | | Y. Yellow |
| L. Cufflinks | | | P. Band | | K. Black |
| X. Other | | | O. Solitaire | | O. Brown |
| | | | N. Nugget M. Monogram | | W. White |
| | | | D. Cluster X. Other | | |

**YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY**

### ITEM 1
| SERIAL NUMBER N/A | OWNER APPLIED NUMBER | ITEM TYPE BINOCULA | BRAND TASCO | MODEL NUMBER 168RB | | |
|---|---|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)
TASCO 168RB BINOCULAR

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ 5.00 |
|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE #STONES | SHAPE | CT | COLOR | SECOND STONE #STONES | SHAPE | CT | WT | COLOR |

### ITEM 2
| SERIAL NUMBER 141080 | OWNER APPLIED NUMBER | ITEM TYPE WALKMAN | BRAND OPTIMUS | MODEL NUMBER SCP-78 | | |
|---|---|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)
OPTIMUS SCP-78 WALKMAN WITH HEDPHONE

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ 15.00 |
|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE #STONES | SHAPE | CT | COLOR | SECOND STONE #STONES | SHAPE | CT | WT | COLOR |

### ITEM 3
| SERIAL NUMBER 2466837A | OWNER APPLIED NUMBER | ITEM TYPE TV | BRAND CASIO | MODEL NUMBER 770B | | |
|---|---|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)
770B TV PORTABLE

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ 20.00 |
|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE #STONES | SHAPE | CT | COLOR | SECOND STONE #STONES | SHAPE | CT | WT | COLOR |

### ITEM 4
| SERIAL NUMBER N/A | OWNER APPLIED NUMBER | ITEM TYPE SPEAKER | BRAND COBY | MODEL NUMBER CS-P41 | | |
|---|---|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)
COBY CS-P41 SPEAKER

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ 5.00 |
|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE #STONES | SHAPE | CT | COLOR | SECOND STONE #STONES | SHAPE | CT | WT | COLOR |

### ITEM 5
| SERIAL NUMBER N/A | OWNER APPLIED NUMBER | ITEM TYPE SPEAKER | BRAND COBY | MODEL NUMBER CS-P41 | | |
|---|---|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)
COBY CS-P41 SPEAKER

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ 5.00 |
|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE #STONES | SHAPE | CT | COLOR | SECOND STONE #STONES | SHAPE | CT | WT | COLOR |

### ITEM 6
| SERIAL NUMBER N/A | OWNER APPLIED NUMBER | ITEM TYPE RECORDER | BRAND GE | MODEL NUMBER 35379A | | |
|---|---|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)
GE 35379A CASSETTE RECORDER[MINI]

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ 5.00 |
|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE #STONES | SHAPE | CT | COLOR | SECOND STONE #STONES | SHAPE | CT | WT | COLOR |

| AMOUNT FINANCED. The amount of cash given directly to you. | FINANCE CHARGE. The dollar amount the credit will cost you. | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | MATURITY DATE |
|---|---|---|---|---|
| $ 85.00 | $ 17.00 | $ 102.00 | 243.33 % | 07-12-99 |

| See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties. | PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the Finance Charge. | PAYMENT SCHEDULE: Total of Payments is due on Maturity Date shown above. |
|---|---|---|

**Pawn Default Date** 08-11-99

**Amount required to redeem** $ 19.00 pledged property on Pawn Default Date.

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to be the rightful owner of the pledged/sold property, that Pledgor/Seller has the right to pledge/sell the property. Pledgor/Seller attests that the Pledgor/Seller is not in voluntary or involuntary bankruptcy of any type and is at least 18 years of age.

I, the Pledgor/Seller, agree to all terms and conditions on the fr... ...
receipt of a copy of this document.
I also state, Under penalty of perjury, I have read the forego...
stated in it are true.

**PURCHASE / TRADE**

$ _____

WCD

X _____
PLEDGOR/SELLER'S SIGNATURE

EMPLOYEE'S INITIALS OR NUMBER

EXHIBIT I

BPC FORM #10-0020 · © Copyright 1998 · FL · 7/16/98 · BURRELL PRINTING CO., INC. · 1-800-531-5234

EFFECTIVE JUNE 1, 1997

CONTROL # 199902135

# FLORIDA PAWNBROKER TRANSACTION FORM

| | |
|---|---|
| **PAWNBROKER / CREDITOR** | **TRANSACTION DATE** 01-28-99 |
| QUIK CASH | **CONTROL #** 199900330 |
| 2714 W SUNRISE BLVD | **DEPT. #** |
| FT. LAUD, FL 33311 | |
| (305) 583-7296 | **TIME** 15:17   **MATURITY DATE** |

**TYPE OF TRANSACTION** ☐ PURCHASE / TRADE   ☐ CONSIGNMENT   ☐ PAWN

**PLEDGOR / SELLER**

NAME (Last) (First) (Middle): AYGOOD, RODNEY
DATE OF BIRTH: 01-31-60   SEX (M/F): M   RACE: B
RESIDENTIAL ADDRESS (Street, Apt. No., City, State & Zip): 204 NW 15 AV FT LAUDERDALE, FL. 33311
HOME PHONE (Area Code & Number):
PLACE OF EMPLOYMENT: SELF
BUSINESS PHONE (Area Code & Number):
D.L. #/OFFICIAL PHOTO I.D. #: 230-724-60-031   TYPE: DL   AGENCY/STATE: FL   HGT.: 5-07   WGT.: 160   EYES: BR   HAIR: BL   IDENTIFYING MARKS:

RACE:
W. WHITE
B. BLACK
A. AMERICAN INDIAN
A. ASIAN/ORIENTAL
H. HISPANIC

**CODES**

**FIREARM**

| TYPE | ACTION | FINISH |
|---|---|---|
| H. Handgun | R. Revolver | C. Chrome Nickel |
| R. Rifle | A. Semi-Auto | E. Blue Steel |
| S. Shotgun | B. Bolt Action | S. Stainless Steel |
| A. Airgun | L. Lever | X. Other |
| B. Black Powder | P. Pump | |
| | S. Single Shot | |

**BARREL**
1. Single
2. Double
3. Over Under
4. Other

**JEWELRY**

| TYPE | METAL | GENDER | STYLE | STONE SHAPE | STONE COLOR |
|---|---|---|---|---|---|
| R. Ring | Y. Yellow Gold | M. Men's | S. Serpentine | O. Oval | C. Clear |
| W. Watch | W. White Gold | W. Women's | H. Herringbone | R. Round | G. Green |
| N. Necklace | B. Sterling Silver | N. Not Applicable | R. Rope | P. Pear | A. Amber |
| B. Bracelet | P. Platinum | | B. Box Link | E. Emerald | P. Purple |
| P. Pendant Charm | T. Tri-Color | | F. Figaro | M. Marquise | B. Blue |
| E. Earrings | X. Other | | C. Cameo | H. Heart | R. Red/Pink |
| C. Chain | | | C. Class School | X. Other | Y. Yellow |
| C. Cufflinks | | | T. Band | | X. Black |
| X. Other | | | O. Solitaire | | O. Brown |
| | | | N. Nugget M. Monogram | | W. White |
| | | | D. Owner X. Other | | |

**YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY**

**ITEM 1**
SERIAL NUMBER: 00987
OWNER APPLIED NUMBER:
ITEM TYPE: DRILL   BRAND: BOSCH   MODEL NUMBER: 1404VSR
DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length): BOSCH 1404VSR ELECTRIC DRILL
AMOUNT: $20.00

**ITEM 2**
SERIAL NUMBER: NSN
OWNER APPLIED NUMBER:
ITEM TYPE: SOLDER G   BRAND: STEINEL   MODEL NUMBER: 1500S
DESCRIPTION OF ITEM: STEINEL 1500S SOLDER GUN
AMOUNT: $10.00

**ITEM 3–6** (blank)

| AMOUNT FINANCED. The amount of cash given directly to you. | FINANCE CHARGE. The dollar amount the credit will cost you. | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | MATURITY DATE |
|---|---|---|---|---|
| $ | $ | $ | % | |

See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the Finance Charge.

**PAYMENT SCHEDULE:** Total of Payments is due on Maturity Date shown above.

Pawn Default Date

Amount required to redeem pledged property on Pawn Default Date.

**PURCHASE / TRADE**
$ 30.00

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to be the rightful owner of the pledged/sold property, that Pledgor/Seller has the right to pledge/sell the property. Pledgor/Seller attests that the Pledgor/Seller is not in voluntary or involuntary bankruptcy of any type and is at least 18 years of age.

I, the Pledgor/Seller, agree to all terms and conditions on the front and back receipt of a copy of this document.
I also state, Under penalty of perjury, stated in it are true.

EXHIBIT J

CMW

X _____
EMPLOYEE'S INITIALS OR NUMBER   PLEDGOR/SELLER'S SIGNATURE

BPC FORM #10-0920 · FL · 7/16/98 · BURRELL PRINTING CO., INC. · 1-800-531-5234 © Copyright 1998

EFFECTIVE JUNE 1, 1997

DEPT. #

CONTROL #: 199900330

PL S 37th

**FLORIDA PAWNBROKER TRANSACTION FORM**

TRANSACTION DATE: 12-19-98

CONTROL # 199802280

PAWNBROKER / CREDITOR

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

DEPT. #

TIME 15:35   MATURITY DATE

TYPE OF TRANSACTION: ☐ PURCHASE/TRADE  ☐ CONSIGNMENT  ☐ PAWN

NAME (Last): STEWART, ELBERT
DATE OF BIRTH: 08-31-63   SEX: M   RACE: B

RESIDENTIAL ADDRESS: 849 NW 80 TER PLANTATION, FL. 33322
HOME PHONE: ( ) 473-9555

PLACE OF EMPLOYMENT: ELF

D.L. #/OFFICIAL PHOTO I.D. #: 363-200-63-111   TYPE: ID   FL   AGENCY/STATE: 5-08   HGT: 205   WGT: BR   EYES: BLK   HAIR

**YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY**

ITEM 1:
SERIAL NUMBER: N/A
BRAND: NIFES TAIWAN   MODEL: POCKET
DESCRIPTION: TAIWAN POCKET NIFES 22 UNITIES
AMOUNT: $11.00

AMOUNT FINANCED: $
FINANCE CHARGE: $
TOTAL OF PAYMENTS: $
ANNUAL PERCENTAGE RATE: %
MATURITY DATE

PURCHASE / TRADE: 11.00

WCD

X _____ (PLEDGOR'S/SELLER'S SIGNATURE)

EXHIBIT K

CONTROL # 199802280

**FLORIDA PAWNBROKER TRANSACTION FORM**

TRANSACTION DATE
04-04-99

CONTROL #. 199901240

PAWNBROKER / CREDITOR

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

DEPT. #

TIME  13:18

MATURITY DATE

TYPE OF TRANSACTION  ☐ PURCHASE / TRADE   ☐ CONSIGNMENT   ☐ PAWN

NAME (Last) OLIAK, EDUARD  (First)  (Middle)

DATE OF BIRTH  07-12-69   SEX (M/F) M   RACE W

RESIDENTIAL ADDRESS (Street, Apt. No., City, State & Zip)
516 SW 82 AVE PLANTATION, FL. 33324

HOME PHONE (Area Code & Number) ( ) 370-1282

PLACE OF EMPLOYMENT
UNEMPLOYED

BUSINESS PHONE (Area Code & Number)

DL #/OFFICIAL PHOTO I.D. #
420-202-69-252

TYPE DL   AGENCY/STATE FL   HGT. 5-10   WGT. 170   EYES BR   HAIR BROWN   IDENTIFYING MARKS

RACE
W. WHITE
B. BLACK
I. AMERICAN INDIAN
A. ASIAN/ORIENTAL
H. HISPANIC

CODES

FIREARM
TYPE
H. Handgun
R. Rifle
S. Shotgun
A. Airgun
B. Black Powder

ACTION
A. Revolver
A. Semi-Auto
B. Bolt Action
L. Lever
P. Pump
S. Single Shot

BARREL
1. Single
2. Double
3. Over Under
4. Other

FINISH
C. Chrome Nickel
B. Blue Steel
S. Stainless Steel
X. Other

JEWELRY
TYPE
R. Ring
W. Watch
N. Necklace
B. Bracelet
P. Pendant Charm
E. Earrings
C. Chain
L. Cufflinks
X. Other

METAL
Y. Yellow Gold
W. White Gold
S. Sterling Silver
P. Platinum
T. Tri-Color
X. Other

GENDER
M. Man's
W. Woman's
N. Not Applicable

STYLE
S. Serpentine
H. Herringbone
R. Rope
B. Box Link
F. Figaro
A. Cameo
C. Class School
F. Band
O. Solitaire
N. Nugget   M. Monogram
D. Cluster   X. Other

STONE SHAPE
O. Oval
R. Round
P. Pear
E. Emerald
M. Marquise
H. Heart
X. Other

STONE COLOR
C. Clear
G. Green
A. Amber
P. Purple
B. Blue
R. Red/Pink
Y. Yellow
K. Black
O. Brown
W. White

YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY

| | SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|---|
| **ITEM 1** | N/A | | BAG | GENERIC | CARRY ON |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)
GENERIC CARRY ON BAG(KNIVES, WHEIG, ETC.

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ 5.00 |
|---|---|---|---|---|---|

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE #STONES | SHAPE | CT | WT | COLOR | SECOND STONE #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ITEM 2**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ |
|---|---|---|---|---|---|

**ITEM 3**

DESCRIPTION OF ITEM

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ |
|---|---|---|---|---|---|

**ITEM 4**

DESCRIPTION OF ITEM

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT $ |
|---|---|---|---|---|---|

**ITEM 5**

DESCRIPTION OF ITEM

**ITEM 6**

DESCRIPTION OF ITEM

| AMOUNT FINANCED. The amount of cash given directly to you. $ | FINANCE CHARGE. The dollar amount the credit will cost you. $ | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. $ | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. % | MATURITY DATE |
|---|---|---|---|---|

See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the Finance Charge.

PAYMENT SCHEDULE:
Total of Payments is due on Maturity Date shown above.

Pawn Default Date

Amount required to redeem pledged property $
Pawn Default Date

PURCHASE / TRADE
$ 5.00

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to be the rightful owner of the sold property, that Pledgor/Seller has the right to pledge/sell the property... Seller is not in voluntary or involuntary bankruptcy of any type and is ... I, the Pledgor/Seller, agree to all terms and conditions on t... receipt of a copy of this document. I also state, Under penalty of perjury, I have read the fo... EXHIBIT L stated in it are true.

WCD

X

EMPLOYEE'S INITIALS OR NUMBER        PLEDGOR/SELLER'S SIGNATURE

Right Thumb Print of Pledgor/Seller

BPC FORM #10-0920 © Copyright 1996 FL 7/16/96 BURRELL PRINTING CO., INC. 1-800-531-5234

EFFECTIVE JUNE 1, 1997

DEPT. #

# FLORIDA PAWNBROKER TRANSACTION FORM

TRANSACTION DATE: 07-22-99

CONTROL #

**PAWNBROKER / CREDITOR**
QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

DEPT. #

TIME 17:32

MATURITY DATE 08-21-99

TYPE OF TRANSACTION: ☐ PURCHASE / TRADE  ☐ CONSIGNMENT  ☐ PAWN

**PLEDGOR / SELLER**

NAME (Last) PATTEN, (First) THOMAS (Middle)

DATE OF BIRTH 10-05-60  SEX (M/F) M  B  RACE

RACE options: W WHITE, B BLACK, I AMERICAN INDIAN, A ASIAN/ORIENTAL, H HISPANIC

RESIDENTIAL ADDRESS (Street, Apt. No., City, State & Zip)
3800 NW 6 CT FT LAUDERDALE, FL. 33313

HOME PHONE (Area Code & Number)

BUSINESS PHONE (Area Code & Number)

PLACE OF EMPLOYMENT

D.L. #/OFFICIAL PHOTO I.D.# 350-825-60-365  TYPE ID  AGENCY/STATE FL  HGT. 5'09  WGT. 190  EYES BR  HAIR BL  IDENTIFYING MARKS

## CODES

**FIREARM**

TYPE: H. Handgun, R. Rifle, S. Shotgun, A. Airgun, B. Black Powder

ACTION: R. Revolver, A. Semi-Auto, B. Bolt Action, L. Lever, P. Pump, S. Single Shot

FINISH: C. Chrome Nickel, B. Blue Steel, S. Stainless Steel, X. Other

BARREL: 1. Single, 2. Double, 3. Over Under, 4. Other

**JEWELRY**

TYPE: R. Ring, W. Watch, N. Necklace, B. Bracelet, P. Pendant Charm, E. Earrings, C. Chain, L. Cufflinks, X. Other

METAL: Y. Yellow Gold, W. White Gold, S. Sterling Silver, P. Platinum, T. Tri Color, X. Other

GENDER: M. Man's, W. Woman's, N. Not Applicable

STYLE: S. Serpentine, H. Herringbone, R. Rope, B. Box Link, F. Figaro, C. Cameo, C. Class School, P. Band, O. Solitaire, N. Nugget, M. Monogram, O. Cluster, X. Other

STONE SHAPE: O. Oval, R. Round, P. Pear, E. Emerald, M. Marquise, H. Heart, X. Other

STONE COLOR: C. Clear, G. Green, A. Amber, P. Purple, B. Blue, R. Red/Pink, Y. Yellow, K. Black, D. Brown, W. White

**YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY**

### ITEM 1

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER | | |
|---|---|---|---|---|---|---|
| 87E3873 | 2160633 | WATCH | MOVADO | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length): MOVADO ST SIL MNS WATCH

| | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | W | S | M | X | | $40.00 |

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE #STONES | SHAPE | CT | WT | COLOR | SECOND STONE #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

### ITEM 2

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER | | |
|---|---|---|---|---|---|---|
| | | | | | | $ |

### ITEM 3

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER | | |
|---|---|---|---|---|---|---|
| | | | | | | $ |

### ITEM 4

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER | | |
|---|---|---|---|---|---|---|
| | | | | | | $ |

### ITEM 5

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER | | |
|---|---|---|---|---|---|---|
| | | | | | | $ |

### ITEM 6

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER | | |
|---|---|---|---|---|---|---|
| | | | | | | $ |

| AMOUNT FINANCED. The amount of credit given directly to you. | FINANCE CHARGE. The dollar amount the credit will cost you. | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | MATURITY DATE |
|---|---|---|---|---|
| $ 40.00 | $ 8.00 | $ 48.00 | 243.33 % | 08-21-99 |

See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the Finance Charge.

**PAYMENT SCHEDULE:** Total of Payments is due on Maturity Date shown above.

Pawn Default Date: 09-20-99

Amount required to redeem pledged property on $ 56.00 Pawn Default Date.

**PURCHASE / TRADE**
$

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased [...], they have no liens or encumbrances against them. Pledgor/Seller also attests [...] sold property, that Pledgor/Seller has the right to pledge/sell the property [...] Seller is not in voluntary or involuntary bankruptcy of any type and is able [...] I, the Pledgor/Seller, agree to all terms and conditions on the [...] receipt of a copy of this document.
I also state, Under penalty of perjury, I have read the foreg[...] stated in it are true.

EXHIBIT M

WCD

X

EMPLOYEE'S INITIALS OR NUMBER

PLEDGOR/SELLER'S SIGNATURE

BPC FORM #10-0920 • © Copyright 1998 - FL - 7/16/98 - BURRELL PRINTING CO., INC. - 1-800-531-5234

EFFECTIVE JUNE 1, 1997

**FLORIDA PAWNBROKER TRANSACTION FORM**

| TRANSACTION DATE | CONTROL # |
|---|---|
| 09-07-99 | 199903340 |

PAWNBROKER / CREDITOR

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

DEPT. #

TIME    21:24

MATURITY DATE    10-07-99

TYPE OF TRANSACTION  ☐ PURCHASE/TRADE   ☐ CONSIGNMENT   ☐ PAWN

**PLEDGOR/SELLER**

NAME (Last) (First) (Middle): RIBEIRO, RONALD

DATE OF BIRTH: 08-24-60   SEX (M/F): M   W

RESIDENTIAL ADDRESS (Street, Apt. No., City, State & Zip): 637 NW 19 AVE 08-24-60, FT. 33312

HOME PHONE (Area Code & Number): ( ) 524-1462

PLACE OF EMPLOYMENT: SELF

BUSINESS PHONE (Area Code & Number):

D.L #/OFFICIAL PHOTO ID #: R160-724-60-304   TYPE: ID   AGENCY/STATE: FL   HGT.: 5-10   WGT.: 170   EYES: HZL   HAIR: BROWN   IDENTIFYING MARKS:

RACE:
- W: WHITE
- B: BLACK
- I: AMERICAN INDIAN
- A: ASIAN/ORIENTAL
- H: HISPANIC

**CODES**

FIREARM
- TYPE: H. Handgun, R. Rifle, S. Shotgun, A. Airgun, B. Black Powder
- BARREL: 1. Single, 2. Double, 3. Over Under, 4. Other
- ACTION: R. Revolver, A. Semi-Auto, B. Bolt Action, L. Lever, P. Pump, S. Single Shot

JEWELRY
- FINISH: C. Chrome Nickel, B. Blue Steel, S. Stainless Steel, X. Other
- TYPE: R. Ring, W. Watch, N. Necklace, B. Bracelet, P. Pendant Charm, E. Earrings, C. Chain, L. Cufflinks, X. Other
- METAL: Y. Yellow Gold, W. White Gold, S. Sterling Silver, P. Platinum, T. Tri-Color, X. Other
- GENDER: M. Men's, W. Woman's, N. Not Applicable
- STYLE: S. Serpentine, H. Herringbone, R. Rope, B. Box Link, F. Figaro, C. Cameo, C. Class School, T. Band, O. Belstaire, N. Nugget M. Monogram, D. Cluster X. Other
- STONE SHAPE: O. Oval, R. Round, P. Pear, E. Emerald, M. Marquise, H. Heart, X. Other
- STONE COLOR: C. Clear, G. Green, A. Amber, P. Purple, B. Blue, R. Red/Pink, Y. Yellow, K. Black, O. Brown, W. White

YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY

| | SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|---|
| ITEM 1 | 000502FLX-NS | | BEEPER | MOTOROLA FLX | |

DESCRIPTION OF ITEM: MOTOROLA FLX BEEPER

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ 7.00 |

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE #STONES | SHAPE | CT | WT | COLOR | SECOND STONE #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|---|
| ITEM 2 | XXXX    X | | WATCH | CHINA | WRIST |

DESCRIPTION OF ITEM: CHINA WRIST MNS 2" WATCH

| TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|
| | | | | | $ 3.00 |

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH |
|---|---|---|---|---|---|---|
| W | X | X | | M | X | 2" |

| | SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|---|
| ITEM 3 | | | | | |

| | SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|---|
| ITEM 4 | | | | | |

| | SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|---|
| ITEM 5 | | | | | |

| | SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|---|
| ITEM 6 | | | | | |

| AMOUNT FINANCED. The amount of cash given directly to you. | FINANCE CHARGE. The dollar amount the credit will cost you. | TOTAL OF PAYMENTS. Amount required to redeem pledged property on the Maturity Date. | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | MATURITY DATE |
|---|---|---|---|---|
| $ 10.00 | 5.00 | $ 15.00 | 608.33 % | 10-07-99 |

See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the Finance Charge.

PAYMENT SCHEDULE: Total of Payments is due on Maturity Date shown above.

Pawn Default Date: 11-06-99

Amount required to redeem pledged property on Pawn Default Date: $ 20.00

PURCHASE / TRADE: $

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also attests to be the rightful owner of the pledged/sold property, that Pledgor/Seller has the right to pledge/sell the property. Pledgor/Seller is not in voluntary or involuntary bankruptcy of any type and is at least 1[...] I, the Pledgor/Seller, agree to all terms and conditions on the fron[...] receipt of a copy of this document. I also state, Under penalty of perjury, I have read the foregoin[...] stated in it are true.

EXHIBIT N
NO[...]

WCD

X

EMPLOYEE'S INITIALS OR NUMBER.    PLEDGOR/SELLER'S SIGNATURE

BPC FORM #10-0820 · © Copyright 1998 · FL · 7/16/98 · BURRELL PRINTING CO. INC. · 1-800-531-5234

EFFECTIVE JUNE 1, 1997

DEPT. #

CONTROL #: 199903340

# FLORIDA PAWNBROKER TRANSACTION FORM

| | |
|---|---|
| TRANSACTION DATE | 07-24-99 |
| CONTROL # | 199902711 |

**PAWNBROKER / CREDITOR**

QUIK CASH
2714 W SUNRISE BLVD
FT. LAUD. FL 33311
(305) 583-7296

DEPT. # _____

TIME 12:21  MATURITY DATE _____

TYPE OF TRANSACTION: ☐ PURCHASE / TRADE  ☐ CONSIGNMENT  ☐ PAWN

| NAME (Last) (First) (Middle) | DATE OF BIRTH | SEX (M/F) | RACE |
|---|---|---|---|
| PATTERSON, STEVEN | 10-13-80 | M | B |

RESIDENTIAL ADDRESS (Street, Apt. No., City, State & Zip)
570NW 26 AVE. FT LAUD, FL. 33311

HOME PHONE (Area Code & Number) ( ) 731-5874

PLACE OF EMPLOYMENT
IL CEASER

BUSINESS PHONE (Area Code & Number)

| DL # /OFFICIAL PHOTO I.D. # | TYPE | AGENCY/STATE | HGT. | WGT. | EYES | HAIR | IDENTIFYING MARKS |
|---|---|---|---|---|---|---|---|
| P362-780-80-040 | DL | FL | 5 7 | 160 | BR | BL | |

RACE CODES:
- W. WHITE
- B. BLACK
- I. AMERICAN INDIAN
- A. ASIAN/ORIENTAL
- H. HISPANIC

## CODES

**FIREARM**

| TYPE | ACTION | FINISH |
|---|---|---|
| H. Handgun | R. Revolver | C. Chrome Nickel |
| R. Rifle | A. Semi Auto | B. Blue Steel |
| S. Shotgun | B. Bolt Action | S. Stainless Steel |
| A. Airgun | L. Lever | X. Other |
| B. Black Powder | P. Pump | |
| | S. Single Shot | |

BARREL:
- 1. Single
- 2. Double
- 3. Over Under
- 4. Other

**JEWELRY**

| TYPE | METAL | GENDER | STYLE | STONE SHAPE | STONE COLOR |
|---|---|---|---|---|---|
| R. Ring | Y. Yellow Gold | M. Man's | H. Serpentine | O. Oval | C. Clear |
| W. Watch | W. White Gold | W. Woman's | H. Herringbone | R. Round | G. Green |
| N. Necklace | S. Sterling Silver | N. Not Applicable | R. Rope | P. Pear | A. Amber |
| B. Bracelet | P. Platinum | | B. Box Link | E. Emerald | P. Purple |
| P. Pendant Charm | T. Tri-Color | | F. Figaro | M. Marquise | B. Blue |
| E. Earrings | X. Other | | F. Cameo | H. Heart | R. Red/Pink |
| C. Chain | | | C. Class School | X. Other | Y. Yellow |
| L. Cufflinks | | | C. Band | | K. Black |
| X. Other | | | O. Solitaire | | O. Brown |
| | | | N. Nugget M. Monogram | | W. White |
| | | | D. Cluster X. Other | | |

YOU ARE GIVING A SECURITY INTEREST IN THE FOLLOWING PROPERTY

**ITEM 1**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| 9925208A | | WATCH | TAG | QUARTZ |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)
TAG QUARTZ TG MNS 6" WATCH

| | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ 5.00 |

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE | #STONES | SHAPE | CT | SECOND STONE | WT | COLOR | #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W | T | XXX | N | X | | 6" | | | | | | | | | | | | |

**ITEM 2**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ |

| TYPE | METAL | KT | WT | GENDER | STYLE | SIZE LENGTH | FIRST STONE #STONES | SHAPE | CT | COLOR | SECOND STONE #STONES | SHAPE | CT | WT | COLOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ITEM 3**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ |

**ITEM 4**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ |

**ITEM 5**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ |

**ITEM 6**

| SERIAL NUMBER | OWNER APPLIED NUMBER | ITEM TYPE | BRAND | MODEL NUMBER |
|---|---|---|---|---|
| | | | | |

DESCRIPTION OF ITEM (Inscriptions, Color, Size, Marks, Design, School, Year, Initials, Barrel Length)

| | TYPE | ACTION | GAUGE CALIBER | FINISH | BARREL | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ |

---

**AMOUNT FINANCED.** The amount of cash given directly to you. $

**FINANCE CHARGE.** The dollar amount the credit will cost you. $

**TOTAL OF PAYMENTS.** Amount required to redeem pledged property on the Maturity Date. $

**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. %

**MATURITY DATE**

See your contract for any additional information concerning nonpayment and default and prepayment refunds or penalties.

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the Finance Charge.

**PAYMENT SCHEDULE:** Total of Payments is due on Maturity Date shown above.

Pawn Default Date

Amount required to redeem property on Default Date. $

**PURCHASE / TRADE** 35.00

The Pledgor/Seller represents and warrants that the pledged/sold property is not stolen, rented or leased and that they have no liens or encumbrances against them. Pledgor/Seller also _____ sold property, that Pledgor/Seller has the right to pledge/sell the prop_____ Seller is not in voluntary or involuntary bankruptcy of any type and is _____ I, the Pledgor/Seller, agree to all terms and conditions on _____ receipt of a copy of this document. I also state, Under penalty of perjury, I have read the fo_____ stated in it are true.

EXHIBIT O

X _____
PLEDGOR/SELLER'S SIGNATURE

INITIALS OR NUMBER

DEPT. # _____
CONTROL # 199902711

FLA. FORM PTC-020 · © Copyright 1998 · FL · 7/16/98 · BURRELL PRINTING CO. INC. · 1-800-531-5234