UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06012-CIV-MIDDLEBROOKS/L/MIA
MAGISTRATE TED BANDSTRA

SKG CORP., d/b/a WE BUY PAWNBROKERS,
A Florida Corporation

                Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD
COUNTY,

                Defendant.

_____/

## DEFENDANT SHERIFF'S MOTION FOR SUMMARY JUDGMENT (AND MEMORANDUM OF LAW)

      Defendant Sheriff, by and through his undersigned counsel, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to enter Final Summary Judgment in his favor, and in support thereof would state as follows:

      1.      Plaintiff, SKG Corporation d/b/a We Buy Pawnbrokers (hereinafter We Buy) filed suit against Defendant Sheriff in his official capacity pursuant to Title 42 U.S.C. § 1983 seeking declaratory relief (Count I) and damages for the unlawful taking of property (Count II), and for unlawful search (Count III) arising from the search and seizure of property in the Plaintiff's business on November 30, 1999, wherein several items were seized for the failure to maintain the proper documentation through transaction forms as required by the Florida Pawnbroker Act. Plaintiff alleges that Defendant Sheriff failed to comply with the Florida Pawnbroker Act Fla. Stat. Ch. 539 which provides that a hold order must be placed on property that is believed to have

1

been misappropriated. <u>See</u> § 539.001(16), Fla. Stat. (1999). (Compl. at ¶ 7.) Plaintiff has argued that Defendant Sheriff seized the items from We Buy on the grounds that they were believed to have been misappropriated items. However, the record contains no facts indicating that Defendant Sheriff believed the items to be stolen. To the contrary, the facts of record indicate that Defendant Sheriff seized the property from We Buy on the grounds that We Buy failed to maintain transaction forms as required by Florida Statute § 539.001 as evidence of the crime of nondocumentation pursuant to the Act. Thus, Plaintiff's reliance upon the hold order provision of the Act is misplaced.

2.      Not only has the Plaintiff incorrectly premised its theory of liability on the belief that the property was seized because it was believed to have been misappropriated, Plaintiff also fails to prove that any constitutionally protected right or privilege was violated. Plaintiff has alleged that it suffered a violation of its right to due process secured by the Fourteenth Amendment and its right to be free from unlawful searches and seizures secured by the Fourth Amendment. The facts of record do not indicate that Defendant Sheriff subjected the Plaintiff to a "taking" sufficient to invoke due process safeguards. Additionally, Defendant Sheriff did not exceed his authority under the Act which proscribes limits during an inspection of a pawnshop so as not to violate the Fourth Amendment proscription against unlawful searches and seizures.

3.      Based upon the pleadings, depositions, and answers to interrogatories of record, Defendant Sheriff asserts that there is no genuine issue as to any material fact which would bar summary judgment.

WHEREFORE, Defendant Sheriff respectfully requests this Honorable Court to grant his

Motion for Summary Judgment. Further, and in support of the foregoing motion, Defendant

Sheriff refers this Honorable Court to the Memorandum of Law below.

**MEMORANDUM OF LAW**

## I.    FACTUAL BACKGROUND

On November 30, 1999, Detectives Sileo and Steinberg entered the We Buy Pawnshop at

approximately 1:00 p.m., during normal business hours, to conduct a routine inspection pursuant

to the Florida Pawnbroker Act. (Sileo depo. at pg. 58 lns. 4-9.) Detectives Sileo and Steinberg

entered the We Buy Pawnshop and told Bernie Goldstein, his son, and another employee that they

were there to conduct an inspection. (Sileo depo. at pg. 61.) Detective Sileo started looking

through the items in the back room to ensure that things were tagged with some type of

corresponding number to a transaction form. (Sileo depo. at pg. 61 lns. 14-19.) Detective Sileo

found nothing out of order in the back room. (Sileo depo. at pg. 61 lns. 20-23.)

Detective Steinberg started inspecting the safe area. (Sileo depo. at pg. 61 lns. 24-25.)

After Detective Sileo was finished in the back room, he assisted Detective Steinberg with the

inventory of property located in the safe that was not tagged or that which Plaintiff was unable

provide an explanation or documentation proving ownership. (Sileo depo. at pg. 62 lns. 10-14.)

Detectives Sileo and Steinberg asked Mr. Goldstein to provide transaction forms for the property

that was not tagged. (Sileo depo. at pgs. 62-63.) Mr. Goldstein was able to provide transaction

forms for some of the property but not for other items. (Sileo depo. at pg. 62-63.) Detectives

Sileo and Steinberg seized those items for which no form was produced and provided Plaintiff a

property receipt for same. (Sileo depo. at pgs. 62-64; Ex. A.)

3

Of the items that were seized, Mr. Goldstein claims that a Baretta 21 revolver, an IBM notebook computer, and a bunch of rare coins were his own personal property. (Goldstein depo. at pg. 27 ln. 10-pg. 28 ln. 6.) Mr. Goldstein does not claim that those items were the property of the Plaintiff's corporation. Mr. Goldstein is not a party to this lawsuit. Regardless, no proof of ownership has been provided to Defendant Sheriff.

II.    **LAW**

Plaintiff does not appear to allege that the Florida Pawnbroker Act, Florida Statute § 539.001, is unconstitutional on its face. Rather, it appears the Plaintiff's theory of liability rests upon the allegation that Defendant Sheriff violated the provisions of the Act and that such state law violations amount to a deprivation of its Fourth and Fourteenth Amendment rights. Thus, the first question to be answered is whether Defendant Sheriff complied with the Act. If it is concluded that Defendant Sheriff complied with the Act, then it must also be concluded that Defendant Sheriff complied with federal law since the Plaintiff does not allege that the Act on its face violates federal law.

If, however, it is concluded that Defendant Sheriff somehow violated the Act, the next question to be answered is whether the actions of Defendant Sheriff also violated federal law by depriving the Plaintiff of due process or subjecting the Plaintiff to an unlawful search and seizure under the Fourth and Fourteenth Amendments. Since a violation of state law does not necessarily constitute a violation of constitutional law[1], it should not be automatically inferred that a violation of the Act somehow gives rise to a Title 42 U.S.C. § 1983 lawsuit.

_____

[1]Howell v. Roberts, 656 F. Supp. 1150, 1156 (N.D. Ga. 1987).

Accordingly, this memo will first address the application of the Act to the conduct of Defendant Sheriff. Second, Defendant Sheriff will address the due process implications. Finally, Defendant Sheriff will address the Fourth Amendment search and seizure applications.

A.    **FLORIDA PAWNBROKER ACT, FLA. STAT. CH. 539**

Plaintiff asserts that Defendant Sheriff exceeded his authority under the Act by seizing property for which Plaintiff was unable to produce transaction forms rather than placing a hold order on the property. Plaintiff alleges that where a law enforcement officer believes property to have been misappropriated, the Act requires the law enforcement officer to place a hold order on it pursuant to Florida Statute § 539.001(16). Defendant Sheriff agrees that the Act provides for the placement of hold orders on property that is believed have been misappropriated. However, the property seized from the Plaintiff was not seized because it was believed have been misappropriated. Rather, it was seized for the failure to maintain transaction forms as required by Florida Statute § 539.001(8). Thus, Plaintiff's theory that Defendant Sheriff was required to place a hold order on this property rather than seize it as evidence of a crime is misplaced.

Florida Statute § 539.001 states, in pertinent part, as follows:

> **(8) Pawnbroker transaction form** - (a) at the time the pawnbroker enters into any pawn or purchase transaction, the pawnbroker shall complete a pawnbroker transaction form for such transaction, including an indication of whether the transaction is a pawn or a purchase, and the pledgor or seller shall sign such completed form.
> **(9) Record keeping; reporting; hold.** - - (c) . . . . the pawnbroker shall make all pledged and purchased goods and all records relating to such goods available for inspection by the appropriate law enforcement official during normal business hours throughout such period.
> **(12) Prohibited acts** - - a pawnbroker, or an employee or agent of a pawnbroker, may not: (b) refuse to allow the . . . the appropriate law enforcement official . . . to inspect completed pawnbroker

transaction forms or pledged or purchased goods during the
ordinary hours of the pawnbroker's business or other time
acceptable to both parties.

**(16) Hold orders; issuance; required information; procedures** - -
(a) when an appropriate law enforcement official has probable cause
to believe that property in the possession of a pawnbroker is
misappropriated, the official may place a written hold order on the
property.

**(17) Criminal penalties** - - (b) in addition to any other penalty, any
person, who willfully violates this section or who willfully makes
a false entry in any records specifically required by this section
commits a misdemeanor of the first degree, punishable as provided
in § 775.082 or § 775.083.

§ 539.001, Fla. Stat. (1999). Thus, it is clear that the Act requires the Plaintiff to maintain

transaction forms and to produce them during an inspection by a law enforcement officer.

Defendant Sheriff conducted an inspection of the Plaintiff's business and requested

Plaintiff's employees to produce transaction forms for items that were not tagged. When Plaintiff

was unable to produce the transaction forms, it was reasonable to conclude Plaintiff had violated

subsection (8) which is a misdemeanor crime under subsection (17). The evidence of this crime

consisted of the property that was not tagged and for which the Plaintiff was unable to produce

the forms. Accordingly, Defendant Sheriff seized the property, and placed it into custody as

evidence of this crime.

The Act does not provide that the Sheriff must provide a hold order on evidence of the

crime of failure to maintain a transaction form. Rather, the Act specifically states that the hold

order may be placed on property that is believed to have been misappropriated. Defendant Sheriff

has never asserted that this property was believed to have been misappropriated. As such, the

Plaintiff's theory that the seizure of the property somehow violated the Act is unfounded.

6

Plaintiff also argues that some of the items seized belonged to Mr. Goldstein. First, it should be noted that Mr. Goldstein is not a party to this action. Any attempt by Plaintiff to recover damages on behalf of Mr. Goldstein is inappropriate. However, to the extent that Plaintiff asserts that it should not be required to provide documentation for all property maintained on the premises, Defendant Sheriff will address its argument.

Plaintiff argues that the Act does not require a pawnbroker to maintain documentation for all property on the premises. Rather, Plaintiff asserts that it may maintain personal property of individuals on the premises without providing any proof of purchase, pawn, or other documentation proving its ownership. While Defendant Sheriff concedes that the Act does not specifically address the issue of alleged personal property inside a pawnshop, it is clear that the Act, when read as a whole, is designed to provide a law enforcement officer authority to regulate the transfer of all property in and out of a pawnshop. Pawnshops are a closely regulated business and are not entitled to the same freedoms of other corporations. According to the Plaintiff, a pawnbroker need only to state that property that lacks proper documentation is personal property of an individual to escape the requirements of the Act.

For example, if a pawnbroker illegally accepts a pawn and fails to complete a transaction form, under the Plaintiff's argument, the pawnbroker's self serving oral declaration of personal ownership precludes a law enforcement officer from inspecting the property or demanding proof of ownership. There would be no way to ascertain the origin of sale. If taken to the extreme, a pawnbroker could refuse to complete transaction forms for all property and simply tell law enforcement officers during routine inspections that all of the property on the premises was the personal property of an employee and therefore the law enforcement officer would not be entitled

7

to search the property, or seize it. Obviously, the intent of the Act and the language when taken as a whole do not provide pawnbrokers the freedom to avoid regulation.

B.    **DUE PROCESS ARGUMENT**

Assuming *arguendo*, Defendant Sheriff exceeded his authority under the Florida Pawnbroker Act and violated state law, his conduct does not necessarily rise to the level of a due process violation. "Due process is not violated simply because a local authority arguably misapplies or exceeds its authority under the relevant state statutes." Howell v. Roberts, 656 F. Supp. 1150, 1156 (N.D. Ga. 1987) (citing Chiplin Enterprises v. City of Lebanon, 712 F.2d 1524 (1st Cir. 1983)). Accordingly, the mere fact that Defendant Sheriff may be found to have violated state law does not render him liable for a constitutional violation.

The first question in any § 1983 lawsuit is whether the plaintiff has suffered a violation of a constitutional right. Baker v. McCollan, 443 U.S. 137, 140, 99 S.Ct. 2689, 2692 (1979). Defendant Sheriff concedes that pawnshops have a constitutionally protected "property interest" in pawned property. Winters v. Board of County Commissioner, Osage County, 4 F.3d 848, 856 (10th Cir. 1993). However, not all seizures of property by law enforcement officers constitute a "taking" sufficient to invoke the protections of due process. Thus, the Court must look to the purpose of the seizure to determine whether the claimant is entitled to due process protections or merely the protections of the Fourth Amendment. See United States v. James Daniel Good Real Property, 510 U.S. 43, 114 S. Ct. 492 (1993). Where the purpose of the seizure is to assert a possessory or ownership interest over the property, the Plaintiff is entitled to due process protections. United States v. 2751 Peyton Woods Trail, 66 F.3d 1164, 1167 (11th Cir. 1995) (quoting One Parcel of Real Property, located at 9638 Chicago Heights, 27 F.3d 327, 330 (8th

8

Cir. 1994)). However, where the purpose of the seizure is to acquire evidence during a criminal proceeding, then the seizure is governed by the Fourth Amendment, rather than the Fourteenth. Ibid.

The Plaintiff has correctly cited decisional authority which holds that it is unlawful under due process for a law enforcement officer to seize property from a pawnshop that is believed to be stolen and subsequently transfer the property to the alleged true owner without providing the pawnshop notice and an opportunity to be heard. See Florida Second Hand Dealers Association Inc. and Happy Hawker Pawnshop Inc. v. City of Fort Lauderdale, Case No. 87-7008-CIV-GONZALEZ; and Wolfenbarger v. Williams, 774 F.2d 358 (10th Cir. 1985). Clearly, had Defendant Sheriff seized property that was believed to have been misappropriated and then handed the property over to an alleged victim of property theft, then Defendant Sheriff would have violated the Plaintiff's due process rights. However, the facts of the case do not support this scenario. To the contrary, Defendant Sheriff seized the property as evidence of the crime of failure to maintain a transaction form as required by the Pawnbroker Act.

Defendant Sheriff has not attempted to exert possessory or ownership control over the property. Furthermore, the Sheriff fully intends to return the property at the conclusion of the criminal proceedings. There is no evidence to support a finding that Defendant Sheriff's purpose in seizing the property from Plaintiff's shop was for anything other than to secure the evidence for the criminal proceedings. Absent such a finding, the protections of due process have not been invoked to benefit the Plaintiff.

C.    **SEARCH AND SEIZURE**

Finally, Plaintiff has alleged that Defendant Sheriff violated Plaintiff's right to be free from unreasonable searches and seizures protected by the Fourth Amendment.[2]  Defendant Sheriff concedes that the rights secured by the Fourth Amendment extend to corporations.  See GM Leasing Corp. v. U.S., 429 U.S. 338, 97 S.Ct. 619 (1977).  However, a business owner's expectation of privacy in commercial property is less than that expectation of privacy enjoyed by an individual's home.  New York v. Burger, 107 S.Ct. 2636 (1987).  The expectation of privacy of a "closely regulated" industry is even less attenuated than a business owner's expectation of privacy in commercial property.  Ibid.  Pawn shops are recognized as "closely regulated" industries.  United States v. Biswell, 406 U.S. 311, 92 S.Ct. 1593 (1972).

The test for determining whether a warrantless inspection of a closely regulated business is reasonable under the Fourth Amendment will be met if, (1) there is a "substantial" government interest that informs the regulatory scheme pursuant to which the inspection is made, (2) the warrantless inspection is "necessary to further the regulatory scheme," and (3) the statute's inspection program in terms of the certainty and regularity of its application must provide a constitutionally adequate substitute for a warrant.  New York v. Burger, supra, at 2644 (citations omitted).

Here, Plaintiff does not assert that the Act fails to provide sufficient substitutes for a warrant.  The Act notifies pawn brokers that their businesses are subject to inspection during

---

[2]The complaint alleges a violation of the Fourteenth Amendment right to be free from unreasonable searches and seizures.  It should be noted that it is the Fourth Amendment that secures the Plaintiff's right to be free from unreasonable searches and seizures, not the Fourteenth Amendment.

10

reasonable business hours by law enforcement officers for the purpose of determining whether the substantial governmental interest in tracking pawned or sold property is being properly maintained through transaction forms. Thus, the act meets the Fourth Amendment requirements.

Defendant Sheriff inspected Plaintiff's place of business and asked to see transaction forms for the property therein. This conduct does not violate the Act. Therefore, Defendant Sheriff did not violate the Fourth Amendment.

## CONCLUSION

For the foregoing reasons, Defendant Sheriff respectfully requests this Honorable Court to enter Final Summary Judgment in his favor.

I **HEREBY CERTIFY** that a copy of the foregoing was mailed this _2_ day of October, 2000, to: **DENNIS R. BEDARD, ESQ.**, 1717 North Bayshore Drive, Suite 102, Miami, Florida 33132.

PURDY, JOLLY & GIUFFREDA, P.A.
Attorneys for Defendant SHERIFF
1322 S.E. Third Avenue
Fort Lauderdale, Florida 33316
Telephone:    (954) 462-3200
Facsimile:    (954) 462-3861

BY

ALEXIS M. YARBROUGH
Florida Bar No. 0086861

11

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

☐ ABANDONED ☒ EVIDENCE ☐ SAFEKEEPING ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BSO 99-11-16426 | 12pm 11/30/99 | CI/CCU | 539.001 NON-DOCUMINATION |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: We Buy Pawnbrokers P#00642 | Address: 3481 NW 19 ST Laud Hls. | Race/Sex 735-2274 | DOB |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: DET. STEINBERG / SGT SILFO | Address: 2601 W. BROWARD BLVD. | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 1 | 1 | old navy watch |
| 2 | 1 | CASIO watch FTP10 |
| 3 | 11 | clear stones (red) |
| 4 | 5 | white metal rings |
| 5 | 2 | white metal rings 1 broken |
| 6 | 1 | white metal earring broken |
| 7 | 1 | Iscura sales security pin |
| 8 | 1 | ricing chain |
| 9 | 1 | pendant with 2 stones |
| 10 | 3 | white metal rings 1 with clear stone 1 with white stone |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6546 Dist CI/CCU Div CI

(Impounding Officer's) Signature:

Printed Name: ET. Silfo 6546

| REASON: | DATE | TIME |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

COMPOSITE EXHIBIT A

| Court Case # | CURRENCY: Verified By/CCN: _____ Signature: |
|---|---|

PROPERTY OWNER,

ACE#

NOTE: For further distribution of this form, refer to ... Manual.
BSO RP#54 (Revised 10/96)

Post Office Box 9507

**PROPERTY RECEIPT #2**

| ☐ ABANDONED | ☒ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS97-11-16426 | Date and Time Received: 11/30/99 1:20pm | Investigating Unit/Agency: CI/CCU | Offense: Non-Documentation (Pawnshop) |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: #06492 We Buy Pawn Brokers | Address: 3481 NW 19 St Laud Lks. | Race/Sex 735-2274 | DOB |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Steuring / Sgt Silb | Address: 2601 W. Broward Blvd. | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 11 | 2 | white metal bracelets |
| 12 | 1 | white metal necklace with heart clip & charm |
| 13 | 1 | white metal charm with stone & anchor charm |
| 14 | 1 | white metal earrings |
| 15 | 1 | white metal clip with engraving OC |
| 16 | 1 | white metal earrings |
| 17 | 1 | Mont Blanc pen in box |
| 18 | 1 | Swatch watch black band |
| 19 | 1 | yellow metal elephant bracelet |
| 20 | 1 | yellow metal ring with 3 clear stones |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6546  Dist CI/AIR  Div: CI

(Impounding Officer's) Signature: _E.T. Silb_

Printed Name: E.T. Silb 6546

| REASON: | DATE | TIME: |
|---|---|---|

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: |

**PROPERTY OWNER, IF AVAILABLE**

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☒ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS99-11-16426 | Date and Time Received: 1:20 pm 11/30/99 | Investigating Unit/Agency: CJ/CCU | Offense: 539.001 Non-Documentation |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: We Buy Pawnbrokers | Douglas | Address: 3451 NW 19st Laud. Lhs. | Race/Sex 735-2274 | DOB |
|---|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Dtc. Steinberg / Sgt. Silio    BSO | Address: | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 21 | 1 | yellow metal ring with 21 clear stones |
| 22 | 1 | white metal ring with three red stones |
| 23 | 1 | white metal ring with 12 clear stones |
| 24 | 1 | yellow metal ring with color & 1 black stone |
| 25 | 1 | white metal ring with colored stone |
| 26 | 1 | Girard-Perregaux watch no band (9832NA) white face |
| 27 | 1 | Seiko watch yellow face no band (088578) |
| 28 | 1 | white metal ring with 1 colored stone (missing) |
| 29 | 1 | white metal ring with 1 clear stone |
| 30 | 1 | white metal 'shrimp' charm |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6546   Dist: CJ/CCU   Div: CJI

(Impounding Officer's)   Signature:

Printed Name: E.T. Silio 6546

| REASON: | DATE | TIME |
|---|---|---|
| | | |
| | | |
| | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ Signature: |
|---|---|

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-11-16426 | 11/30% 1:20 pm | CI/CCU | Non Documentation (pawn shop) |

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: | 80692 | Address: | | Race/Sex | DOB |
|---|---|---|---|---|---|
| We buy Pawn | | 3451 NW 15St Laud Lakes | | 775-2271 | |

| Suspect: | Address: | | Race/Sex | DOB |
|---|---|---|---|---|

| Found By: | Address: | | Race/Sex | DOB |
|---|---|---|---|---|
| Det Steinberg / Sgt Siloo | 2601 W Broward Blvd | | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal ring mickey mouse head flattened |
| | 1 | ladies pin with 16 colored stones on card |
| | 1 | white metal ring |
| | 1 | small piece of broken white metal chain |
| | 5 | yellow metal lobster clasps |
| | 2 | yellow metal earring back |
| | 1 | yellow metal clasp |
| | 1 | yellow metal Bulova watch with clear stone |
| | 1 | yellow metal Seiko watch #982386 |
| | 1 | yellow metal necklace with multi colored stones |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

RECIEVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6546   Dist CI   Div: CCU

(Impounding Officer's) Signature: E.T. Siloo

Printed Name: E.T. Siloo

| REASON: | DATE | TIME: |
|---|---|---|
| | | |
| | | |
| | | |

| Court Case # | CURRENCY: Verified By/CCN: |
|---|---|
| | Signature: |

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**PROPERTY RECEIPT**

Post Office Box 9507
Fort Lauderdale, Florida 33310

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS9911-16426 | 1.20pm  11-30-99 | CICu | Non Documentation Pawnshop |

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: #00672 | Address: | Race/Sex | DOB |
|---|---|---|---|
| We Buy Pawnbrokers | 3481 NW 19th Lard Lakes | 735 | 2274 |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det Shimberg / Sgt Sileo | 2601 W Broward | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | pair of white metal Earrings |
| | 4 | white metal flat bracelets |
| | 1 | pair of white metal stud earrings with heart shaped stone |
| | 2 | white metal Rings |
| | 1 | white metal Rope chain with cross charm |
| | 4 | white metal box link bracelets |
| | 1 | white metal rope bracelet |
| | 2 | white metal bracelets |
| | 1 | white metal Ring with Blue stone shank cut open |
| | 1 | white metal flat Necklace kinked |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

I hereby acknowledge the above list represents all property impounded by me:

CCN: 0072    Dist ___    Div: CI

(Impounding Officer's)  Signature: ___

Printed Name: J. Shimberg

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: ___ | |
|---|---|---|
| | Signature: ___ | ACE# |

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS 99-11-16426 | Date and Time Received: 1:20 pm 11/30/99 | Investigating Unit/Agency: CI/CCU | Offense: 539.001 Non-Documentation (Pawn Shop) |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: We Buy Pawn | Address: 3451 NW 15St Land Lks. | Race/Sex | DOB |
|---|---|---|---|
| Suspect: | Address: | Race/Sex | DOB |

| Found By: Det Steinberg/Sgt Suco | Address: 2601 W. Broward Blvd. | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal Necklace Nec clasp |
| | 1 | white metal ring with 3 stones shank cut |
| | 1 | white metal Ring with heart shape |
| | 1 | white metal Nike Ring |
| | 1 | white metal cross with clear stone |
| | 1 | white earring |
| | 1 | so white earring |
| | 1 | pair of white earrings |
| | 1 | white metal bangle bracelet |
| | 1 | white metal Necklace broken & knotted |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6546  Dist C.I  DIV CCU

(Impounding Officer's)  Signature: Ed Suco

Printed Name: E.T. Suco

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ | |
|---|---|---|
| | Signature: | |

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**  47

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| 9599-11-16,426 | 11-30-99 1:30 PM | CI/CCG | Non documentation pawnshop |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We buy Pawnbroker | 3181 NW 19St Lauderdale | 735 | 2274 |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det. Shinberg / Sgt. Siler | 2601 W Broward | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | Charter Arms Unknown .38 Spc. #237057 |
| | 1 | Beretta .22LR Mod 21A BES260064 w/4005, mag + case |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

I hereby acknowledge the above list represents all property impounded by me:

CCN: V11-1   Dist _____   Div: C1-7

(Impounding Officer's) Signature: _____

Printed Name: Shinberg

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Court Case # _____

CURRENCY: Verified By/CCN: _____

Signature: _____

ACE# _____

**PROPERTY OWNER, IF AVAILABLE**

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

☐ ABANDONED    ☐ EVIDENCE    ☐ SAFEKEEPING    ☐ FORFEITURE HOLD

| Case # BS 99-11-16426 | Date and Time Received: 1:20pm 11/24/99 | Investigating Unit/Agency: CI/CCU | Offense: 539.001 Non Documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: We Buy Pawn | Address: | Race/Sex | DOB |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Steinberg / Sgt Sileo | Address: BSO | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 1 | 1 | white metal necklace broken |
| | 1 | white metal bracelet |
| | 1 | white metal chain no clasp |
| | 2 | white metal Ring both straight w/ heart charm |
| | 1 | white metal bracelet broken |
| | 1 | white metal necklace knotted |
| | 1 | white metal Necklace with O-ring |
| | 1 | white metal earring damaged (flat) |
| | 1 | white metal heart bracelet clasp missing |
| | 1 | white metal earring |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

I hereby acknowledge the above list represents all property impounded by me:
CCN: 6546   Dist CI   Div CCU
(Impounding Officer's) Signature: _____
Printed Name: ET Sileo

| RECEIVED BY: | REASON: | DATE | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ Signature: | ACE# |
|---|---|---|

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

Case # BJ 99-11-16426

Date and Time Received: 11/18 1:20pm

Investigating Unit/Agency: CI CCU

Offense: With Documentation (Pawnshop)

NCIC/FCIC Agency:

Agency Case #

| Suspect: We buy Pawnbrokers | #00672 | Address: 3481 NW 19 c Laudadale | Race/Sex | DOB 735-2274 |
|---|---|---|---|---|

| Suspect: | | Address: | Race/Sex | DOB |
|---|---|---|---|---|

| Found By: Det Steinberg / Sgt Silva | Address: 2601 W Broward Blvd | Race/Sex | DOB |
|---|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | white metal Omega watch w/8 clear stones band broken |
| | 1 | No name plastic watch |
| | 1 | white metal Bulova watch #93487 |
| | 1 | Yellow metal Seiko watch #286654 |
| | 1 | ~~date~~ yellow metal ~~Seiko~~ watch 9U3623 |
| | 1 | yellow metal O & Q watch missing stem |
| | 1 | No name black plastic watch broken band |
| | 1 | black /red swiss army watch |
| | 1 | gray metal Timex watch |
| | 1 | yellow metal Seiko mickey mouse watch |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: VCI-1   Dist   Div: CI

(Impounding Officer's) Signature:

Printed Name: J Steinberg

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Court Case #

CURRENCY: Verified By/CCN: _____

Signature:

ACE#

**PROPERTY OWNER, IF AVAILABLE**

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-11-16426 | 1:30pm 11-30-55 | CI/CCU | Non Documentation (pawnshop) |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We buy Pawnbrokers | 3481 NW 19st Lard Lakes | 735-2274 | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| | | | |

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det Steinberg / Sgt Siero | 2601 W Broward Blvd | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | yellow metal money clip CPM |
| | 1 | yellow metal charm |
| | 2 | yellow metal pocket knives |
| | 1 | white metal bracelet |
| | 1 | Waltham watch face nocase |
| | 1 | white metal Croton watch face # 8493 no band |
| | 1 | yellow metal Seiko watch face Round # 920069 NO |
| | 5 | yellow metal Seiko watches square face BANDS |
| | | #881572, 005078, 002570, 057654 (no number) |
| | 2 | yellow metal Seiko watches square face 166278, F156991) |

| I hereby acknowledge the above list represents all the property taken from my possession: | I hereby acknowledge the above list represents all property impounded by me: |
|---|---|
| | CCN: 4071   Dist   Div: CI |
| _____ Signature | (Impounding Officer's) Signature: |
| | Printed Name: J. Steinberg |

| RECEIVED BY: | REASON: | | DATE | TIME |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Court Case # | CURRENCY: Verified By/CCN: |
|---|---|
| | Signature: |

**PROPERTY OWNER, IF AVAILABLE**

ACE #

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS 99-11-16426 | Date and Time Received: 11/3/99  11:35 | Investigating Unit/Agency: CI/CCU | Offense: Non documentation Pawn chop |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: Webby Pawnbrokers | # 00672  Address: 3181 NW 19th  Laud-Lakes | Race/Sex 735 | DOB 2674 |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Stinberg / Sgt. L. Sileo | Address: 2601 W Broward Blvd | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 1 | | IBM Think pad 365xD #78-RH2S 96/09 w/ Accessories and Case (Bat, power cong, hrd disk, camera) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6546   Dist CI/CCU   Div: CI

(Impounding Officer's)  Signature: E.T. Sileo

Printed Name: E.T. Sileo

| REASON: | DATE | TIME |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ Signature: | ACE# |
|---|---|---|

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/98)

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS 99-11-16126 | Date and Time Received: 11-8-99 1:20PM | Investigating Unit/Agency: CI / CCU | Offense: Gun Documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: We buy Pawn Brokers | # 00612 Address: 3401 nw 11st Lauderdale Lakes | Race/Sex FL | DOB |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Slemberg / Sgt Silco | Address: 2601 W Broward Blvd. | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 4 | yellow metal Seiko watches round face   no bands |
| | | #924069, 222809, 052047, 924069 |
| | 1 | sm yellow metal Seiko watch Point Face Nobody #023782 |
| | 1 | yellow metal Elgin   pocket watch |
| | 1 | yellow metal Geneve watch face no case or band |
| | 5 | yellow metal Seiko square face watches   no bands |
| | | #529796, 693308, 171799, 924069, 658131 |
| | 1 | pair yellow metal earrings w/ color stones each in box |
| | 3 | pair yellow metal earrings in box |
| | 1 | yellow metal Angel charm |

| I hereby acknowledge the above list represents all the property taken from my possession: | I hereby acknowledge the above list represents all property impounded by me: |
|---|---|
| Signature | CCN: 4674   Dist   Div: CI |
| | (Impounding Officer's) Signature: |
| | Printed Name: Slemberg |

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By: CCN: Signature: | | ACE# |
|---|---|---|---|

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT** # 13

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # 13599-11- 161126 | Date and Time Received: | Investigating Unit/Agency: BSO CI/CCU | Offense: 539.0101 THROWUNIEIN NON - SECURITY ATTICE |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: WI Buy PAWN | Address: | Race/Sex | DOB |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: DET STRINBING / SGT SILVA    BSO | Address: | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 11 | 1EA Walking Liberty Dollar Coins 1986-1995 |
| | 1 | 1985 JFK Commemorative Coin |
| | 1 | 1879 Morgan Silver Dollar |
| | 1 | 1922 Peace Dollar in Metal Bezel w/Wooden Holder Lake Placis Coins #1465-4406 |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 4541    Dist LCU    Div: CI

(Impounding Officer's)    Signature: _____

Printed Name: E.T. Silva

| REASON: | DATE | TIME: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ Signature: | ACE# |
|---|---|---|

**PROPERTY OWNER, IF AVAILABLE**

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**PROPERTY RECEIPT**

LAB #

Fort Lauderdale, Florida 33310

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS99-11-16426 | Date and Time Received: | Investigating Unit/Agency: CI /CCU | Offense: Non Documentation Pawn Shop |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | |

| Suspect: | Address: | | Race/Sex | DOB |
|---|---|---|---|---|
| We buy Pawnbrokers | 3481 NW 19 St  Laud Lakes | 735-2274 | | |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det. Steinberg / Sgt Siles  2601 W Broward Blvd. | | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | Yellow metal Ring with 8 clear stones |
| | 1 | Yellow metal Ring cut open |
| | 3 | Yellow metal charms (faces) |
| | 1 | Yellow metal charm of child |
| | 1 | white metal flower pin |
| | 1 | Mont Blanc pen in case |
| | 1 | Nokia cellular telephone nd 250  ESN 23504638199 |
| | 1 | Motorola cellular telephone nd 61610 SN 935GCHTL368 |
| | 1 | Motorola cellular telephone nd 7655OWALBA  SN 935GWG6094 |
| | 1 | Motorola cellular telephone nd 61600 SN 935GUA*933 |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 4014    Dist ____    Div: CI

(Impounding Officer's) Signature:

Printed Name: J. Steinberg

| REASON: | DATE | TIME |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Court Case # | CURRENCY: Verified By/CCN: _____  Signature: |
|---|---|

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # PS99-11-16426 | Date and Time Received: 1:20Pm   11-10-99 | Investigating Unit/Agency: CI/CCU | Offense: Non Documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: We buy Pawnbrokers | Address: 3481 NW 19st Laud. Lakes | Race/Sex | DOB 735-2274 |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det. Skinberg / Sgt Siler | Address: 2601 W Broward Blvd | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 1 | Motorola cellular telephone No mdr SN |
| | 52 | US currency pennies |
| | 2 | US currency dimes |
| | 1 | US currency nickles |
| | 1 | US currency half dollar |
| | 16 | US currency Quarters in cards |
| | 7 | US currency dimes |
| | 2 | US currency Quarters |
| | 3 | US currency half dollar |
| | 20 | US currency dimes |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: 4074   Dist _____   Div: CL

(Impounding Officer's) Signature: _____

Printed Name: Skinberg

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ |
|---|---|
| | Signature: |

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

**PROPERTY RECEIPT**

Post Office Box 9507
Fort Lauderdale, Florida 33310

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS99-11-16V26 | Date and Time Received: 1:30 PM 11/30/8 | Investigating Unit/Agency: DCI / CCU | Offense: Non documentation pawn shop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: We buy Pawnbrokers | Address: 3981 NW 11th Coral Lakes | Race/Sex | DOB 735-2774 |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det. Steinbeis / Sgt. Slon | Address: 2601 W. Broward | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | (1) | Broken Dime Bracelet w/ 20 Dimes; (6) Franklin ½ Dollar; (1) Liberty ½ Dollar; (8) Silver Quarters; (1) 1916 Foreign Coin; (10) Gambling Tokens; (28) Foreign Coins; (3) Liberty Dollars; (2) Sets of 4 Troy Oz Coins; (2) Troy Oz Bars; (1) Roll Dimes; (3) Roll Quarters Labeled "Silver"; (13) ½ Dollar Pieces; Bag of 12 old Nickels; 18 Pennies; 3 Quarters 2 Dimes; 1530 Silent Piece; 1951 50 Cent Piece; 89 Pennies in Nations Bank Bag. |

I hereby acknowledge the above list represents all the property taken from my possession:

Signature

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 4061   Dist ___   Div: CE

(Impounding Officer's) Signature: ___

Printed Name: Steinbeis

| REASON: | DATE | TIME: |
|---|---|---|

| Court Case # | CURRENCY: Verified By/CCN: ___ |
|---|---|
| | Signature: |

**PROPERTY OWNER, IF AVAILABLE**

ACE #

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| BS99-11-16426 | 12:20p 11 30 99 | C2 /CCU | Non Documentation Pawn Shop |

| NCIC/FCIC Agency: | | Agency Case # | |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We buy Pawn brokers | 3481 NW 19st Lauderlakes | | 735-2274 |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det Skinberg / Sgt Silos | 2601 W Broward Blvd | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 5 | US Currency Nickels |
| | 1 | US Currency dollar coin |
| | 1 | US Currency Half dollar |
| | 1 | US Currency Quarter |
| | 3 | US Currency Dimes |
| | 2 | US Currency Nickels |
| | 50 | US Currency Pennies |
| | 50 | US Currency Pennies |
| | 48 | US Currency Pennies |
| | 20 | US Currency Nickels |

I hereby acknowledge the above list represents all the property taken from my possession:

_____ Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: 0596    Dist _____ Div _____

(Impounding Officer's)   Signature: _____

Printed Name: E.T. Silo

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: _____ | ACE# |
|---|---|---|
| | Signature: | |

**PROPERTY OWNER, IF AVAILABLE**

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case #<br>BS99-11-1642b | Date and Time<br>Received:<br>1 cup to  11 30 p | Investigating Unit/Agency:<br>C I /CCU | Offense:<br>non documentation<br>Pawn Shop |
|---|---|---|---|

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect:<br>we buy Pawn brokers | Address:<br>3181 NW 19st  Land Lakes | Race/Sex | DOB<br>735-7774 |
|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By:<br>Det. Skinberg / Sgt. Sileo | Address: | Race/Sex | DOB |
|---|---|---|---|

| Item<br>Number | Number<br>of items | DESCRIPTION |
|---|---|---|
| | 11 | US Currency  pennies |
| | 1 | US Currency  dollar coin |
| | 1 | white metal earring  w/ white Bead |
| | 11 | US Currency  Quarters |
| | 3 | US Currency  Nickels |
| | 1 | US Currency  Half dollar |
| | 38 | US Currency  dimes |
| | 3 | US Currency  dollar coins |
| | 3 | US Currency  proof sets (5) coins each  1984, 1985, 1987 |
| | 1 | US Currency  dollar coin |

I hereby acknowledge the above list represents all the property taken from my possession:

_____
Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: 6546    Dist  CI    Div  CCU

(Impounding Officer's)   Signature: _____

Printed Name:  E.T. Sileo

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY:<br>Verified By/CCN: _____<br>Signature: |
|---|---|

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE

Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # BS99-11-16V26 | Date and Time Received: 11/23/99 | Investigating Unit/Agency: CI/CCU | Offense: Non documentation Pawnshop |
|---|---|---|---|

| NCIC/FCIC Agency: | | Agency Case # | - |
|---|---|---|---|

| Suspect: We buy Pawnbrokers | *00642 | Address: 3451 NW 19st Land Lakes | Race/Sex | DOB 735-2274 |
|---|---|---|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: Det Steinberg / Sgt Siles | Address: 2601 West Broward Blvd. | Race/Sex | DOB |
|---|---|---|---|

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 7 | US Currency half dollar |
| | 4 | US Currency Nickels |
| | 4 | US Currency Dimes |
| | 1 | US Currency penny |
| | 13 | US Currency Dollar coins |
| | 11 | US Currency half dollars |
| | 8 | US Currency Dimes |
| | 2 | US Colony American Eagle dollar coins in boxes |
| | 27 | US Currency Dollar coins |
| | 60 | US Currency Half dollars |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 4011    Dist:    Div: CI

(Impounding Officer's) Signature:

Printed Name: Steinberg

REASON:    DATE:    TIME:

Court Case #

CURRENCY: Verified By/CCN: _____

Signature:

ACE#

PROPERTY OWNER, IF AVAILABLE

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)

BROWARD SHERIFF'S OFFICE
Post Office Box 9507
Fort Lauderdale, Florida 33310

**PROPERTY RECEIPT**

LAB #

| ☐ ABANDONED | ☐ EVIDENCE | ☐ SAFEKEEPING | ☐ FORFEITURE HOLD |
|---|---|---|---|

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| 13599-11-16426 | 1.24pm  11-30-99 | C= /CCu | Non Documentation Pawnshop |

| NCIC/FCIC Agency: | Agency Case # |
|---|---|

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| We buy Pawnbrokers | 3481 NW 19th  Lauderdale Lakes | 735 | 2274 |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| | | | |

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Det Shimberg / Sgt Siles | 2601 W Broward Blvd | | |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| | 3 | US Currency dollar coins |
| | 4 | US Currency half dollar |
| | 11 | US Currency Quarters |
| | 2 | US Currency Nickels |
| | 1 | Englehard coin one troy ounce |
| | 1 | Panama Nickel |
| | 1 | unknown type coin |
| | 8 | US Currency Quarters |
| | 31 | US Currency dollar coins  S.B.A. |

I hereby acknowledge the above list represents all the property taken from my possession:

_Signature_

RECEIVED BY:

I hereby acknowledge the above list represents all property impounded by me:

CCN: 4024   Dist: ____   Div: CI

(Impounding Officer's) Signature: ____

Printed Name: Shimberg

| | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: Verified By/CCN: ____ Signature: ____ | |
|---|---|---|

PROPERTY OWNER, IF AVAILABLE

ACE#

NOTE: For further distribution of this form, refer to BSO Policy and Procedures Manual.
BSO RP#54 (Revised 10/96)