UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

QUIK CASH PAWN JEWELRY &
PAWN, INC., A Florida Corporation   Case No. 99-7630-Civ-Middlebrooks

Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD
COUNTY,

Defendant.
_____/

SKG CORP., d/b/a WE BUY PAWNBROKERS,
A Florida Corporation   Case No. 00-06012-Civ-Middlebrooks

Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD
COUNTY,

Defendant.
_____/

## NOTICE OF FILING

Defendant Sheriff, by and through his undersigned counsel, files in this cause the original deposition transcript of Arthur Fogel taken on June 2, 2000, the original deposition transcript of Bernard Goldstein taken on June 22, 2000, a copy of the deposition transcript of Joel Steinberg taken on August 23, 2000 and a copy of the deposition transcript of Sgt. Edward Sileo taken on August 23, 2000.

I HEREBY CERTIFY that a copy of the foregoing was mailed this 3 day of

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A.1

October, 2000, to: **DENNIS R. BEDARD, ESQ.**, 1717 North Bayshore Drive, Suite 102, Miami, Florida 33132.

                                          PURDY, JOLLY & GIUFFREDA, P.A.
                                          Attorneys for Defendant SHERIFF
                                          1322 S.E. Third Avenue
                                          Fort Lauderdale, Florida 33316
                                          Telephone:  (954) 462-3200
                                          Facsimile:   (954) 462-3861

BY  */s/ Alexis M. Yarbrough*
                                          ALEXIS M. YARBROUGH
                                          Florida Bar No. 0086861