UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06012-CIV-MIDDLEBROOKS
MAGISTRATE TED BANDSTRA

SKG CORP., d/b/a WE BUY PAWNBROKERS,
A Florida Corporation

          Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD COUNTY,

          Defendant.
_____/

### DEFENDANT'S MOTION FOR CONTINUANCE

Defendant Sheriff, by and through his undersigned counsel, hereby respectfully requests a continuance of the trial in this matter currently scheduled for the two week docket commencing December 4, 2000, and in support thereof would state as follows:

1. In the event that the Plaintiff prevails on its Motion for Summary Judgment, a trial on the issue of damages will be necessary. The Plaintiff has not demanded a jury trial, and the Defendant waives his demand for a jury trial. A bench trial in this matter is expected to last one day or less.

2. Effective November 11, 2000, undersigned counsel will be leaving the firm of Purdy, Jolly and Giuffreda, P.A. Accordingly, defense of this matter on behalf of Defendant Sheriff has been reassigned to Bruce Jolly, Esq., within the firm.

3. Mr. Jolly is currently scheduled to be in trial in the matter of Carboni v. Enterprise and Robert L. Crowder, Case No. 98-6647 AE, before Judge James T. Carlisle, in the Circuit Court



1

of the Fifteenth Judicial Circuit, Palm Beach, County, Florida, commencing November 20, 2000, and it is expected to last eight days. Mr. Jolly is also on the trial docket in the matter of Forest v. Monroe County Sheriff's Department, etc., et al., Case No. 97-20111-CA-18, before Judge Luis Garcia, in the Circuit Court of the Sixteenth Judicial Circuit, Monroe County, Florida, commencing December 18, 2000, and it is expected to last four days. Accordingly, in an effort to afford Mr. Jolly sufficient time to prepare for trial, Defendant Sheriff respectfully requests that trial in the matter be continued until after January 1, 2001.

4. Undersigned counsel certifies that this motion is not being brought in bad faith or in an effort to cause any undue delay in the proceedings. Undersigned counsel has attempted to contact counsel for the Plaintiff, Dennis R. Bedard, Esq., to ascertain whether he opposes the motion, however, he could not be reached.

WHEREFORE, Defendant Sheriff respectfully requests this Honorable Court to grant his motion to continue the trial until after January 1, 2001.

**I HEREBY CERTIFY** that a copy of the foregoing was sent via facsimile and regular U.S. mail this ___7___ day of November, 2000, to: **DENNIS R. BEDARD, ESQ.**, 1717 North Bayshore Drive, Suite 102, Miami, Florida 33132.

PURDY, JOLLY & GIUFFREDA, P.A.
Attorneys for Defendant SHERIFF
1322 S.E. Third Avenue
Fort Lauderdale, Florida 33316
Telephone:  (954) 462-3200
Facsimile:  (954) 462-3861

BY _____
ALEXIS M. YARBROUGH
Florida Bar No. 0086861

2