

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

SKG CORP., d/b/a WE BUY PAWNBROKERS
A Florida Corporation

        Plaintiff

CASE NO. 00-06012-CIV-MIDDLEBROOKS

MAGISTRATE BANDSTRA

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

        Defendant
_____/

QUIK CASH PAWN & JEWELRY, INC.
A Florida Corporation

        Plaintiff

CASE NO. 99-7630-CIV-MIDDLEBROOKS

MAGISTRATE BANDSTRA

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY
        Defendant
_____/

## NOTICE OF APPEAL

Notice is hereby given that SKG, d/b/a WE BUY PAWNBROKERS, and QUIK CASH JEWELRY & PAWN, INC., Plaintiffs in the above action, hereby appeal to the United States District Court of Appeals for the Eleventh Circuit, the judgment and order rendered by the Honorable Donald M. Middlebrooks, United States District Court Judge, denying Plaintiffs' Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment, entered in this action on January 16, 2001.

Respectfully submitted,

Dennis R. Bedard
Attorney for Plaintiff
1717 North Bayshore Drive
Suite 102
Miami, Florida 33132
(305) 530 0795
(305) 530 9587 FAX

By /s/
Dennis R. Bedard  FBN 759279

I hereby certify that a true and correct copy of this motion was sent to counsel for the Defendant, Bruce Jolly, of Purdy, Jolly, & Giufreda, 1322 S.E. Third Avenue, Fort Lauderdale, Florida 33316-1908, this 13th day of February, 2001.

/s/
Dennis R. Bedard