IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

SKG CORP., d/b/a WE BUY PAWNBROKERS
A Florida Corporation

        Plaintiff          CASE NO. 00-06012-CIV-
                                     MIDDLEBROOKS

                                     MAGISTRATE BANDSTRA

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

        Defendant
_____/

QUIK CASH PAWN & JEWELRY, INC.
A Florida Corporation

        Plaintiff          CASE NO. 99-7630-CIV-
                                     MIDDLEBROOKS

vs.                                     MAGISTRATE BANDSTRA

KEN JENNE,
SHERIFF OF BROWARD COUNTY
        Defendant
_____/

**NOTICE OF COMPLIANCE WITH FEDERAL RULE OF
APPELLATE PROCEDURE 3(e) AND 28 US.C. 1913, AND 28 U.S.C.
1917**

COME NOW the Plaintiffs, through their undersigned attorney, and submit the

filing fee of one hundred dollars pursuant to 28 U.S.C. 1913 and FRAP 3(e) and the filing

fee of five dollars pursuant to 28 U.S.C. 1917 and FRAP 3(e).



I hereby certify that a true and correct copy of this motion was sent to counsel for the Defendant, Bruce Jolly, of Purdy, Jolly, & Giufreda, 1322 S.E. Third Avenue, Fort Lauderdale, Florida 33316-1908, this 13th day of February, 2001.

Respectfully submitted,

Dennis R. Bedard
Attorney for Plaintiffs
1717 North Bayshore Drive
Suite 102
Miami, Florida 33132
(305) 530 0795
(305) 530 9587 FAX

By /s/
Dennis R. Bedard
FBN 759279