```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION


QUIK CASH PAWN & JEWELRY,  )
INC.,                      )       CASE NO. 00-6012-CIV
                           )       Miami, Florida
            Plaintiff,     )       November 8, 2000
                           )       1:15 o'clock, p.m.
                           )
                           )       Pages 1 to 37
       vs.                 )
                           )
                           )
KEN JENNE, et al.,         )
                           )
            Defendants.    )
_____)


                  TRANSCRIPT OF CALENDAR CALL
         BEFORE THE HONORABLE DONALD MIDDLEBROOKS,
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:

For The Plaintiff:       Dennis R. Bedard, Esq.
                         Attorney-At-Law
                         Miami, Florida

For The Defendant:       Alexis Yarbrough, Esq.
                         Attorney-At-Law
                         Miami, Florida

Court Reporter:          Roger Watford, RMR
                         Official Court Reporter.
                         Miami, Florida
```

FILED BY ___
01 MAR 20 PM 1:36
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI