# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX  
Clerk of Court

Appeals Section

Date:     5/16/01

Clerk, United States Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, GA 30303

**COR/ROA**

IN RE:

Dist. Court No: 99-07630-CV - DMM     00-06012-CV DMM

U.S.C.A. No:    01-10879-G            01-10880-G

Style:  SKG CORP V. KEN JENNE

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    2   Volume(s) of pleadings
    1   Volume(s) of Transcripts
    X   Exhibits:    0  boxes;        1  folders;
                     0  envelopes;    0  PSIs (sealed)
                     ☐ other: _____
                     ☐ other: _____
        ☑ Other:  ACCORDION FOLDER CONTAINING DOCUMENTS

Sincerely,

Clarence Maddox, Clerk of Court

By: _____  
Deputy Clerk

Attachment                                          S/F A-15  
c: court file                                       Rev. 10/94

| ☐ 301 N. Miami Avenue | ☐ 299 E. Broward Boulevard | ☐ 701 Clematis Street |
|---|---|---|
| Miami, Fl 33128-7788 | Ft. Lauderdale, Fl 33301 | West Palm Beach, Fl 33401 |
| 305-523-5080 | 954-769-5413 | 561-803-3408 |



```
                                                    TEB     CLOSED
                                                    APPEAL
                         U.S. District Court
              Southern District of Florida (FtLauderdale)

              CIVIL DOCKET FOR CASE #: 99-CV-7630
```

Quik Cash Pawn v. Sheriff of Broward                      Filed: 12/14/99
Assigned to: Judge Donald M. Middlebrooks    Jury demand: Both
Demand: $0,000                               Nature of Suit: 440
Lead Docket: None                            Jurisdiction: Federal Question

Cause: 42:1983 Civil Rights Act


QUIK CASH PAWN JEWELRY AND            Dennis R. Bedard
PAWN, INC., a Florida                 FTS 530-9587
corporation                           305-530-0795
     plaintiff                        Suite 102
                                      [COR LD NTC]
                                      1717 N Bayshore Drive
                                      Miami, FL 33132


SKG, CORP., a Florida                 Dennis R. Bedard
corporation                           (See above)
dba                                   [COR LD NTC]
We Buy Pawnbrokers
     consolidated plaintiff


     v.


SHERIFF OF BROWARD COUNTY, Ken        Alexis Marie Yarbrough
Jenne                                 FTS 462-3861
     defendant                        [COR LD NTC]
                                      Purdy Jolly & Giuffreda
                                      1322 SE 3rd Avenue
                                      Fort Lauderdale, FL 33316
                                      954-462-3200

                                      [Stamp: Certified to be a true and
                                      correct copy of the document on file
                                      Clarence Maddox, Clerk,
-------------------------------       U.S. District Court
                                      Southern District of Florida
                                      By: [signature]
                                                      Deputy Clerk
                                      Date: 5-16-01]

*BEGIN VOL. 1*

```
Proceedings include all events.                                    TEB
0:99cv7630 Quik Cash Pawn v. Sheriff of Broward          CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 12/14/99 | 1 | COMPLAINT filed;    FILING FEE $150.00   RECEIPT # 518057; A-7; TEB (br) |
| 12/14/99 | -- | Magistrate identification:  Magistrate Judge Ted E. Bandstra (br) |
| 12/14/99 | 2 | SUMMONS(ES) issued for Sheriff of Broward, Ken Jenne (br) |
| 12/15/99 | 3 | ORDER referring the above-captioned cause to Magistrate Judge Ted E. Bandstra for a Scheduling Conference for the purpose of setting pre-trial and trial dates for this case, determining possible consent to the jurisdiction of the Magistrate Judge for trial (Signed by Judge Donald M. Middlebrooks on 12/15/99) CCAP [EOD Date: 12/16/99] (wc) [Entry date 12/16/99] |
| 12/28/99 | 4 | ORDER and NOTICE  set scheduling conference for 2:00 2/1/00 before Magistrate Ted E. Bandstra  Counsel for the parties shall, within 30 days of the date of this order, meet, prepare and file a Scheduling Report and Joint Proposed Scheduling Order.  (Signed by Magistrate Ted E. Bandstra on 12/21/99) CCAP [EOD Date: 12/28/99] (wc) |
| 12/29/99 | 5 | RETURN OF SERVICE executed for Sheriff of Broward on 12/16/99. Answer due on 1/5/00 for Sheriff of Broward (wc) [Entry date 12/30/99] |
| 1/3/00 | 6 | NOTICE of attorney appearance for Sheriff of Broward  by Alexis Marie Yarbrough (wc) [Entry date 01/04/00] |
| 1/3/00 | 7 | MOTION by Sheriff of Broward to extend time to file written defenses (wc) [Entry date 01/04/00] |
| 1/12/00 | 8 | ORDER granting [7-1] motion to extend time to file written defenses to 1/5/00.  Defendant is reminded to comply with Local Rule 7.1.A. ( Signed by Judge Donald M. Middlebrooks on 1/12/00) CCAP [EOD Date: 1/14/00] (wc) [Entry date 01/14/00] |
| 1/14/00 | 9 | MOTION by Sheriff of Broward to dismiss the complaint, for more definite statement (td) [Entry date 01/18/00] |
| 1/31/00 | 10 | UNOPPOSED MOTION by Quik Cash Pawn to extend time to respond to Motion to Dismiss (wc) |
| 1/31/00 | 11 | Scheduling Report of Scheduling Meeting   by Quik Cash Pawn, Sheriff of Broward (wc) [Entry date 02/01/00] |
| 2/1/00 | -- | Scheduling conference  held  before Magistrate Ted E. Bandstra (wc) [Entry date 02/02/00] |

Proceedings include all events.                                                    TEB
0:99cv7630 Quik Cash Pawn v. Sheriff of Broward    *Vol 1. Cwtd*  CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 2/1/00 | 12 | Minutes of scheduling conference held before Magistrate Ted E. Bandstra on 2/1/00; Court will enter a scheduling order and a mediation order. Jury trial. Court Reporter Name or Tape #: 00B-4-1749 (wc) [Entry date 02/02/00] |
| 2/3/00 | 13 | ORDER granting [10-1] motion to extend time to respond to Motion to Dismiss Response to motion reset to 2/10/00 for [9-1] motion to dismiss the complaint ( Signed by Judge Donald M. Middlebrooks on 2/2/00) CCAP [EOD Date: 2/4/00] (wc) [Entry date 02/04/00] |
| 2/7/00 | 14 | SCHEDULING ORDER setting Deadline for filing of all motions by 8/30/00; Memos of law due on or before 8/30/00; Jury trial set for 9:00 12/4/00; Pretrial Stipulation due on or before 11/4/00; Discovery cutoff 6/30/00 ; ( Signed by Magistrate Ted E. Bandstra on 2/7/00) CCAP [EOD Date: 2/7/00] CCAP (wc) |
| 2/9/00 | 15 | ORDER referring case to mediation. 15 days to appoint mediator ( Signed by Magistrate Ted E. Bandstra on 2/8/00) CCAP [EOD Date: 2/9/00] (wc) |
| 2/10/00 | 16 | RESPONSE by Quik Cash Pawn to [9-1] motion to dismiss the complaint (wc) [Entry date 02/11/00] |
| 2/16/00 | 17 | NOTICE of Hearing: set calendar call for 1:15 11/15/00 before Judge Donald M. Middlebrooks (wc) [Entry date 02/17/00] |
| 2/17/00 | 18 | REPLY memorandum by Sheriff of Broward to response to [9-1] motion to dismiss the complaint, [9-2] motion for more definite statement (gz) [Entry date 02/18/00] |
| 3/16/00 | 19 | NOTICE of Mediation Hearing on 8/15/00 at 10:00am; John Spellacy added as mediator (wc) [Entry date 03/17/00] |
| 4/20/00 | 20 | ORDER denying [9-1] motion to dismiss the complaint, denying [9-2] motion for more definite statement ( Signed by Judge Donald M. Middlebrooks on 4/20/00) CCAP [EOD Date: 4/21/00] (wc) [Entry date 04/21/00] |
| 4/20/00 | 21 | ORDER consolidating cases 99-7630 and 00-6012 for discovery and pretrial purposes; All filings with the Court shall hereafter be made only in Case No. 99-7630-Civ-Middlebrooks, utilizing the above style ( Signed by Judge Donald M. Middlebrooks on 4/20/00) CCAP [EOD Date: 4/24/00] (wc) [Entry date 04/24/00] |
| 4/20/00 | -- | Consolidated Lead Case (wc) [Entry date 04/24/00] |
| 5/4/00 | 22 | Answer and affirmative defenses by Sheriff of Broward ; jury demand (wc) [Entry date 05/05/00] |

Proceedings include all events.                                                           TEB
0:99cv7630 Quik Cash Pawn v. Sheriff of Broward   Vol. 1 Cont'd   CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 6/15/00 | 23 | ORDER that the Scheduling Order entered 2/7/00 shall apply to all pretrial matters in both cases.  The parties are reminded that this case is noticed for trial for the two week calendar beginning 12/4/00 ( Signed by Magistrate Ted E. Bandstra on 6/14/00) CCAP [EOD Date: 6/16/00] (wc) [Entry date 06/16/00] |
| 8/9/00 | 24 | MOTION by Quik Cash Pawn, SKG, Corp. to extend time to complete discovery and to file dispositive motions (wc) |
| 8/9/00 | 25 | ORDER granting [24-1] motion to extend time to complete discovery and to file dispositive motions reset discovery deadline for 8/30/00, reset motion filing deadline for 9/30/00 ( Signed by Judge Donald M. Middlebrooks on 8/9/00) CCAP [EOD Date: 8/10/00] (wc) [Entry date 08/10/00] |
| 9/15/00 | 26 | RE-NOTICE of Hearing: reset calendar call for 1:15 11/8/00 before Judge Donald M. Middlebrooks (wc) [Entry date 09/18/00] |
| 9/29/00 | 27 | MOTION by Quik Cash Pawn, SKG, Corp. for summary judgment (wc) [Entry date 10/02/00] |
| 9/29/00 | 28 | AFFIDAVIT of Bernard Goldstein by Quik Cash Pawn, SKG, Corp. Re: [27-1] motion for summary judgment (wc) [Entry date 10/02/00] |
| 9/29/00 | 29 | AFFIDAVIT of Robert Fogel by Quik Cash Pawn, SKG, Corp. in support of [27-1] motion for summary judgment (wc) [Entry date 10/02/00]  *SEE ACC #1* |
| 9/29/00 | 30 | DEPOSITION of Sgt. Edward Sileo (wc) [Entry date 10/02/00]  *SEE D.E. 28 IN VOL. 2* |
| 9/29/00 | 31 | DEPOSITION of Joel Steinberg (wc) [Entry date 10/02/00]  *SEE D.E. 29 IN VOL. 2* |
| 10/2/00 | 32 | MOTION with memorandum in support by Sheriff of Broward for summary judgment (wc) [Entry date 10/03/00] |
| 10/6/00 | 33 | NOTICE of Filing deposition transcripts of Arthur Fogel, Bernard Goldstein, Joel Steinberg and Sgt. Edward Sileo by Sheriff of Broward (wc) [Entry date 10/10/00] |
| 10/6/00 | 34 | DEPOSITION of Arthur Fogel (wc) [Entry date 10/10/00]  *SEE ACC #1* |
| 10/6/00 | 35 | DEPOSITION of Bernard Goldstein (wc) [Entry date 10/10/00]  *SEE ACC #1* |
| 10/6/00 | 36 | DEPOSITION of Joel Steinberg (wc) [Entry date 10/10/00]  *DUPLICATE OF DOCKET ENTRY 31* |
| 10/6/00 | 37 | DEPOSITION of Sgt. Edward Sileo (wc) [Entry date 10/10/00]  *DUPLICATE OF DOCKET ENTRY 30* |
| 10/11/00 | 38 | REPLY by Quik Cash Pawn, SKG, Corp. to [32-1] motion for summary judgment (wc) [Entry date 10/12/00] |

```
Proceedings include all events.                                           TEB
0:99cv7630 Quik Cash Pawn v. Sheriff of Broward    Vol. I Cont'd   CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 10/17/00 | 39 | MEMORANDUM by Sheriff of Broward in opposition to [27-1] motion for summary judgment (wc) [Entry date 10/18/00] |
| 11/6/00 | 40 | UNILATERAL PRETRIAL STIPULATION by Sheriff of Broward (ls) [Entry date 11/07/00] |
| 11/7/00 | 41 | MOTION by Sheriff of Broward to continue trial (wc) [Entry date 11/08/00] |
| 11/8/00 | -- | Calendar call held (wc) [Entry date 11/09/00] |
| 11/8/00 | 42 | Minutes of Calendar Call held before Judge Donald M. Middlebrooks on 11/8/00; Court hears oral argument on Motion for summary judgment. Motion taken under advisement. Case remains set for 12/4/00 trial called, if applicable. Written order forthcoming on Motion. Court Reporter Name or Tape #: Roger Watford (wc) [Entry date 11/09/00] |
| 12/8/00 | 43 | FINAL report of Mediator. Disposition: Impasse (wc) |
| 1/16/01 | 44 | ORDER granting [32-1] motion for summary judgment, denying [27-1] motion for summary judgment, denying as moot [41-1] motion to continue trial; closing case; the Court will retain jurisdiction for the purpose of ruling on a timely filed and appropriate motion for costs ( Signed by Judge Donald M. Middlebrooks on 1/16/01) CCAP [EOD Date: 1/18/01] (wc) [Entry date 01/18/01] |
| 1/16/01 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. (wc) [Entry date 01/18/01] |
| 1/26/01 | 45 | VERIFIED MOTION with memorandum in support by Sheriff of Broward to Tax Costs (wc) |
| 2/13/01 | 46 | NOTICE OF APPEAL by Quik Cash Pawn, SKG, Corp. of [44-1] order . EOD Date: 1/18/01; Filing Fee: $ 105.00; Receipt #: 836700; Copies to USCA and Counsel of Record. (nc) [Entry date 02/14/01] |
| 2/13/01 | 47 | Notice of compliance with Federal Rule of Appellate Procedure: by Quik Cash Pawn, SKG, Corp. with [46-1] appeal (nc) [Entry date 02/14/01] |
| 2/14/01 | -- | Certified copies of Notice of Appeal, Docket, and Order under appeal to USCA: [46-1] appeal by SKG, Corp., Quik Cash Pawn (nc) |
| 2/26/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA Re: [46-1] appeal by SKG, Corp., Quik Cash Pawn USCA NUMBER: 01-10879-G (sn) [Entry date 02/27/01] |
| 3/5/01 | 48 | ORDER granting [45-1] motion to Tax Costs ( Signed by Judge Donald M. Middlebrooks on 3/5/01) CCAP [EOD Date: 3/5/01] |

```
Proceedings include all events.                                    TEB
0:99cv7630 Quik Cash Pawn v. Sheriff of Broward          CLOSED APPEAL
                (wc)                           Vol. 1 Cont'd
```

| Date | Doc # | Entry |
|---|---|---|
| 3/5/01 | 49 | COST JUDGMENT for Sheriff of Broward against Quik Cash Pawn, SKG, Corp. for amount of 1,475.40 ( Signed by Judge Donald M. Middlebrooks on 3/5/01) CCAP [EOD Date: 3/5/01] (wc) |
| 3/8/01 | 50 | TRANSCRIPT INFORMATION FORM re: [46-1] appeal by SKG, Corp., Quik Cash Pawn received. (Forwarded to Court Reporter Coordinater) (gp) [Entry date 03/12/01] |
| 3/13/01 | 51 | Appeal Information Sheet re: [46-1] appeal by SKG, Corp., Quik Cash Pawn; Transcript due 4/9/01 for pretrial proceedings on 11/8/00 requested (sn) |
| 3/20/01 | 52 | TRANSCRIPT filed of calendar call held 11/8/00 before Judge Donald M. Middlebrooks  Pages: 1-37  re: [46-1] appeal by SKG, Corp., Quik Cash Pawn. (sn) [Entry date 03/21/01] *Vol. 3* |
| 3/20/01 | 53 | Appeal Information Sheet re: [46-1] appeal by SKG, Corp., Quik Cash Pawn; transcript for 11/8/01 filed (sn) [Entry date 03/21/01] |

*End Vol. 1*

```
                                                    TEB     CLOSED
                                                    APPEAL  7630
                     U.S. District Court
            Southern District of Florida (FtLauderdale)

            CIVIL DOCKET FOR CASE #: 00-CV-6012
```

SKG, Corp. v. Broward Sheriff's                        Filed: 01/05/00
Assigned to: Judge Donald M. Middlebrooks    Jury demand: Defendant
Demand: $0,000                               Nature of Suit: 440
Lead Docket: None                            Jurisdiction: Federal Question

Cause: 42:1983 Civil Rights Act


SKG, CORP., a Florida              Dennis R. Bedard
Corporation                        FTS 530-9587
dba                                305-530-0795
We Buy Pawnbrokers                 Suite 102
    plaintiff                 [COR LD NTC]
                                   1717 N Bayshore Drive
                                   Miami, FL 33132


QUIK CASH PAWN JEWELRY AND         Dennis R. Bedard
PAWN, INC., a Florida              (See above)
corporation                        [COR LD NTC]
    consolidated plaintiff


   v.


BROWARD SHERIFF'S OFFICE           Alexis Marie Yarbrough
    defendant                  FTS 462-3861
                                   [COR LD NTC]
                                   Purdy Jolly & Giuffreda
                                   1322 SE 3rd Avenue
                                   Fort Lauderdale, FL 33316
                                   954-462-3200

------------------------------------

[Certification stamp: Certified to be a true and correct copy of the document on file, Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida, by [signature] Deputy Clerk, Date 5-16-01]

*BEGIN VOL. 2*

```
Proceedings include all events.                                    TEB
0:00cv6012 SKG, Corp. v. Broward Sheriff's                   CLOSED APPEAL
                                                                  7630
```

| Date | # | Entry |
|---|---|---|
| 1/5/00 | 1 | COMPLAINT filed; FILING FEE $150.00 RECEIPT # 814900 A-7, STB (tb) |
| 1/5/00 | -- | Magistrate identification: Magistrate Judge Stephen T. Brown (tb) |
| 1/5/00 | 2 | SUMMONS(ES) issued for Broward Sheriff's (tb) |
| 1/20/00 | 3 | MOTION by Broward Sheriff's to dismiss complaint, or in the alternative for more definite statement (tb) [Entry date 01/24/00] |
| 1/26/00 | 4 | NOTICE of attorney appearance for Broward Sheriff's by Alexis M. Yarbrough (tb) |
| 1/31/00 | 5 | ORDER set scheduling conference for 10:30 4/14/00 before Judge Ursula Ungaro-Benages ( Signed by Judge Ursula Ungaro-Benages on 1/31/00) CCAP [EOD Date: 2/1/00] (tb) [Entry date 02/01/00] |
| 1/31/00 | 6 | ORDER requiring response no later than 2/11/00, plaintiff's counsel shall file a written reply with the Court and deliver a copy to chambers ( Signed by Judge Ursula Ungaro-Benages on 1/31/00) CCAP [EOD Date: 2/2/00] (tb) [Entry date 02/02/00] |
| 2/8/00 | 7 | MOTION by SKG, Corp. to extend time in which to respond to defendant's motion to dismiss (tb) [Entry date 02/09/00] |
| 2/9/00 | 8 | ORDER TO SHOW CAUSE plaintiff shall file a written response showing good cause why defendant's motion to dismiss should not be granted by default . set RESPONSE to Show Cause Order for 12:00 2/14/00, Response to motion [3-1] motion to dismiss complaint, [3-2 at or before 2/14/00 ] motion for more definite statement ( Signed by Judge Ursula Ungaro-Benages on 2/9/00) CCAP [EOD Date: 2/10/00] (tb) [Entry date 02/10/00] |
| 2/10/00 | 9 | ORDER granting [7-1] motion to extend time in which to respond to defendant's motion to dismiss Response to motion reset to 2/14/00 for [3-1] motion to dismiss complaint ( Signed by Judge Ursula Ungaro-Benages on 2/10/00) CCAP [EOD Date: 2/11/00] (ls) [Entry date 02/11/00] |
| 2/11/00 | 10 | RESPONSE by SKG, Corp. to [3-1] motion to dismiss complaint (tb) [Entry date 02/14/00] |
| 2/11/00 | 11 | RESPONSE to Order to Show Cause by SKG, Corp. (tb) [Entry date 02/14/00] |
| 2/11/00 | 12 | RESPONSE by SKG, Corp. in opposition to [9-2] order (tb) [Entry date 02/14/00] |

Proceedings include all events.                                                           TEB
0:00cv6012 SKG, Corp. v. Broward Sheriff's   *Vol. 2 Cont'd*              CLOSED APPEAL
                                                                                         7630

| Date | # | Description |
|---|---|---|
| 2/17/00 | 13 | REPLY MEMORANDUM by Broward Sheriff's in support of [3-1] motion to dismiss complaint, [3-2] motion for more definite statement (tdj) [Entry date 02/18/00] |
| 3/31/00 | 14 | ORDER transferring case to the calendar of Judge Donald M. Middlebrooks ( Signed by Judge Ursula Ungaro-Benages on 3/30/00 and Judge Donald M. Middlebrooks on 3/30/00) CCAP [EOD Date: 4/3/00] (wc) [Entry date 04/03/00] [Edit date 04/03/00] |
| 3/31/00 | -- | CASE reassigned to Judge Donald M. Middlebrooks (wc) [Entry date 04/03/00] |
| 4/20/00 | 15 | ORDER denying [3-1] motion to dismiss complaint, denying [3-2] motion for more definite statement ( Signed by Judge Donald M. Middlebrooks on 4/20/00) CCAP [EOD Date: 4/24/00] (wc) [Entry date 04/24/00] |
| 4/20/00 | 16 | ORDER of Magistrate Judge Reassignment to Magistrate Judge Ted E. Bandstra pursuant to Administrative Order 99-27 and referring the above-captioned cause to Magistrate Judge Ted E. Bandstra for a Scheduling Conference for the purpose of setting pre-trial and trial dates for this case, determining possible consent to the jurisdiction of the Magistrate Judge for trial ( Signed by Judge Donald M. Middlebrooks on 4/20/00) CCAP [EOD Date: 4/24/00] (wc) [Entry date 04/24/00] |
| 4/20/00 | -- | Magistrate identification: Magistrate Judge Ted E. Bandstra (wc) [Entry date 04/24/00] |
| 4/20/00 | 17 | ORDER consolidating cases 00-6012 and 99-7630 for discovery and pretrial matters as may be appropriate; All filings with the Court shall hereafter be made only in Case No. 99-7630-Civ-Middlebrooks, utilizing the above style ( Signed by Judge Donald M. Middlebrooks on 4/20/00) CCAP [EOD Date: 4/24/00] (wc) [Entry date 04/24/00] |
| 4/20/00 | -- | Consolidated Member Case . Lead Case Number: 0cv99 7630 (wc) [Entry date 04/24/00] |
| 4/26/00 | 18 | ORDER and NOTICE set scheduling conference for 10:00 6/1/00 before Magistrate Ted E. Bandstra; Counsel for the parties shall, within 30 days of the date of this order, meet, prepare and file a Scheduling Report and Joint Proposed Scheduling Order. ( Signed by Magistrate Ted E. Bandstra on 4/27/00) CCAP [EOD Date: 4/27/00] (wc) [Entry date 04/27/00] |
| 5/4/00 | 19 | Answer and affirmative defenses by Broward Sheriff's ; jury demand (wc) [Entry date 05/05/00] |
| 6/1/00 | -- | Scheduling conference held before Magistrate Ted E. Bandstra (wc) [Entry date 06/02/00] |

```
Proceedings include all events.                                            TEB
0:00cv6012 SKG, Corp. v. Broward Sheriff's    Vol. 2 Cont'd    CLOSED APPEAL
                                                                          7630
```

| Date | # | Entry |
|---|---|---|
| 6/1/00 | 20 | Minutes of Scheduling Conference held before Magistrate Ted E. Bandstra on 6/1/00; Same dates as in case 99-7630 Order on scheduling and mediation to be issued by Court. Court Reporter Name or Tape #: 00B-37-1735 to 1820 (wc) [Entry date 06/02/00] |
| 6/15/00 | 21 | ORDER that the Scheduling Order entered on 2/7/00 shall apply to all pretrial matters in both cases. The parties are reminded that this case is noticed for trial for the two week calendar beginning 12/4/00 (Signed by Magistrate Ted E. Bandstra on 6/14/00) CCAP [EOD Date: 6/16/00] (wc) [Entry date 06/16/00] |
| 8/9/00 | 22 | MOTION by SKG, Corp. to extend time to complete discovery and to file dispositive motions (wc) |
| 8/9/00 | 23 | ORDER granting [22-1] motion to extend time to complete discovery and to file dispositive motions reset discovery deadline for 8/30/00, reset motion filing deadline for 9/30/00 ( Signed by Judge Donald M. Middlebrooks on 8/9/00) CCAP [EOD Date: 8/10/00] (wc) [Entry date 08/10/00] |
| 8/21/00 | 24 | NOTICE of Mediation Hearing on 10/13/00 at 1:00pm. John Spellacy added as mediator. (wc) [Entry date 08/22/00] |
| 9/29/00 | 25 | MOTION by SKG, Corp., Quik Cash Pawn for summary judgment (wc) [Entry date 10/02/00] |
| 9/29/00 | 26 | AFFIDAVIT of Bernard Goldstein by SKG, Corp., Quik Cash Pawn in support of [25-1] motion for summary judgment (wc) [Entry date 10/02/00] *SEE D.E. 28 IN VOL. 1* |
| 9/29/00 | 27 | AFFIDAVIT of Robert Fogel by SKG, Corp., Quik Cash Pawn in support of [25-1] motion for summary judgment (wc) [Entry date 10/02/00] *SEE D.E. 29 IN VOL. 1* |
| 9/29/00 | 28 | DEPOSITION of Sgt. Edward Sileo (wc) [Entry date 10/02/00] *SEE ACC #1* |
| 9/29/00 | 29 | DEPOSITION of Joel Steinberg (wc) [Entry date 10/02/00] *SEE ACC #1* |
| 10/2/00 | 30 | MOTION with memorandum in support by Broward Sheriff's for summary judgment (wc) [Entry date 10/03/00] |
| 10/6/00 | 31 | NOTICE of Filing deposition transcripts of Arthur Fogel, Bernard Goldstein, Joel Steinberg and Sgt. Edward Sileo by Broward Sheriff's [see Case 99-7630-Civ] (wc) [Entry date 10/10/00] |
| 10/11/00 | 32 | REPLY by SKG, Corp., Quik Cash Pawn to [30-1] motion for summary judgment (wc) [Entry date 10/12/00] |
| 10/17/00 | 33 | MEMORANDUM by Broward Sheriff's in opposition to [25-1] motion for summary judgment (wc) [Entry date 10/18/00] |

Proceedings include all events.                                             TEB
0:00cv6012 SKG, Corp. v. Broward Sheriff's      *Vol. 2 Cont'd*    CLOSED APPEAL
                                                                            7630

| Date | Doc# | Description |
|---|---|---|
| 11/6/00 | (34) | UNILATERAL PRETRIAL STIPULATION by Broward Sheriff's (ls) [Entry date 11/07/00] |
| 11/7/00 | (35) | MOTION by Broward Sheriff's to continue trial (dg) [Entry date 11/08/00] |
| 1/16/01 | (36) | ORDER granting [30-1] motion for summary judgment, denying [25-1] motion for summary judgment, denying as moot [35-1] motion to continue trial; closing case; the Court will retain jurisdiction for the purpose of ruling on a timely filed and appropriate motion for costs ( Signed by Judge Donald M. Middlebrooks on 1/16/01) CCAP [EOD Date: 1/18/01] (wc) [Entry date 01/18/01] |
| 1/16/01 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. (wc) [Entry date 01/18/01] |
| 1/26/01 | (37) | VERIFIED MOTION with memorandum in support by Broward Sheriff's to Tax Costs (wc) |
| 2/13/01 | (38) | NOTICE OF APPEAL by SKG, Corp., Quik Cash Pawn of [36-1] order . EOD Date: 1/18/01; Filing Fee: $ 105.00; Receipt #: 836701; Copies to USCA and Counsel of Record. (nc) [Entry date 02/14/01] |
| 2/13/01 | (39) | Notice of compliance with Federal Rule of Appellate Procedure : by SKG, Corp., Quik Cash Pawn with [38-1] appeal (nc) [Entry date 02/14/01] |
| 2/14/01 | -- | Certified copies of Notice of Appeal, Docket, and Order under appeal to USCA: [38-1] appeal  by Quik Cash Pawn, SKG, Corp. (nc) |
| 2/26/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA  Re: [38-1] appeal  by Quik Cash Pawn, SKG, Corp.   USCA NUMBER: 01-10880-G (sn) [Entry date 02/27/01] |
| 3/8/01 | (40) | TRANSCRIPT INFORMATION FORM  re: [38-1] appeal  by Quik Cash Pawn, SKG, Corp. received. (Forwarded to Court Reporter Coordinater) (gp) [Entry date 03/12/01] |
| 3/20/01 | 41 | TRANSCRIPT filed of calendar call held 11/8/00 before Judge Donald M. Middlebrooks  Pages: 1-37 re: [38-1] appeal  by Quik Cash Pawn, SKG, Corp. (sn) [Entry date 03/21/01]  *DUPLICATE OF D.E.#52 IN VOL. 1* |
| 3/20/01 | (42) | Appeal Information Sheet re: [38-1] appeal  by Quik Cash Pawn, SKG, Corp.; transcript for 11/8/00 filed (sn) [Entry date 03/21/01] |

*END VOL. 2*