UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

QUICK CASH PAWN JEWELRY &
PAWN, INC., a Florida Corporation                Case No. 99-7630-Civ-Middlebrooks

    Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD
COUNTY,

    Defendant.
_____/

SKG CORP., d/b/a WE BUY PAWNBROKERS,
a Florida Corporation                            Case No. 00-6012-Civ-Middlebrooks

    Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD
COUNTY,

    Defendant.
_____/

FILED by __ D.C.
AUG 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER GRANTING DEFENDANT KEN JENNE'S
### VERIFIED MOTION TO TAX COSTS

This Cause comes before the Court upon Defendant Ken Jenne's Verified Motion to Tax Costs pursuant to Federal Rule of Civil Procedure 54(d). On January 16, 2001, this Court issued an Order granting Defendant's Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment. Mr. Jenne requests an award in costs in favor of Defendant and against Plaintiffs in the amount of $1,475.40.



Mr. Jenne's Verified Motion to Tax Costs includes costs incurred in appearance fee and deposition transcript of Tom Sams ($235.50), appearance fee and transcript of Arthur Fogel ($207.00), appearance fee and transcript of Bernie Goldstein ($278.00), appearance fee of scheduled deposition of Bruce Nelson ($50.00), deposition transcripts of Sgt. Edward Sileo and Joel Steinberg ($492.90), and fee from Mediation, Inc. ($212.00).

Upon review of Defendant's Verified Motion[1] and the entire record before the Court, it is hereby

ORDERED and ADJUDGED that Defendant Ken Jenne's Verified Motion to Tax Costs (DE# 37-1) in the amount of $1,475.40 is GRANTED.

DONE and ORDERED in Chambers, at Miami, Florida on this 16 day of August, 2001.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs did not respond to this Motion to Tax Costs.