# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

02 MAR 11 AM 2:59

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

SKG CORP., d/b/a WE BUY PAWNBROKERS
A Florida Corporation

          Plaintiff          CASE NO. 00-06012-CIV-
                                   MIDDLEBROOKS

                                   MAGISTRATE BANDSTRA

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

          Defendant
_____/

QUIK CASH PAWN & JEWELRY, INC.
A Florida Corporation

          Plaintiff          CASE NO. 99-7630-CIV-
                                   MIDDLEBROOKS

vs.                                   MAGISTRATE BANDSTRA

KEN JENNE,
SHERIFF OF BROWARD COUNTY
          Defendant
_____/

### PLAINTIFFS' MOTION FOR ENTRY OF SUMMARY JUDGMENT
### ON COUNT I AND II OF COMPLAINT

    COME NOW the Plaintiffs, SKG CORP., d/b/a WE BUY PAWNBROKERS, and QUIK CASH PAWN & JEWELRY, INC., and submit their second motion for summary judgment and in support thereof, submit the following:

    1. This Court granted the Defendant's motion for summary judgment on all counts of the complaint.



2. The United States Court of Appeals reversed the Court's order on counts 1 and 2 of the complaint, holding that the Defendant violated the Plaintiffs' Fourteenth Amendment right to be free from unreasonable seizures of their property without due process of law (*Quik Cash v. Jenne,* 01-10879, *SKG v. Jenne,* 01-10880).

3. Plaintiffs re-adopt their original motion for summary judgment on Counts 1 and 2 of the complaint and the affidavits submitted therein, and respectfully request that this court enter summary judgment in their favor.

Respectfully submitted,

Dennis R. Bedard
Attorney for Plaintiffs
1717 North Bayshore Drive
Suite 102
Miami, Florida 33132
(305) 530 0795
(305) 530 9587 FAX

By /s/
Dennis R. Bedard
FBN 759279

I hereby certify that a true and correct copy of this motion was sent to counsel for the Defendant, Bruce Jolly, of Purdy, Jolly, & Giuffreda, 1322 S.E. Third Avenue, Fort Lauderdale, Florida 33316, this 9th day of March, 2002.

/s/
Dennis R. Bedard