UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

QUIK CASH PAWN JEWELRY &
PAWN, INC., A Florida Corporation                Case No. 99-7630-Civ-Middlebrooks

      Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD
COUNTY,

      Defendant.
_____/

SKG CORP., d/b/a WE BUY PAWNBROKERS,
A Florida Corporation                            Case No. 00-6012-Civ-Middlebrooks

      Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD
COUNTY,

      Defendant.
_____/

## NOTICE OF UNAVAILABILITY

Please take notice that undersigned counsel will be on vacation from May 22, 2002 through May 29, 2002.

Counsel respectfully requests that no trials, hearings, depositions, discovery or other matters be scheduled in this case during that period if at all possible.

I HEREBY CERTIFY that a copy of the foregoing was mailed this 23rd day of April, 2002, to: DENNIS R. BEDARD, Esquire, attorney for Appellant, 1717 North Bayshore Drive, Suite 102, Miami, Florida 33132.

>PURDY, JOLLY & GIUFFREDA, P.A.
>Attorneys for Appellee SHERIFF
>1322 S.E. Third Avenue
>Fort Lauderdale, Florida 33316
>Telephone (954) 462-3200
>Telecopier (954) 462-3861
>
>By_____
>   BRUCE W. JOLLY
>   Fla. Bar No. 203637