IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

SKG CORP., d/b/a WE BUY PAWNBROKERS
A Florida Corporation

                Plaintiff        CASE NO. 00-06012-CIV-
                                       MIDDLEBROOKS

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

                Defendant
_____/

QUIK CASH PAWN & JEWELRY, INC.
A Florida Corporation

                Plaintiff       CASE NO. 99-7630-CIV-
                                       MIDDLEBROOKS

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

                Defendant
_____/

**PLAINTIFFS' MOTION AND MEMORANDUM OF LAW TO SEVER PURSUANT TO RULE 21 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COMES NOW the Plaintiffs and respectfully request that this court sever the above two cases for trial and in support thereof, submit the following:

1. Each of the above cases was filed separately. On April 20, 2000, this court consolidated the above two cases for pre-trial purposes only since they involved identical issues of law and fact on the sole issue of the Defendant's liability.

    2. The 11th Circuit decided the issue of liability in *Quik Cash Pawn & Jewelry, et. al. v. Sheriff of Broward County*, 279 F.3d 1316 (11th Cir. 2002). That issue is now closed. The only issue remaining issue on each of the above cases is damages. The court has set a trial date of November 12, 2002.

    3. Rule 21 provides that "[a]ny claim against a party may be severed and proceeded with separately." There is no reason to continue to try these cases together. For each Plaintiff, the issue of damages is different and involves amounts of money that may vary widely. The issues before the jury as to each Plaintiff will bear no resemblance to each other and may cause confusion for the jury that will prejudice the Plaintiffs. Further, the court's order was specific: the consolidation was for pre-trial and discovery purposes only. The reason for the consolidation has come and gone; judicial economy was achieved. There is now no legal reason to keep the cases together.

    WHEREFORE, Plaintiffs respectfully request that the court order that each Plaintiffs' claim for damages be tried before a separate jury.

                              Respectfully submitted,

                              Dennis R. Bedard
                              Attorney for Plaintiffs
                              1717 North Bayshore Drive
                              Suite 102
                              Miami, Florida  33132
                              (305) 530 0795
                              (305) 530 9587 FAX

                              By _____
                              Dennis R. Bedard  FBN 759279

I hereby certify that a true and correct copy of this motion was sent to counsel for the Defendant, Bruce Jolly, of Purdy, Jolly, & Giufreda, 1322 S.E. Third Avenue, Fort Lauderdale, Florida 33316-1908, this 30th day of January, 2002.

_____
Dennis R. Bedard