IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

SKG CORP., d/b/a WE BUY PAWNBROKERS
A Florida Corporation                    CASE NO. 00-06012-CIV-
                                         MIDDLEBROOOKS
                Plaintiff
vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

                Defendant
_____/

QUIK CASH PAWN & JEWELRY, INC.
A Florida Corporation
                Plaintiff                CASE NO. 99-7630-CIV-
                                         MIDDLEBROOKS
vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY
                Defendant
_____/

## PLAINTIFFS' REQUEST FOR JURY TRIAL

COMES NOW the Plaintiffs and respectfully request trial by jury on all of the remaining issues in the above cases.

Respectfully submitted,

Dennis R. Bedard
Attorney for Plaintiffs
1717 North Bayshore Drive
Suite 102
Miami, Florida 33132
(305) 530 0795
(305) 530 9587 FAX

By _____
Dennis R. Bedard  FBN 759279

I hereby certify that a true and correct copy of this document was sent to counsel for the Defendant, Bruce Jolly, of Purdy, Jolly, & Giufreda, 1322 S.E. Third Avenue, Fort Lauderdale, Florida 33316-1908, this 30th day of January, 2002.

Dennis R. Bedard