IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6012-CIV-MIDDLEBROOKS/BANDSTRA

SKG Corp., d/b/a We Buy Pawnbrokers,
corporation,

   Plaintiff,

v.

KEN JENNE, SHERIFF OF BROWARD
COUNTY,

   Defendant.
_____/

## PLAINTIFF CO-COUNSEL'S NOTICE OF APPEARANCE

Michael L. Metzner, P.A., hereby enters an appearance as co-counsel on behalf of Plaintiff, SKG Corp. for the above-styled cause. The undersigned hereby requests that all future pleadings and such other documents be forwarded to undersigned on behalf of the Plaintiff.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail this 2nd day of October, 2002 to Bruce W. Jolly, Esq., Purdy, Jolly & Giuffreda, P.A.., Attorneys for Defendant, 1322 S.E. Third Avenue, Ft. Lauderdale, FL 33316 and to Dennis R. Bedard, Esq., Co-counsel for Plaintiff, Suite 102, Miami, FL 33132-1195.

            Michael L. Metzner, P.A.
            Co-Counsel for Plaintiff
            Suite 205
            7777 Glades Road
            Boca Raton, Florida 33434-4150
            (PH) (561) 482-3636
            (FX) (954) 315-0169

     By: _____
        Michael L. Metzner, Esq.
        Florida Bar No.:0032750

1