UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-99-7630-CIV-MIDDLEBROOKS/JOHNSON
AS CONSOLIDATED WITH
CASE NO. 00-06012-CIV-MIDDLEBROOKS/JOHNSON

SKG CORP., d/b/a WE BUY PAWNBROKERS
a Florida corporation,

        Plaintiff,

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY,

        Defendant.
_____/

QUIK CASH PAWN & JEWELRY, INC.
a Florida corporation,

        Plaintiff,

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

        Defendant
_____/

FILED by _____ D.C.

NOV 26 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS CAUSE comes before the Court upon notification by Magistrate Judge Peter Palermo that the Parties had reached a settlement of all issues remaining in this matter. Accordingly, the it is

ORDERED and ADJUDGED that the Parties shall file a Joint Stipulation for Dismissal



With Prejudice on or before December 6, 2002.

    DONE and ORDERED in Chambers at West Palm Beach, Florida, this 26 day of November, 2002.

*[signature]*

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies provided to:   Dennis R. Bedard, Esq.
                        Bruce Jolly, Esq.
                        Michael Metzner, Esq.