**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-7630-CIV-MIDDLEBROOKS/VITUNAC
(As consolidated with CASE NO. 00-6012-MIDDLEBROOKS/VITUNAC)

SKG CORP., d/b/a WE BUY PAWNBROKERS
a Florida corporation,

    Plaintiff,

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY,

    Defendant.
_____/

QUIK CASH PAWN & JEWELRY, INC.
a Florida corporation,

    Plaintiff,

vs.

KEN JENNE,
SHERIFF OF BROWARD COUNTY

    Defendant
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon review of the record in this matter. On November 8, 2002, this case proceeded to mediation before Magistrate Judge Peter R. Palermo. On November 9, 2002, Magistrate Judge Palermo informed this Court that the Parties had reached a full settlement. On November, 27, 2002 this Court issued an Order requiring the



Parties to file a Joint Stipulation for Dismissal on or before December 6, 2002. No Stipulation for Dismissal was filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** with Prejudice. The Clerk of Court shall **CLOSE this CASE**. All pending motions are **DENIED** as moot.[1]

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 15 day of December, 2002.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies provided to:  Dennis R. Bedard, Esq.
Bruce Jolly, Esq.
Michael Metzner, Esq.

---

[1] The Court denies Plaintiff's Motion for Attorney's Fees and Costs without Prejudice to refile should the Parties' Settlement Agreement so provide.