UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6012-CIV-MIDDLEBROOKS

SKG CORP., d/b/a WE BUY PAWNBROKERS,
a Florida corporation,

      Plaintiffs,

vs.

KEN JENNE, Sheriff of Broward County,
Florida,

      Defendant.
_____/

**CLOSED CIVIL CASE**

FILED by ECW D.C.
DEC 17 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on to be considered upon the Stipulation for Final Order of Dismissal of Plaintiff, SKG CORP. d/b/a WE BUY PAWNBROKERS, a Florida corporation, and the Defendant, KEN JENNE, Sheriff of Broward County, Florida, and the Court being fully advised in the premises, it is hereupon

ORDERED AND ADJUDGED that the above-styled action be and the same is hereby dismissed, each party to bear its or his own costs and attorneys' fees and with prejudice to the Plaintiff.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this __17__ day of __Dec__, 2002.

                                            U.S. DISTRICT COURT JUDGE

Copies Furnished:

Bruce W. Jolly, Esquire
Dennis Bedard, Esquire